**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 20-61628-CIV-RUIZ

ABS-CBN CORPORATION, *et al.,*

      Plaintiffs,

vs.

123FULLPINOYMOVIES.COM, *et al.*,

      Defendants.

_____ /

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International, identify below all parent corporations and any publicly held corporations that own 10% or more of its stock:

Plaintiffs ABS-CBN International and ABS-CBN Film Productions, Inc. are subsidiaries of Plaintiff ABS-CBN Corporation and not publicly held.

PCD Nominee Corporation, a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

ABS-CBN Holdings Corporation, a Philippines publicly traded corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

Lopez, Inc., a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

DATED: August 12, 2020.      Respectfully submitted,

      STEPHEN M. GAFFIGAN, P.A.

      By: __**Christine Ann Daley**_____
      Stephen M. Gaffigan (Fla. Bar No. 025844)
      Virgilio Gigante (Fla. Bar No. 082635)
      Christine Ann Daley (Fla. Bar No. 98482)
      T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
      401 East Las Olas Blvd., #130-453
      Ft. Lauderdale, Florida 33301
      Telephone: (954) 767-4819

E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: christine@smgpa.net
E-mail: raquel@smgpa.net

Attorneys for Plaintiffs