**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 20-61628-CIV-RUIZ

ABS-CBN CORPORATION, *et al.,*

      Plaintiffs,

vs.

123FULLPINOYMOVIES.COM, *et al.*,

      Defendants.

                                     /

**DECLARATION OF CHRISTINE ANN DALEY IN SUPPORT OF
PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Christine Ann Daley, declare and state as follows:

1. I am an attorney for Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International (collectively "ABS-CBN" or "Plaintiffs"), in the above captioned action. I am duly authorized and licensed to practice law before this Court. I submit this Declaration in support of Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Application for Temporary Restraining Order") against Defendants, the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" thereto (collectively "Defendants"). I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

RE: INVESTIGATION OF DEFENDANTS

2. Prior to filing this action, my firm accessed the fully accessible Internet websites operating under Defendants' individual, partnership, and/or unincorporated association names

1

identified as the domain names on Schedule "A" to Plaintiffs' Application for Temporary Restraining Order (collectively, the "Subject Domain Names").[1] The websites advertise, offer for distribution, promote and/or perform ABS-CBN's copyrighted TV shows and movies (the "copyrighted content") and use counterfeits of ABS-CBN's trademarks at issue in this action to distribute and perform such copyrighted content. The websites appear to be fully accessible and appear to allow users to browse the online catalogues for copyrighted content produced by ABS-CBN and instantly stream such copyrighted content. Defendants' websites appear to be "closed websites," meaning that only the respective website operator may make changes to the website. When a user clicks the "Play" button, the websites immediately begin streaming a full-length broadcast of the video. True and correct copies of the web pages downloaded by my firm are attached as Exhibit 3 to the Complaint, ECF No. [1-4]. My firm provided copies of these website captures to ABS-CBN's representative, Elisha J. Lawrence.

3. Additionally, my firm obtained the publicly available domain name registration data ("WHOIS" records) for the Defendants' Internet websites operating under the Subject Domain Names. My firm also obtained the available e-mail addresses identified in connection with Defendants' respective Internet websites.

4. It is believed that Defendants profit from the advertising revenue derived by driving users to the websites operating under the Subject Domain Names in order to access and view the pirated copies of ABS-CBN's copyrighted content. The large inventory of popular entertainment content available on Defendants' websites, including full-length copies of daily programming and archived shows – all available at the click of a button and often made available

---

[1] Several Defendants use at least one of their Subject Domain Names to act as a supporting domain name to direct traffic to their websites operating under other Subject Domain Names, from which users may view the Copyrighted Works. Accordingly, the webpages for the redirecting Subject Domain Names are included with the web pages to which those sites redirect (See Exhibit 3 to the Complaint.)

within minutes or hours of the original broadcast – is designed to attract users to the Defendants' websites and, thus, increase Defendants' profits from the advertisers who pay Defendants based on the number of views that their advertising receives.

5. My firm downloaded a program known as "Ghostery" in order to obtain information regarding Defendants' advertising, widgets, social media and tracking services. "Ghostery" is a cost-free privacy browser extension owned by the advertising and privacy technology company, Cliqz International GmbH. Ghostery allows a user to take note of advertising, widgets, social media and tracking services encountered on a given website. Using the Ghostery software, my firm was able to determine that each Defendant uses a variety of advertising services to promote and display advertisements on the Defendants' respective websites. True and correct copies of web page captures showing the results from the Ghostery software are attached hereto as Exhibit "1." Furthermore, by inspecting the Hyper Text Markup Language ("html") Source Code for the Internet websites operating under the Subject Domain Names,[2] my firm was able to specifically locate and identify many of the advertising revenue accounts of the Defendants as identified on Schedule "A" hereto. True and correct excerpts of the html source code, with relevant portions highlighted, for the Internet websites operating under the Subject Domain Names are included in Exhibit "1" hereto. Advertising services such as the ones employed by Defendants are used to derive revenue from advertisers based on the number of page views the website receives to the website operator. In general, the more page views a website receives, the higher a website can charge for advertising and the greater profit the website generates from that advertising.

---

[2] Defendant Number 43 uses the domain name "mobinews.info" to frame advertisements on its "driver1.co" domain name. This is believed to be done to avoid violating the terms and services agreement of its advertising companies for infringing Plaintiffs' and others' trademarks and copyrights. Such framing is illustrated and the relevant portions of the html source code of each aforementioned domain is also highlighted in Exhibit 1 hereto.

6.     Based on past experience in similar cases, I reasonably believe the advertising services identified on Schedule "A" hereto, and their related companies and affiliates, have the ability to comply with a temporary restraining order of the type now sought by ABS-CBN.

RE: *EX PARTE* RELIEF

7.     It has been my experience that in multiple litigations involving online counterfeiting and piracy that, in the absence of a temporary restraining order without notice, Defendants can and will significantly alter the status quo before the Court can determine the parties' respective rights. In particular, the Internet websites at issue herein, are under Defendants' complete control. Thus, Defendants have the ability to change the ownership or modify domain registration and content, change payment accounts, redirect consumer traffic to other domain names, and transfer assets and the ownership of Subject Domain Names. Such modifications can happen in a short span of time after Defendants are provided with notice of this action. Also, Defendants can easily electronically transfer and secret the funds sought to be restrained if they obtain advance notice of Plaintiffs' Application for Temporary Restraining Order and thereby thwart the Court's ability to grant meaningful relief and can completely erase the status quo. As Defendants engage in illegal trademark, piracy, and counterfeiting activities, ABS-CBN has no reason to believe Defendants will make their assets available for recovery pursuant to an accounting of profits or will adhere to the authority of this Court any more than they have adhered to federal trademark and copyright law. This case is being filed on an *ex parte* basis to prevent such an injustice from occurring herein.

8.     Furthermore, I have personal knowledge that under the operating rules of most domain name Registrars, Registrants can easily transfer ownership of domain names simply by submitting an authorization letter and an application form. Defendants involved in domain name

litigation easily can, and often will, modify registration data and content, change hosts, and redirect traffic to other websites they control.

9. I have learned through multiple prior cases I have filed on behalf of other clients that, upon notice of a lawsuit, counterfeit website owners often immediately set up a redirect for their website which essentially informs a search engine that the website being crawled has permanently moved to another domain and instructs the search engine to divert traffic to the other website. The result is to slingshot the new domains to the top of the search engine results pages by leveraging the Internet traffic to the domains in suit which was built through the illegal use of ABS-CBN's trademarks.

10. Attached hereto as Composite Exhibit "2" are four examples of post-suit redirects captured by my firm with respect to four domain names, chanelfans.com, yeschanelgifts.com, tick2buy.com, and watches-collection.com, which previously were home to counterfeit websites. As reflected in the Exhibit, after the domain name owners received notice of an action but before the domain names were transferred to the plaintiff through litigation, the owners simply redirected all traffic to new domain names, chanelfan.com, yeschanelgift.com, morncity.com, and replicagood.com, respectively. By the time the plaintiff obtained control of the domain names, all of the value to the counterfeiters had been diverted to the new domain names, and the plaintiff was left to start over. In short, injunctive relief was rendered almost meaningless by advance notice to the domain name owners that the websites were the subject of a legal action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of August, 2020 at Arlington, Virginia.

_Christine Ann Daley_

## SCHEDULE A
## DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES/PAYPAL ACCOUNTS

| Def. No. | Domain Name | Associated E-mail Addresses | Advertising Service/Platform | Account Identifier |
|---|---|---|---|---|
| 1 | 123fullpinoymovies.com | | | |
| 2 | 2lambingan.su | | Google AdSense, Google LLC | ca-pub-7871331376637780 |
| 3 | citizensdebate.space | | | |
| 4 | dramasmp4hd.com | | | |
| 5 | fantaserye.su | ayyazpinoy@gmail.com fantaserye123@gmail.com | Google AdSense, Google LLC | ca-pub-4334102126010579 |
| 6 | filikula.se | | | |
| 7 | hdfullpinoymovies.xyz | | | |
| 8 | hdpinoy.com | | | |
| 9 | iwantpinoymovies.com | | Google AdSense, Google LLC | ca-host-pub-1556223355139109 |
| 10 | pinoysteleserye.su | herpalasif@gmail.com | Google AdSense, Google LLC | ca-pub-3710301032655649 |
| 10 | pinoytvreplaytambayanlambinganteleserye.su | herpalasif@gmail.com | Google AdSense, Google LLC | ca-pub-1281117908809325 |
| 10 | kipiasoft.su | herpalasif@gmail.com | | |
| 10 | pinoyhdlambingan.su | herpalasif@gmail.com | | |
| 10 | pinoyteleseryetambayan.net | herpalasif@gmail.com | | |
| 10 | pinoytvtambayanreplay.su | herpalasif@gmail.com | | |
| 11 | pinoyreplaytvshows.su | herpalasif41@gmail.com | | |
| 12 | lambingantvofw.su | pinoymovies.su@gmail.com | | |
| 12 | pinoylambingantvreplay.net | PINOYMOVIES.SU@GMAIL.COM | | |
| 13 | pinoylambinganofw.su | qaisrani4051@gmail.com | mgid.com, MGID Inc. MGID UA | pinoylambinganofw.su |
| 13 | lambingantvteleserye.su | qaisrani4051@gmail.com | | |
| 13 | wowlambingan.net | | | |
| 14 | lumangseries.net | | | |
| 15 | mediatechweek.live | | | |
| 16 | moviesnipipay.com | | | |
| 17 | ofwpinoychannel.com | SARATAYLOR621@GMAIL.COM | Google AdSense, Google LLC | ca-pub-3341795281870761 |
| 17 | pinoylambingannetwork.com | | | |

6

| Def. No. | Domain Name | Associated E-mail Addresses | Advertising Service/Platform | Account Identifier |
|---|---|---|---|---|
| 18 | ofwpinoytvchannel.com | support@phtv.one | | |
| 19 | pariwiki.ae | waqarkhanmalghani@gmail.com | | |
| 20 | phtv.one | | | |
| 21 | pinoybarkada.org | | | |
| 22 | pinoybays.su | | | |
| 23 | pinoychannel.cc | | Google AdSense, Google LLC | ca-pub-9277427481818043 |
| 24 | pinoychannelako.su | | | |
| 25 | pinoyflixtvs.su | | Google AdSense, Google LLC | ca-pub-2456058618146104 |
| 25 | pinoystvreplay.su | | | |
| 26 | pinoylambinganteleseryes.su | | | |
| 27 | pinoytambayanako.su | javirock906@gmail.com | Google AdSense, Google LLC | ca-pub-1256604383590629 |
| 27 | pinoyteleseryechannel.su | javirock906@gmail.com | Google AdSense, Google LLC | ca-pub-3388398459928305 |
| 27 | pinoylambinganhdreplay.net | | | |
| 27 | pinoylambingantvreplay.su | javirock906@gmail.com | | |
| 27 | pinoyslambingantvreplay.su | javirock906@gmail.com | | |
| 27 | pinoysreplaytv.su | javirock906@gmail.com | | |
| 27 | pinoyteleseryeako.su | javirock906@gmail.com | | |
| 27 | pinoyteleseryetambayan.su | javirock906@gmail.com | | |
| 27 | pinoyteleseryereplays.su | javirock906@gmail.com | | |
| 28 | pinoymovieseries.com | | | |
| 29 | pinoymovieshub.me | | | |
| 30 | pinoymoviess.su | vhungcc.kd@gmail.com admin@aliwan.info | mgid.com, MGID Inc. MGID UA | pinoymoviess.su |
| 31 | pinoyreplaylambingan.su | | | |
| 32 | pinoytambayana.su | | | |
| 32 | pinoytvteleseryes.su | | | |
| 33 | pinoyteleseryelive.com | | Google AdSense, Google LLC | ca-pub-7661799094164390 |
| 34 | pinoyteleseryetvreplays.su | prokatyperry@gmail.com | Google AdSense, Google LLC | ca-pub-3997459580377998 |
| 34 | teleseryenetwork.su | prokatyperry@gmail.com | Google AdSense, Google LLC | ca-pub-6251182036059005 |
| 34 | pinoytvlambinganhd.su | prokatyperry@gmail.com | | |
| 35 | pinoytvreplay.ph | | Google AdSense, | ca-pub- |

| Def. No. | Domain Name | Associated E-mail Addresses | Advertising Service/Platform | Account Identifier |
|---|---|---|---|---|
| | | | Google LLC | 2954909540273925 |
| 36 | pinoytvtambayanreplay.net | | Google AdSense, Google LLC | ca-pub-9521322455543763 |
| 37 | replaypinoytv.su | | | |
| 37 | WOWPINOYTVREPLAY.SU | | | |
| 38 | the--northface.co.uk | | Google AdSense, Google LLC | ca-pub-2806149989775352 |
| 39 | lambinganteleserye.su | paktvsite@gmail.com | Google AdSense, Google LLC | ca-pub-1211175972738825 |
| 40 | libangan.ru | | | |
| 41 | beyhadh.su | yehrishtaofficial@gmail.com | | |
| 42 | dramascool.site | | | |
| 43 | driver1.co (framed on mobinews.info) | | Google DoubleClick, Google LLC | div-gpt-ad-1570453497600-0 div-gpt-ad-1570453510905-0 |
| 43 | driver1.co | | | |
| 44 | hdfullpinoymovies.org | | | |
| 45 | hdfulltagalogmovies.com | | | |
| 46 | pinoystambayan.com | | Google AdSense, Google LLC | ca-pub-9273910323402883 |
| 47 | pinoyteleseryetvreplay.su | cuteqaisrani@gmail.com | | |
| 48 | pinoytvembed.com | | | |
| 49 | pinoytvrecap.com | | | |