# Composite Exhibit "1"

123fullpinoymovies.com



2lambingan.su



```
183        <header>
184            <h1 class="title single-title entry-title">Ang Probinsyano July 2 2020 Replay</h1>
185                <div class="post-info">
186                    <span class="thecategory"><i class="fa fa-tags"></i> <a href="https://2lambingan.su/abs-
cbn/ang-probinsyano/" title="View all posts in Ang Probinsyano">Ang Probinsyano</a>, <a href="https://2lambingan.su/lambingan/"
title="View all posts in Lambingan">Lambingan</a></span>
187                </div>
188            </header><!--.headline_area-->
189    <div class="post-single-content box mark-links entry-content">
190                    <div class="topad">
191        <center><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
192 <!-- 336by280 -->
193 <ins class="adsbygoogle"
194        style="display:inline-block;width:336px;height:280px"
195        data-ad-client="ca-pub-7871331376637780"
196        data-ad-slot="8861061094"></ins>
197 <script>
198        (adsbygoogle = window.adsbygoogle || []).push({});
199 </script></center>                    </div>
200                    <div class="thecontent">
201            <p>Dear Lambingan users, you&#8217;re watching Ang Probinsyano July 2 2020 Full Episode. <a
href="https://2lambingan.su/" target="_blank" rel="noopener noreferrer">Lambingan</a> updates hourly and will always be the first
drama site to release the latest episodes of Ang Probinsyano. Please reload the page if any error appears and also bookmark our
website to enjoy latest updates.</p>
202 <h4 style="text-align: center;"><strong>Ang Probinsyano July 2 2020 Full Episode</strong></h4>
203 <p><iframe src="https://videocloud.su/embed/761/" frameborder="0" border="0" scrolling="no" width="100%" height="350"
allowfullscreen></iframe></p>
204 <p><iframe src="https://videocloud.su/embed/762/" frameborder="0" border="0" scrolling="no" width="100%" height="350"
allowfullscreen></iframe></p>
205 <p><iframe src="https://videocloud.su/embed/763/" frameborder="0" border="0" scrolling="no" width="100%" height="350"
allowfullscreen></iframe></p>
206 <p><iframe src="https://videocloud.su/embed/764/" frameborder="0" border="0" scrolling="no" width="100%" height="350"
allowfullscreen></iframe></p>
207 <p><iframe src="https://videocloud.su/embed/765/" frameborder="0" border="0" scrolling="no" width="100%" height="350"
allowfullscreen></iframe></p>
208            </div>
209
210        <center><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
211 <ins class="adsbygoogle"
212        style="display:block"
213        data-ad-format="fluid"
214        data-ad-layout-key="-7t+dk+2t+1-3g"
215        data-ad-client="ca-pub-7871331376637780"
216        data-ad-slot="6197855844"></ins>
217 <script>
218        (adsbygoogle = window.adsbygoogle || []).push({});
219 </script></center>
220        </div><!--.post-single-content-->
221 </div><!--.single_post-->
```

```
257                     <a href="https://2lambingan.su/encantadia-july-2-2020-replay/" title="Encantadia July 2 2020
        Replay">Encantadia July 2 2020 Replay                              </a>
258                 </h2>
259                               </header>
260             </article><!--.post.excerpt-->
261             </div>              <!-- .related-posts -->
262
263                 </div><!--.g post-->
264                 <!-- You can start editing here. -->
265
266     <div id="commentsAdd">
267         <div id="respond" class="box m-t-6">
268         <div id="respond" class="comment-respond">
269         <h3 id="reply-title" class="comment-reply-title"><h4><span>Leave a Reply</span></h4></h4> <small><a rel="nofollow"
        id="cancel-comment-reply-link" href="/ang-probinsyano-july-2-2020-replay/#respond" style="display:none;">Cancel reply</a></small>
        </h3><form action="https://2lambingan.su/wp-comments-post.php" method="post" id="commentform" class="comment-form"><p
        class="comment-form-comment"><textarea id="comment" name="comment" cols="45" rows="8" aria-required="true" placeholder="Comment
        Text*"></textarea></p><p class="comment-form-author"><input id="author" name="author" type="text" placeholder="Name*" value=""
        size="30" /></p>
270     <p class="comment-form-email"><input id="email" name="email" type="text" placeholder="Email*" value="" size="30" /></p>
271     <p class="comment-form-url"><input id="url" name="url" type="text" placeholder="Website" value="" size="30" /></p>
272     <p class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent" name="wp-comment-cookies-consent" type="checkbox"
        value="yes" /><label for="wp-comment-cookies-consent">Save my name, email, and website in this browser for the next time I comment.
        </label></p>
273     <p class="form-submit"><input name="submit" type="submit" id="submit" class="submit" value="Post Comment" /> <input type='hidden'
        name='comment_post_ID' value='33154' id='comment_post_ID' />
274     <input type='hidden' name='comment_parent' id='comment_parent' value='0' />
275     </p></form> </div><!-- #respond -->
276                 </div>
277         </div>
278                             </div>
279         </article>
280             <aside id="sidebar" class="sidebar c-4-12 mts-sidebar-sidebar" role="complementary" itemscope
        itemtype="http://schema.org/WPSideBar">
281         <div id="sidebars" class="g">
282         <div id="search-2" class="widget widget_search"><form method="get" id="searchform" class="search-form"
        action="https://2lambingan.su" _lpchecked="1">
283     <fieldset>
284         <input type="search" name="s" id="s" value="" placeholder="Search the site"  />
285         <input id="search-image" class="sbutton" type="submit" value="" />
286         <i class="fa fa-search"></i>
287     </fieldset>
288     </form>
289     </div><div id="text-2" class="widget widget_text"><h3 class="widget-title">Advertisement</h3>          <div class="textwidget"><p>
        <center><br />
290     <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script><br />
291     <!-- sidebar600 --><br />
292     <ins class="adsbygoogle" style="display: block;" data-ad-client="ca-pub-7871331376637780" data-ad-slot="4836333405" data-ad-
        format="auto" data-full-width-responsive="true"></ins><br />
```

beyhadh.su



citizensdebate.space



dramascool.site



dramasmp4hd.com



driver1.co





Watch Ang Probinsyano July 31 2020 Replay Full Episode Video. Pinoy Tambayan Ang Probinsyano Pinoy Lambingan Pinoy Channel bringing for me the latest Episode of ABS-CBN and GMA Network. Watch Ang Probinsyano Latest Episode, **Ang Probinsyano July 31, 2020** Teleserye Episodes.

```
 90  id="main-content" class="container"><div
 91  class="content"><article
 92  class="post-listing post-1197 post type-post status-publish format-standard has-post-thumbnail
     category-ang-probinsyano id="the-post"><div
 93  class="post-inner"><h1 class="name post-title entry-title"><span
 94  itemprop="name">Ang Probinsyano July 31 2020 Today Replay Episode</span></h1><p
 95  class="post-meta">
 96  <span
 97  class="post-meta-author"><i
 98  class="fa fa-user"></i><a
 99  href="https://www.driver1.co/author/pinoy-replay/" title="">Pinoy Replay </a></span>
100  <span
101  class="tie-date"><i
102  class="fa fa-clock-o"></i>1 day ago</span>
103  <span
104  class="post-views"><i
105  class="fa fa-eye"></i>122 Views</span></p><div
106  class="clear"></div><div
107  class="entry"><div
108  class='code-block code-block-1' style='margin: 8px auto; text-align: center; display: block;
     clear: both;'><div
109  style='background-image:url(https://www.driver1.co/wp-
     content/uploads/2020/02/Replay.jpg);height:350px;background-size:100% 350px;background-repeat:no-
     repeat;padding:15px"><iframe
110  src="https://mobinews.info/loans.php" width="336" height="280" frameborder="0" scrolling="no"
     allowfullscreen="allowfullscreen"></iframe><center><div
111  style="height:350px; width:350px;"></div></center></div></div><p>Watch Ang Probinsyano July 31
     2020 Replay Full Episode Video. Pinoy Tambayan Ang Probinsyano Pinoy Lambingan Pinoy Channel
     bringing for me the latest Episode of ABS-CBN and GMA Network. Watch Ang Probinsyano Latest
     Episode, <strong>Ang Probinsyano July 31, 2020</strong> Teleserye Episodes.</p><div
112  class='code-block code-block-2' style='margin: 8px auto; text-align: center; display: block;
     clear: both;'><center><iframe
113  src="https://mobinews.info/newshome.php?
     utm_source=twitter&utm_medium=Social&utm_campaign=remarketing" height="90" width="428"
     frameborder="0" scrolling="no" allowfullscreen></iframe></center></div></p><p><iframe
114  src="https://vkspeed.com/embed-009jjsy4obap.html" width="640" height="360" frameborder="0"
     marginwidth="0" marginheight="0" scrolling="NO" allowfullscreen="allowfullscreen" data-mce-
     fragment="1"><span
115  data-mce-type="bookmark" style="display: inline-block; width: 0px; overflow: hidden; line-height:
     0;" class="mce_SELRES_start"></span></iframe></p><div
116  class='code-block code-block-3' style='margin: 8px 0; clear: both;'>
117  <left><iframe
118  src="https://mobinews.info/newshome.php?
     utm_source=twitter&utm_medium=Social&utm_campaign=remarketing" height="90" width="428"
     frameborder="0" scrolling="no" allowfullscreen></iframe></left></div></div><meta
119  itemprop="video" itemscope itemtype="http://schema.org/VideoObject"><link
120  itemprop="url" href="https://www.driver1.co/watch-video-ang-probinsyano-july-31-2020-today-
     replay-episode/"><meta
121  itemprop="name" content="Ang Probinsyano July 31 2020 Today Replay Episode"/><meta
122  itemprop="thumbnailUrl" content="https://www.driver1.co/wp-content/uploads/2020/02/Ang-
     Probinsyano.jpg"/><meta
123  itemprop="duration" content="PT32M12S"/><meta
124  itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?vid=1197"/><meta
125  itemprop="playerType" content="HTML5 Flash"><meta
126  itemprop="width" content="1280"><meta
127  itemprop="height" content="720"><meta
128  itemprop="uploadDate" content="2020-07-30T19:00:39+00:00"/><meta
129  itemprop="description" content="Watch Ang Probinsyano July 31 2020 Replay Full Episode Video.
     Pinoy Tambayan Ang Probinsyano Pinoy Lambingan Pinoy Channel bringing for me the latest Episode
     of ABS-CBN and GMA Network. Watch Ang Probinsyano Latest Episode, Ang Probinsyano July 31, 2020
     Teleserye Episodes. "/>
130  <span
131  itemprop="thumbnail" itemscope itemtype="http://schema.org/ImageObject"><link
132  itemprop="url" href="https://www.driver1.co/wp-content/uploads/2020/02/Ang-Probinsyano.jpg"><meta
133  itemprop="width" content="1280"><meta
```

```
129     googletag.cmd.push(function() {
130         googletag.defineSlot('/2507246/VIS//mobinews//misc//1', [728, 90], 'div-gpt-ad-1570453497600-
        0').addService(googletag.pubads());
131     googletag.defineSlot('/2507246/VIS//mobinews//misc//2', [336, 280], 'div-gpt-ad-1570453510905-
        0').addService(googletag.pubads());
132      googletag.pubads().enableSingleRequest();
133      googletag.enableServices();
134      });
135  </script>

138  <script data-cfasync="false" type="text/javascript">
139      var freestar = freestar || {};
140      freestar.hitTime = Date.now();
141      freestar.queue = freestar.queue || [];
142      freestar.config = freestar.config || {};
143      freestar.debug = window.location.search.indexOf('fsdebug') === -1 ? false : true;
144      freestar.config.enabled_slots = [];
145      !function(a,b){var c=b.getElementsByTagName("script")
        [0],d=b.createElement("script"),e="https://a.pub.network/mobinews-
        info";e+=freestar.debug?"/qa/pubfig.min.js":"/pubfig.min.js",d.async=!0,d.src=e,c.parentNode.inse
        rtBefore(d,c)}(window,document);
146      freestar.initCallback = function () { (freestar.config.enabled_slots.length === 0) ?
        freestar.initCallbackCalled = false : freestar.newAdSlots(freestar.config.enabled_slots) }
147  </script>

150  <style type="text/css" media="screen">

152  body{
153      font-family: 'Droid Sans';
154  }

156  .top-nav, .top-nav ul li a {
157      color :#ff0000;
158      font-size : 16px;
159      font-weight: bold;
160      font-style: normal;
161  }

163  #main-nav, #main-nav ul li a{
164      color :#ff0000;
165      font-size : 16px;
166      font-weight: bold;
167      font-style: normal;
168  }

170  .page-title{
171      color :#ff0000;
172      font-size : 25px;
173      font-weight: bold;
174      font-style: normal;
175  }

177  .widget-top h4, .widget-top h4 a{
178      color :#ff0000;
179  }

181  .cat-box-title h2, .cat-box-title h2 a, .block-head h3, #respond h3, #comments-title, h2.review-
        box-header, .woocommerce-tabs .entry-content h2, .woocommerce .related.products h2, .entry
        .woocommerce h2, .woocommerce-billing-fields h3, .woocommerce-shipping-fields h3,
        #order_review_heading, .bbpress-forums fieldset.bbp-form legend, #buddypress .item-body h4,
        #buddypress #item-body h4{
182      color :#ff0000;
183  }
```

fantaserye.su



```
360
361         <div class="e3lan e3lan-post">                    <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></
</script>
362 <!-- links ads -->
363 <ins class="adsbygoogle"
364      style="display:block"
365      data-ad-client="ca-pub-4334102126010579"
366      data-ad-slot="9601993127"
367      data-ad-format="link"
368      data-full-width-responsive="true"></ins>
369 <script>
370      (adsbygoogle = window.adsbygoogle || []).push({});
371 </script>                                                </div>
372         <article class="post-listing post-1951 post type-post status-publish format-standard has-post-thumbnail  category-abs-cbn-
teleserye category-pinoy-hd category-pinoybay" id="the-post">
373         <div class="single-post-video">
374             <p><IFRAME SRC="https://vkspeed.com/embed-0nb45yed1xua.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO
WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
375         </div>
376
377             <div class="post-inner">
378
379
380             <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
381 <!-- fantaserye -->
382 <ins class="adsbygoogle"
383      style="display:block"
384      data-ad-client="ca-pub-4334102126010579"
385      data-ad-slot="6458307735"
386      data-ad-format="auto"
387      data-full-width-responsive="true"></ins>
388 <script>
389      (adsbygoogle = window.adsbygoogle || []).push({});
390             </script></br>
391             <h1 class="name post-title entry-title"><span itemprop="name">Ang Probinsyano July 2 2020 Pinoy HD Full
Episode</span></h1>
392
393
394             <div class="entry">
395             <div class="share-post">
396     <span class="share-text">Share</span>
397
398     <ul class="flat-social">
399         <li><a href="https://www.facebook.com/sharer.php?u=https://fantaserye.su/?p=1951" class="social-facebook"
rel="external" target="_blank"><i class="fa fa-facebook"></i> <span>Facebook</span></a></li>
400         <li><a href="https://twitter.com/intent/tweet?
text=Ang+Probinsyano+July+2+2020+Pinoy+HD+Full+Episode&url=https://fantaserye.su/?p=1951" class="social-twitter" rel="external"
target="_blank"><i class="fa fa-twitter"></i> <span>Twitter</span></a></li>
401         <li><a href="http://www.stumbleupon.com/submit?url=https://fantaserye.su/?
```

```
p=1951&title=Ang+Probinsyano+July+2+2020+Pinoy+HD+Full+Episode" class="social-stumble" rel="external" target="_blank"><i class="fa
    fa-stumbleupon"></i> <span>Stumbleupon</span></a></li>
402         <li><a href="https://www.linkedin.com/shareArticle?mini=true&url=https://fantaserye.su/?
    p=1951&title=Ang+Probinsyano+July+2+2020+Pinoy+HD+Full+Episode" class="social-linkedin" rel="external" target="_blank"><i class="fa
    fa-linkedin"></i> <span>LinkedIn</span></a></li>
403         <li><a href="https://pinterest.com/pin/create/button/?url=https://fantaserye.su/?
    p=1951&amp;description=Ang+Probinsyano+July+2+2020+Pinoy+HD+Full+Episode&amp;media=https://fantaserye.su/wp-
    content/uploads/2020/06/Ang-Probinsyano-Teleserye-660x330.jpeg" class="social-pinterest" rel="external" target="_blank"><i
    class="fa fa-pinterest"></i> <span>Pinterest</span></a></li>
404         </ul>
405         <div class="clear"></div>
406 </div> <!-- .share-post -->
407
408
409             <p>Video Watch Pariwiki ABS CBN <a href="https://fantaserye.su/">Pinoy Teleserye</a> Ang Probinsyano July 2,
    2020 Pinoy HD Full Episode. <a href="https://fantaserye.su/">PinoyBay</a> Ang Probinsyano today episode watch online free. Watch
    your Pinoy Tambayan Teleserye free. FPJ&#8217;s Ang Probinsyano is now become the highest rating TV show returns, on <a
    href="https://news.abs-cbn.com/entertainment/06/15/20/ang-probinsyano-philippines-highest-rating-tv-show-returns-on-
    cable">cable</a>.</p>
410 <h2 style="text-align: center;">Ang Probinsyano July 2, 2020 Pinoy HD</h2>
411 <p><a href="https://fantaserye.su/"><img class="aligncenter wp-image-1784 size-large" src="https://fantaserye.su/wp-
    content/uploads/2020/06/Ang-Probinsyano-Teleserye-1024x576.jpeg" alt="Ang Probinsyano June 16 2020 Pinoy HD Full Episode"
    width="618" height="348" srcset="https://fantaserye.su/wp-content/uploads/2020/06/Ang-Probinsyano-Teleserye-1024x576.jpeg 1024w,
    https://fantaserye.su/wp-content/uploads/2020/06/Ang-Probinsyano-Teleserye-300x169.jpeg 300w, https://fantaserye.su/wp-
    content/uploads/2020/06/Ang-Probinsyano-Teleserye-768x432.jpeg 768w, https://fantaserye.su/wp-content/uploads/2020/06/Ang-
    Probinsyano-Teleserye.jpeg 1280w" sizes="(max-width: 618px) 100vw, 618px" /></a></p>
412 <!-- Quick Adsense WordPress Plugin: http://quickadsense.com/ -->
413 <div class="dd24917c8e15675da5de19528b24f890" data-index="2" style="float: none; margin:10px 0 10px 0; text-align:center;">
414 <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
415 <!-- fantaserye -->
416 <ins class="adsbygoogle"
417      style="display:block"
418      data-ad-client="ca-pub-4334102126010579"
419      data-ad-slot="6458307735"
420      data-ad-format="auto"
421      data-full-width-responsive="true"></ins>
422 <script>
423      (adsbygoogle = window.adsbygoogle || []).push({});
424 </script>
425 </div>
426
427 <p><em><strong>Watch Love Thy Woman Latest Episode, Love Thy Woman Teleserye Episodes, Watch Love Thy Woman Episodes.</strong></em>
    </p>
428 <p>Now watch <strong>Your Pinoy Tambayan Teleserye free</strong> Online. This is basically Ang Probinsyano&#8217;s seven seasons.
    </p>
429 <p><strong>Who is the new cast of Probinsyano?</strong></p>
430 <ul>
431 <li><a title="" href="https://en.wikipedia.org/wiki/Yassi_Pressman">Yassi Pressman</a> as Kapitana Alyana R. Arevalo-Dalisay</li>
432 <li>Angel Aquino as Diana T. Olegario</li>
```

filikula.se



hdfullpinoymovies.org



hdfullpinoymovies.xyz



hdfulltagalogmovies.com



hdpinoy.com



iwantpinoymovies.com



```
href\x3d\x22http://www.iwantpinoymovies.com/feeds/posts/default?alt\x3drss\x22 /\x3e\n\x3clink rel\x3d\x22service.post\x22
type\x3d\x22application/atom+xml\x22 title\x3d\x22!Want Pinoy Movies I Free Pinoy Movies Online - Atom\x22
href\x3d\x22https://www.blogger.com/feeds/3538533152714102691/posts/default\x22 /\x3e\n\n\x3clink rel\x3d\x22alternate\x22
type\x3d\x22application/atom+xml\x22 title\x3d\x22!Want Pinoy Movies I Free Pinoy Movies Online - Atom\x22
href\x3d\x22http://www.iwantpinoymovies.com/feeds/3391929919337117980/comments/default\x22 /\x3e\n', 'meTag': '', 'adsenseHostId':
'ca-host-pub-1556223355139109', 'adsenseHasAds': false, 'view': '', 'dynamicViewsCommentsSrc':
'//www.blogblog.com/dynamicviews/4224c15c4e7c9321/js/comments.js', 'dynamicViewsScriptSrc':
'//www.blogblog.com/dynamicviews/30a6a5f7cf255dd8', 'plusOneApiSrc': 'https://apis.google.com/js/plusone.js', 'disableGComments':
true, 'sharing': {'platforms': [{'name': 'Get link', 'key': 'link', 'shareMessage': 'Get link', 'target': ''}, {'name': 'Facebook',
'key': 'facebook', 'shareMessage': 'Share to Facebook', 'target': 'facebook'}, {'name': 'BlogThis!', 'key': 'blogThis',
'shareMessage': 'BlogThis!', 'target': 'blog'}, {'name': 'Twitter', 'key': 'twitter', 'shareMessage': 'Share to Twitter', 'target':
'twitter'}, {'name': 'Pinterest', 'key': 'pinterest', 'shareMessage': 'Share to Pinterest', 'target': 'pinterest'}, {'name':
'Email', 'key': 'email', 'shareMessage': 'Email', 'target': 'email'}], 'disableGooglePlus': true, 'googlePlusShareButtonWidth':
300, 'googlePlusBootstrap': '\x3cscript type\x3d\x22text/javascript\x22\x3ewindow.___gcfg \x3d {\x27lang\x27:
\x27en\x27};\x3c/script\x3e', 'hasCustomJumpLinkMessage': false, 'jumpLinkMessage': 'Read more', 'pageType': 'item', 'postId':
'3391929919337117980', 'postImageThumbnailUrl': 'https://1.bp.blogspot.com/-
H57muOKtUwA/XS6wProzMeI/AAAAAAAAAM0/VZA_ec3ZlHMb_VLLswqrjze6u_An6V7fQCLcBGAs/s72-
c/MV5BYzUwNTRlODYtMmFhMC00ODU3LThhOGUtMjhmZDFjNjg1ZDAxXkEyXkFqcGdeQXVyNjE2MjUwNTk%2540._V1_UY268_CR1%252C0%252C182%252C268_AL_.jpg'
, 'postImageUrl': 'https://1.bp.blogspot.com/-
H57muOKtUwA/XS6wProzMeI/AAAAAAAAAM0/VZA_ec3ZlHMb_VLLswqrjze6u_An6V7fQCLcBGAs/s200/MV5BYzUwNTRlODYtMmFhMC00ODU3LThhOGUtMjhmZDFjNjg1Z
DAxXkEyXkFqcGdeQXVyNjE2MjUwNTk%2540._V1_UY268_CR1%252C0%252C182%252C268_AL_.jpg', 'pageName': 'Hello, Love, Goodbye (2019) ',
'pageTitle': '!Want Pinoy Movies I Free Pinoy Movies Online: Hello, Love, Goodbye (2019) '}}, {'name': 'features', 'data':
{'sharing_get_link_dialog': 'true', 'sharing_native': 'false'}}, {'name': 'messages', 'data': {'edit': 'Edit',
'linkCopiedToClipboard': 'Link copied to clipboard!', 'ok': 'Ok', 'postLink': 'Post Link'}}, {'name': 'template', 'data': {'name':
'custom', 'localizedName': 'Custom', 'isResponsive': false, 'isAlternateRendering': false, 'isCustom': true}}, {'name': 'view',
'data': {'classic': {'name': 'classic', 'url': '?view\x3dclassic'}, 'flipcard': {'name': 'flipcard', 'url': '?view\x3dflipcard'},
'magazine': {'name': 'magazine', 'url': '?view\x3dmagazine'}, 'mosaic': {'name': 'mosaic', 'url': '?view\x3dmosaic'}, 'sidebar':
{'name': 'sidebar', 'url': '?view\x3dsidebar'}, 'snapshot': {'name': 'snapshot', 'url': '?view\x3dsnapshot'}, 'timeslide': {'name':
'timeslide', 'url': '?view\x3dtimeslide'}, 'isMobile': false, 'title': 'Hello, Love, Goodbye (2019) ', 'description': ' The film
centers on the love story of Joy (Bernardo) and Ethan (Richards), Filipino workers based in Hong Kong. Ethan, a bartender, is
kee...', 'featuredImage': 'https://1.bp.blogspot.com/-
H57muOKtUwA/XS6wProzMeI/AAAAAAAAAM0/VZA_ec3ZlHMb_VLLswqrjze6u_An6V7fQCLcBGAs/s200/MV5BYzUwNTRlODYtMmFhMC00ODU3LThhOGUtMjhmZDFjNjg1Z
DAxXkEyXkFqcGdeQXVyNjE2MjUwNTk%2540._V1_UY268_CR1%252C0%252C182%252C268_AL_.jpg', 'url':
'http://www.iwantpinoymovies.com/2019/07/hello-love-goodbye-2019.html', 'type': 'item', 'isSingleItem': true, 'isMultipleItems':
false, 'isError': false, 'isPage': false, 'isPost': true, 'isHomepage': false, 'isArchive': false, 'isLabelSearch': false,
'postId': 3391929919337117980}}]);
_WidgetManager._RegisterWidget('_BlogView', new _WidgetInfo('Blog1', 'main', document.getElementById('Blog1'),
{'cmtInteractionsEnabled': false, 'lightboxEnabled': true, 'lightboxModuleUrl':
'https://www.blogger.com/static/v1/jsbin/1388805389-lbx.js', 'lightboxCssUrl': 'https://www.blogger.com/static/v1/v-css/368954415-
lightbox_bundle.css'}, 'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML14', 'slide', document.getElementById('HTML14'), {},
'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML96', 'slide', document.getElementById('HTML96'), {},
'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML66', 'slide', document.getElementById('HTML66'), {},
'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML56', 'slide', document.getElementById('HTML56'), {},
'displayModeFull'));
_WidgetManager._RegisterWidget('_HTMLView', new _WidgetInfo('HTML86', 'slide', document.getElementById('HTML86'), {},
```

kipiasoft.su

*redirecting to*
*pinoytvreplaytambayanlambinganteleserye.su*

lambinganteleserye.su



Part 5

WatchMake It With You February 6 2020 Full Episode Replay,Make It With You Fab 6 2020 Replay is a Philippine Tv series broadcast by ABS-CBN,Make It With You Fab 6 Full Episode HD Replay,Make It With You February 6 Today Episode Replay in hd online.

SUCO

Tadhana

The Better Woman

The General's Daughter

The Handsome Cowboy

The Killer Bride

Tv Patrol

Uncategorized

Wish Ko Lang

```
.sub-menu{border-color:#8224e3!important}#menu-item-71530 a:hover,#wpmm-megamenu.menu-item-71530-megamenu a:hover,#wpmm-
megamenu.menu-item-71530-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#8224e3!important}</style><i class="fa fa-tv"></i>
Pinoy Teleserye Replay</a></li></ul></nav></div><form class="search-top search-form" action="https://lambinganteleserye.su"
method="get"> <input class="hideinput" name="s" id="s" type="search" placeholder="Search the Site..." autocomplete="off" x-webkit-
speech="x-webkit-speech" ><a href="#" class="fa fa-search"></a></form></div></div></header> <br><br><center> <script async
src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle" style="display:block" data-
ad-client="ca-pub-1211175972738825" data-ad-slot="1597809783" data-ad-format="auto" data-full-width-responsive="true"></ins>
<script>(adsbygoogle = window.adsbygoogle || []).push({});</script> </center> <br><br><div class="main-container"> <div
itemprop="video" itemscope itemtype="http://schema.org/VideoObject"><link itemprop="url" href="https://lambinganteleserye.su/ika-6-
na-utos-july-2-2020-full-episode-hd/"><meta itemprop="name" content="Ika-6 na Utos July 2 2020 Full Episode HD" /><meta
itemprop="uploadDate" content="2020-07-02T6:56:18+33:06" /><meta itemprop="duration" content="PT21M36S" /><meta
itemprop="thumbnailUrl" content="https://lambinganteleserye.su/wp-content/uploads/2020/03/5ec4d773cf548ed143cb5336793ce20d.jpg" />
<meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?vid=95347" /><meta itemprop="description" content="Ika-6
na Utos July 2 2020 Full Episode HD" /></div> </div><div id="page" class="single clearfix"><article class="article"><div id="content_box">
<div id="post-95347" class="g post post-95347 type-post status-publish format-standard has-post-thumbnail hentry category-pinoy-
lambingan category-pinoy-teleserye-replay category-pinoy-tv-replay has_thumb"><div class="single_post"><div class="breadcrumb"
xmlns:v="http://rdf.data-vocabulary.org/#"><div typeof="v:Breadcrumb" class="root"><a rel="v:url" property="v:title"
href="https://lambinganteleserye.su">Home</a><span class="arrow"></span></div><div typeof="v:Breadcrumb"><a
href="https://lambinganteleserye.su/pinoy-lambingan/" rel="v:url" property="v:title">Pinoy Lambingan</a><span class="arrow"></span>
</div><div typeof="v:Breadcrumb"><a href="https://lambinganteleserye.su/pinoy-teleserye-replay/" rel="v:url"
property="v:title">Pinoy Teleserye Replay</a><span class="arrow"></span></div><div typeof="v:Breadcrumb"><a
href="https://lambinganteleserye.su/pinoy-tv-replay/" rel="v:url" property="v:title">Pinoy Tv Replay</a><span class="arrow"></span>
</div></div></header><h1 class="title single-title entry-title">Ika-6 na Utos July 2 2020 Full Episode HD</h1><div class="post-
info"> <span class="thetime updated"><i class="fa fa-calendar"></i> <span>July 2, 2020</span></span> <span
class="thecategory"><i class="fa fa-tags"></i>  <a href="https://lambinganteleserye.su/pinoy-lambingan/" title="View all posts
in Pinoy Lambingan">Pinoy Lambingan</a>, <a href="https://lambinganteleserye.su/pinoy-teleserye-replay/" title="View all posts in
Pinoy Teleserye Replay">Pinoy Teleserye Replay</a>, <a href="https://lambinganteleserye.su/pinoy-tv-replay/" title="View all posts
in Pinoy Tv Replay">Pinoy Tv Replay</a></span> <span class="thecomment"><a href="https://lambinganteleserye.su/ika-6-na-utos-july-
2-2020-full-episode-hd/#respond" itemprop="interactionCount"><i class="fa fa-comments"></i> No Comments</a></span></div>
</header> <div class="post-single-content box mark-links entry-content"><div class="topad"> <script async
src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle" style="display:block" data-
ad-format="fluid" data-ad-layout-key="-6t+ed+2i-1n-4w" data-ad-client="ca-pub-1211175972738825" data-ad-slot="9639951333"></ins>
<script>(adsbygoogle = window.adsbygoogle || []).push({});</script> </div> <p><strong><em>WatchIka-6 na Utos
July 2 2020 Full Episode Replay,Ika-6 na Utos July 2 2020 Replay is a Philippine Tv series broadcast by ABS-CBN,Ika-6 na Utos July
2 Full Episode HD Replay,Ika-6 na Utos July 2 Today Episode Replay in hd online. </em></strong></p><h2 style="text-align: center;">
<strong><em>Ika-6 na Utos July 2 2020 Full Episode Replay Watch HD</em></strong></h2></div></div></div><div class="related-posts">
<h4>Related Posts</h4><article class="latestPost excerpt "><div class="featured-wrap clearfix"> <a
href="https://lambinganteleserye.su/gandang-gabi-vice-september-8-2019-full-episode-watch-video/" title="Gandang Gabi Vice
September 8 2019 Full Episode" class="post-image post-image-left"><div class="featured-thumbnail"><img width="203" height="150"
src="data:image/svg+xml,%3Csvg%20xmlns:'http://www.w3.org/2000/svg'%20viewBox='0%200%20203%20150'%3E%3C/svg%3E" class="attachment-
magxp-featured size-magxp-featured wp-post-image" alt="GGV Gandan" title="" data-lazy-src="https://lambinganteleserye.su/wp-
content/uploads/2019/08/Gandang-Gabi.jpg" /><noscript><img width="203" height="150" src="https://lambinganteleserye.su/wp-
content/uploads/2019/08/Gandang-Gabi.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="GGV Gandan"
title="" /></noscript></div> </a><div class="inner-categories"><a href="https://lambinganteleserye.su/pinoy-lambingan/" title="View
all posts in Pinoy Lambingan">Pinoy Lambingan</a></div></div></header><h2 class="title front-view-title"> <a
href="https://lambinganteleserye.su/gandang-gabi-vice-september-8-2019-full-episode-watch-video/" title="Gandang Gabi Vice
September 8 2019 Full Episode">Gandang Gabi Vice September 8 2019 ... </a></h2><div class="post-info"> <span class="thetime
updated"><span>September 8, 2019</span></span></div></header></article><article class="latestPost excerpt "><div class="featured-
wrap clearfix"> <a href="https://lambinganteleserye.su/i-have-a-lover-december-26-2019-full-episode-hd/" title="I Have a Lover
```

```
December 26 2019 Full Episode HD" class="post-image post-image-left"><div class="featured-thumbnail"><img width="203" height="150"
src="data:image/svg+xml,%3Csvg%20xmlns='http://www.w3.org/2000/svg'%20viewBox='0%200%20203%20150'%3E%3C/svg%3E" class="attachment-
magxp-featured size-magxp-featured wp-post-image" alt="" title="" data-lazy-src="https://lambianteleserye.su/wp-
content/uploads/2019/10/I-Have-a-Lover-203x150.jpg" /><noscript><img width="203" height="150"
src="https://lambianteleserye.su/wp-content/uploads/2019/10/I-Have-a-Lover-203x150.jpg" class="attachment-magxp-featured size-
magxp-featured wp-post-image" alt="" title="" /></noscript> </a><div class="inner-categories"><a
href="https://lambianteleserye.su/pinoy-lambingan/" title="View all posts in Pinoy Lambingan">Pinoy Lambingan</a></div></div>
<header><h2 class="title front-view-title"> <a href="https://lambianteleserye.su/i-have-a-lover-december-26-2019-full-episode-
hd/" title="I Have a Lover December 26 2019 Full Episode HD">I Have a Lover December 26 ... </a></h2><div class="post-info"> <span
class="thetime updated"><span>December 26, 2019</span></span></div></header></article><article class="latestPost excerpt last"><div
class="featured-wrap clearfix"> <a href="https://lambianteleserye.su/magandang-buhay-october-10-2019-full-episode-hd/"
title="Magandang Buhay October 10 2019 Full Episode HD" class="post-image post-image-left"><div class="featured-thumbnail"><img
width="203" height="150"
src="data:image/svg+xml,%3Csvg%20xmlns='http://www.w3.org/2000/svg'%20viewBox='0%200%20203%20150'%3E%3C/svg%3E" class="attachment-
magxp-featured size-magxp-featured wp-post-image" alt="" title="" data-lazy-src="https://lambianteleserye.su/wp-
content/uploads/2019/08/Magandang-Buhay.jpg" /><noscript><img width="203" height="150" src="https://lambianteleserye.su/wp-
content/uploads/2019/08/Magandang-Buhay.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title="" />
</noscript></div> </a><div class="inner-categories"><a href="https://lambianteleserye.su/pinoy-lambingan/" title="View all posts
in Pinoy Lambingan">Pinoy Lambingan</a></div></div><header><h2 class="title front-view-title"> <a
href="https://lambianteleserye.su/magandang-buhay-october-10-2019-full-episode-hd/" title="Magandang Buhay October 10 2019 Full
Episode HD">Magandang Buhay October 10 2019 Full ... </a></h2><div class="post-info"> <span class="thetime updated"><span>October
10, 2019</span></span></div></header></article></div><div class="commentsAdd"><div id="respond" class="box m-t-6"><div
id="respond" class="comment-respond"><h3 id="reply-title" class="comment-reply-title"><h4><span>Leave a Reply</span></h4></h4>
<small><a rel="nofollow" id="cancel-comment-reply-link" href="/ika-6-na-utos-july-2-2020-full-episode-hd/#respond"
style="display:none;">Cancel reply</a></small></h3><form action="https://lambianteleserye.su/wp-comments-post.php" method="post"
id="commentform" class="comment-form"><p class="comment-form-comment"><textarea id="comment" name="comment" cols="45" rows="8"
aria-required="true" placeholder="Comment Text*"></textarea></p><p class="comment-form-author"><input id="author" name="author"
type="text" placeholder="Name*" value="" size="30" /></p><p class="comment-form-email"><input id="email" name="email" type="text"
placeholder="Email*" value="" size="30" /></p><p class="comment-form-url"><input id="url" name="url" type="text"
placeholder="Website" value="" size="30" /></p><p class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent"
name="wp-comment-cookies-consent" type="checkbox" value="yes" /> <label for="wp-comment-cookies-consent">Save my name, email, and
website in this browser for the next time I comment.</label></p><p class="form-submit"><input name="submit" type="submit"
id="submit" class="submit" value="Post Comment" /> <input type="hidden" name="comment_post_ID" value="95347" id="comment_post_ID"
/> <input type='hidden' name='comment_parent' id='comment_parent' value='0' /></p><div class="wantispam-required-fields"><input
type="hidden" name="wantispam_t" class="wantispam-control wantispam-control-t" value="1593712014" /><div class="wantispam-group
wantispam-group-q" style="clear: both;"> <label>Current <a href="/cdn-cgi/l/email-protection" class="__cf_email__" data-
cfemail="8ef7ebcefc">[email protected]</a> <span class="required">*</span></label> <input type="hidden" name="wantispam_a"
class="wantispam-control wantispam-control-a" value="2020" /> <input type="text" name="wantispam_q" class="wantispam-control
wantispam-control-q" value="7.0.2" autocomplete="off" /></div><div class="wantispam-group wantispam-group-e" style="display:
none;"> <label>Leave this field empty</label> <input type="text" name="wantispam_e_email_url_website" class="wantispam-control
wantispam-control-e" value="" autocomplete="off" /></div></div></form></div></div></article><aside id="sidebar"
class="sidebar c-4-12 mts-sidebar-sidebar" role="complementary" itemscope itemtype="http://schema.org/WPSideBar"><div id="sidebars"
class="g"><div id="text-2" class="widget widget_text"><h3 class="widget-title">Advertisement</h3><div class="textwidget"><p><script
data-cfasync="false" src="/cdn-cgi/scripts/5c5dd728/cloudflare-static/email-decode.min.js"></script><script async
src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script><br /> <br /> <ins class="adsbygoogle"
style="display:inline-block;width:300px;height:600px" data-ad-client="ca-pub-1211175972738825" data-ad-slot="8223209727"></ins><br
/> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script></div></div><div id="categories-2" class="widget
widget_categories"><h3 class="widget-title">Categories</h3><form action="https://lambianteleserye.su" method="get"><label
class="screen-reader-text" for="cat">Categories</label><select name="cat" id="cat" class="postform"><option value="-1">Select
```

lambingantvofw.su



lambingantvteleserye.su

*redirects to wowlambingan.net*

libangan.ru





lumangseries.net

Only the **Top 5%**
Qualify For A
**Top Attorney Award**

VIEW TOP ATTORNEYS

Server 1    Server 2    Server 3

**VKspeed Full Part**

## PAUNAWA

ANG MGA SUSUNOD NA EKSENA, PROGRAMA O
PALABAS AY NAKUNAN AT NABUO BAGO PA MAN
NAIDEKLARA AT NAIPATUPAD AN

Now

I Can See Your Voice June 29 2020 Live Streaming
Just Now

TV Patrol June 29 2020 Live Streaming Just Now

24 Oras June 29 2020 Live Streaming Just Now

Meteor Garden June 29 2020 Live Streaming Just
Now

Ang Probinsyano June 29 2020 Live Streaming
Just Now

Encantadia June 29 2020 Live Streaming Just Now

The World of a Married Couple June 29 2020 Live
Streaming Just Now

Kambal Karibal June 29 2020 Live Streaming Just
Now

20 Live Streaming Just

me / Beauty / Being more attentive while we eat can actually serve many purposes







mediatechweek.live



moviesnipipay.com

--== McEphie ==--

For latest releases visit https://moviesnipipay.com

**Barcelona: A Love Untold (2016)**

Pipay · Updated On January 25, 2020 · Posted On January 25, 2020

A young man Elly, still trying to get over his past relationship, meets a young woman Mia in Barcelona trying to run away from her past.

Genre: Drama, Romance
Stars: Aiko Melendez, Daniel Padilla, Joey Marquez, Kathryn Bernardo
Country: Philippines

Release: 14 Sep 2016
Duration: 132 min
Director: Olivia M. Lamasan
Quality: Web-DL

#Barcelona: A Love Untold (2016) Moviesnipipay #Barcelona: A Love Untold (2016) 123movies #Barcelona: A Love Untold (2016) putlockers #Barcelona: A Love Untold (2016) fmovies #Barcelona: A Love Untold (2016) yesmovies

ofwpinoychannel.com



```
116  .footer-widgets, .f-widget .top-posts .comment_num, footer .meta, footer .twitter_time, footer .widget .wpt_widget_content .wpt-
     postmeta, footer .widget .wpt_comment_content, footer .widget .wpt_excerpt, footer .wp_review_tab_widget_content .wp-review-tab-
     postmeta { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #555555; }
117  .bottom-footer-widgets.footer-widgets h3, #site-footer .bottom-footer-widgets.footer-widgets .widget.widget_rss h3 a { font-family:
     'Armata'; font-weight: normal; font-size: 20px; color: #3D8FE8; }
118  .bottom-footer-widgets .f-widget a, footer .bottom-footer-widgets .wpt_widget_content a, footer .bottom-footer-widgets
     .wp_review_tab_widget_content a, footer .bottom-footer-widgets .wpt_tab_widget_content a { font-family: 'Armata'; font-weight:
     normal; font-size: 14px; color: #7E7D7D; }
119  .bottom-footer-widgets.footer-widgets, .bottom-footer-widgets .f-widget .top-posts .comment_num, footer .bottom-footer-widgets
     .meta, footer .bottom-footer-widgets .twitter_time, footer .bottom-footer-widgets .widget .wpt_widget_content .wpt-postmeta, footer
     .bottom-footer-widgets .widget .wpt_comment_content, footer .bottom-footer-widgets .widget .wpt_excerpt, footer .wp_review_tab-
     widgets .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
     #555555; }
120  #copyright-note, #copyright-note a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #7e7d7d; }
121  h1 { font-family: 'Armata'; font-weight: normal; font-size: 28px; color: #222222; }
122  h2 { font-family: 'Armata'; font-weight: normal; font-size: 24px; color: #222222; }
123  h3 { font-family: 'Armata'; font-weight: normal; font-size: 22px; color: #222222; }
124  h4 { font-family: 'Armata'; font-weight: normal; font-size: 20px; color: #222222; }
125  h5 { font-family: 'Armata'; font-weight: normal; font-size: 18px; color: #222222; }
126  h6 { font-family: 'Armata'; font-weight: normal; font-size: 16px; color: #222222; }
127  </style>
128  <script data-ad-client="ca-pub-3341795281870761" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"
     type="e99b90f4354a2c196aa8db70-text/javascript"></script><style type="text/css">.recentcomments a{display:inline
     !important;padding:0 !important;margin:0 !important;}</style>
129  <script async src="https://www.googletagmanager.com/gtag/js?id=UA-134075070-2" type="e99b90f4354a2c196aa8db70-text/javascript">
     </script>
130  <script type="e99b90f4354a2c196aa8db70-text/javascript">
131    window.dataLayer = window.dataLayer || [];
132    function gtag(){dataLayer.push(arguments);}
133    gtag('js', new Date());
134
135    gtag('config', 'UA-134075070-2');
136  </script>
137  </head>
138  <body id="blog" class="post-template-default single single-post postid-1021 single-format-standard main" itemscope
     itemtype="http://schema.org/WebPage">
139  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
140  <div class="container">
141  <div id="header">
142  <div class="logo-wrap">
143  <h2 id="logo" class="text-logo" itemprop="headline">
144  <a href="https://ofwpinoychannel.com">OFW Pinoy Channel</a>
145  </h2>
146  </div>
147  <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
     itemtype="http://schema.org/SiteNavigationElement">
148  <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
149  <nav class="navigation clearfix mobile-menu-wrapper">
150  <ul id="menu-home" class="menu clearfix"><li id="menu-item-12" class="menu-item menu-item-type-taxonomy menu-item-object-category
```

Case 0:20-cv-61628-RAR Document 5-3 Entered on FLSD Docket 08/12/2020 Page 61 of 182

```
180  </div>
181  </header>
182  <div class="post-single-content box mark-links entry-content">
183
184  <div class="shareit floating">
185
186  <span class="share-item facebooksharebtn">
187  <div class="fb-share-button" data-layout="button_count"></div>
188  </span>
189
190  <span class="share-item facebookbtn">
191  <div id="fb-root"></div>
192  <div class="fb-like" data-send="false" data-layout="button_count" data-width="150" data-show-faces="false"></div>
193  </span>
194
195  <span class="share-item twitterbtn">
196  <a href="https://twitter.com/share" class="twitter-share-button" data-via="">Tweet</a>
197  </span>
198
199  <span class="share-item gplusbtn">
200  <g:plusone size="medium"></g:plusone>
201  </span>
202
203  <span class="share-item pinbtn">
204  <a href="https://pinterest.com/pin/create/button/?url=https://ofwpinoychannel.com/watch-video-ang-probinsyano-july-13-2020-replay-
     today-episode/&media=https://ofwpinoychannel.com/wp-content/uploads/2020/06/Ang-Probinsyano.jpg&description=Ang Probinsyano July 13
     2020 Replay Today Episode" class="pin-it-button" count-layout="horizontal">Pin It</a>
205  </span>
206  </div>
207
208  <div class="thecontent">
209
210  <div class="c02d2a594cd173605f92943405878412" data-index="1" style="float: none; margin:10px 0 10px 0; text-align:center;">
211  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="e99b90f4354a2c196aa8db70-text/javascript">
     </script>
212
213  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-3341795281870761" data-ad-slot="5925555386" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
214  <script type="e99b90f4354a2c196aa8db70-text/javascript">
215      (adsbygoogle = window.adsbygoogle || []).push({});
216  </script>
217  </div>
218  <p>Watch the most popular replay Ang Probinsyano July 13 2020 Complete episode daily on this weblog. We are providing our viewers
     all the latest replays which you will be watch on your free time. People love to watch their favorite TV shows and Replays on their
     free time. Now watch and enjoy <strong>Ang Probinsyano July 13 2020</strong> replay online in hd.</p>
219
220  <div class="c02d2a594cd173605f92943405878412" data-index="2" style="float: none; margin:10px 0 10px 0; text-align:center;">
221  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="e99b90f4354a2c196aa8db70-text/javascript">
     </script>
```

```
222
223  <ins class="adsbygoogle" style="display:inline-block;width:336px;height:280px" data-ad-client="ca-pub-3341795281870761" data-ad-
     slot="8818851965"></ins>
224  <script type="e99b90f4354a2c196aa8db70-text/javascript">
225       (adsbygoogle = window.adsbygoogle || []).push({});
226  </script>
227  </div>
228  <p><IFRAME SRC="https://vkspeed.com/embed-xtzb1b7j5pgv.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=640
     HEIGHT=360 allowfullscreen></IFRAME></p>
229
230  <div class="c02d2a594cd173605f92943405878412" data-index="3" style="float: none; margin:10px 0 10px 0; text-align:center;">
231  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="e99b90f4354a2c196aa8db70-text/javascript">
     </script>
232
233  <ins class="adsbygoogle" style="display:inline-block;width:300px;height:250px" data-ad-client="ca-pub-3341795281870761" data-ad-
     slot="7886890158"></ins>
234  <script type="e99b90f4354a2c196aa8db70-text/javascript">
235       (adsbygoogle = window.adsbygoogle || []).push({});
236  </script>
237  </div>
238  <div style="font-size: 0px; height: 0px; line-height: 0px; margin: 0; padding: 0; clear: both;"></div> </div>
239  </div>
240  </div>
241  <div class="postauthor">
242  <h4>About The Author</h4>
243  <div class="author-info">
244  <img alt='' src='https://secure.gravatar.com/avatar/d1bd0a18a21d4fa3adef4e0bea0b0417?s=100&#038;d=mm&#038;r=g'
     srcset='https://secure.gravatar.com/avatar/d1bd0a18a21d4fa3adef4e0bea0b0417?s=200&#038;d=mm&#038;r=g 2x' class='avatar avatar-100
     photo' height='100' width='100' /> <h5 class="vcard"><a href="https://ofwpinoychannel.com/author/admin/" class="fn">admin</a></h5>
245  <p></p>
246  </div>
247  </div>
248
249  <div class="related-posts"><h4>Related Posts</h4> <article class="latestPost excerpt  ">
250  <div class="featured-wrap clearfix">
251  <a href="https://ofwpinoychannel.com/watch-video-its-showtime-july-11-2020-replay-today-episode/" title="Its Showtime July 11 2020
     Replay Today Episode" class="post-image post-image-left">
252  <div class="featured-thumbnail"><img width="203" height="150" src="https://ofwpinoychannel.com/wp-content/uploads/2020/07/Its-
     Showtime-203x150.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title="" /></div> </a>
253  <div class="inner-categories"><a href="https://ofwpinoychannel.com/category/abs-cbn-shows/" title="View all posts in ABS-CBN
     Shows">ABS-CBN Shows</a></div>
254  </div>
255  <header>
256  <h2 class="title front-view-title">
257  <a href="https://ofwpinoychannel.com/watch-video-its-showtime-july-11-2020-replay-today-episode/" title="Its Showtime July 11 2020
     Replay Today Episode">Its Showtime July 11 2020 Replay ... </a>
258  </h2>
259  <div class="post-info">
260  <span class="theauthor">By<span> <a href="https://ofwpinoychannel.com/author/admin/" title="Posts by admin"
```

ofwpinoytvchannel.com



pariwiki.ae



phtv.one



pinoybarkada.org



pinoybays.su

No Comments

Video watch online MAKE IT WITH YOU FEBRUARY 14 2020 TO[...]
EPISODE of PinoyBay drama serial Today Full Episode Online. Stay[...]
watch latest Pinoy Channel MAKE IT WITH YOU FEBRUARY 14[...]
TODAY EPISODE on Pinoy Tv

**MAKE IT WITH YOU FEBRUARY 14 2020 TO[...]
EPISODE Full Part**



Today' Special Episode here MAKE IT WITH YOU FEBRUARY 14 2020
TODAY EPISODE only on Pinoy Tv Replay.MAKE IT WITH YOU
FEBRUARY 14 2020 TODAY EPISODE Watch all Episodes Tonight PinoyBay
here on Pinoy Teleserye Shows in HD Quality.

Video Source: **ABS CBN**
Video Owner: PinoyBay

## Related Posts

GMA Network

ABS CBN

Pinoy Tambayan

Pariwiki

Pinoy Tambayan

Pinoy Teleserye Replay

Pinoy Tv

Prima Donnas

The Killer Bride

ungetograyzedf

A SOLDIER'S HEART
FEBRUARY 14 2020 TODAY
EPISODE

pinoychannel.cc



```
.bottom-footer-widgets .twitter_time,footer .bottom-footer-widgets .widget .wpt_widget_content .wp-postmeta,footer .bottom-footer-
widgets .widget .wpt_comment_content,footer .bottom-footer-widgets .widget .wpt_excerpt,footer .bottom-footer-widgets
.wp_review_tab_widget_content .wp-review-tab-postmeta{font-family:'Armata';font-weight:normal;font-size:14px;color:#555}#copyright-
note,#copyright-note a{font-family:'Armata';font-weight:normal;font-size:14px;color:#7e7d7d}h1{font-family:'Armata';font-
weight:normal;font-size:28px;color:#222}h2{font-family:'Armata';font-weight:normal;font-size:24px;color:#222}h3{font-
family:'Armata';font-weight:normal;font-size:22px;color:#222}h4{font-family:'Armata';font-weight:normal;font-
size:20px;color:#222}h5{font-family:'Armata';font-weight:normal;font-size:18px;color:#222}h6{font-family:'Armata';font-
weight:normal;font-size:16px;color:#222}</style>
65  <link rel="icon" href="https://pinoychannel.cc/wp-content/uploads/2020/04/cropped-kissclipart-tv-icon-clipart-television-computer-
    icons-clip-art-5ac488d4bde56863-32x32.png" sizes="32x32" />
66  <link rel="icon" href="https://pinoychannel.cc/wp-content/uploads/2020/04/xcropped-kissclipart-tv-icon-clipart-television-computer-
    icons-clip-art-5ac488d4bde56863-192x192.png.pagespeed.ic.Fl0Y63rTUV.webp" sizes="192x192" />
67  <link rel="apple-touch-icon" href="https://pinoychannel.cc/wp-content/uploads/2020/04/cropped-kissclipart-tv-icon-clipart-
    television-computer-icons-clip-art-5ac488d4bde56863-180x180.png" />
68  <meta name="msapplication-TileImage" content="https://pinoychannel.cc/wp-content/uploads/2020/04/cropped-kissclipart-tv-icon-
    clipart-television-computer-icons-clip-art-5ac488d4bde56863-270x270.png" />
69  <script data-ad-client="ca-pub-9277427481818043" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
    </script>
70  </head>
71  <body id="blog" class="post-template-default single single-post postid-22541 single-format-standard main" itemscope
    itemtype="http://schema.org/WebPage">
72  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
73  <div class="container">
74  <div id="header">
75  <div class="logo-wrap">
76  <h2 id="logo" class="text-logo" itemprop="headline">
77  <a href="https://pinoychannel.cc">PinoyChannel.cc</a>
78  </h2>
79  </div>
80  <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
    itemtype="http://schema.org/SiteNavigationElement">
81  <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
82  <nav class="navigation clearfix mobile-menu-wrapper">
83  <ul id="menu-main-menu" class="menu clearfix"><li id="menu-item-20928" class="menu-item menu-item-type-taxonomy menu-item-object-
    category current-post-ancestor current-menu-parent current-post-parent"><a href="https://pinoychannel.cc/category/kapamilya-
    channel/"> <style>#menu-item-20928 a,.menu-item-20928-megamenu,#menu-item-20928 .sub-menu{border-color:#69d61b!important}#menu-
    item-20928 a:hover,#wpmm-megamenu.menu-item-20928-megamenu a:hover,#wpmm-megamenu.menu-item-20928-megamenu .wpmm-posts .wpmm-entry-
    title a:hover{color:#69d61b!important}</style>Kapamilya Channel</a></li>
84  <li id="menu-item-269" class="menu-item menu-item-type-taxonomy menu-item-object-category"><a
    href="https://pinoychannel.cc/category/gma-shows/"> <style>#menu-item-269 a,.menu-item-269-megamenu,#menu-item-269 .sub-
    menu{border-color:#ee2!important}#menu-item-269 a:hover,#wpmm-megamenu.menu-item-269-megamenu a:hover,#wpmm-megamenu.menu-item-269-
    megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#ee2!important}</style><i class="fa fa-bars"></i> GMA Shows</a></li>
85  <li id="menu-item-270" class="menu-item menu-item-type-taxonomy menu-item-object-category"><a
    href="https://pinoychannel.cc/category/pinoy-tv-replay/"> <style>#menu-item-270 a,.menu-item-270-megamenu,#menu-item-270 .sub-
    menu{border-color:#ff3d3d!important}#menu-item-270 a:hover,#wpmm-megamenu.menu-item-270-megamenu a:hover,#wpmm-megamenu.menu-item-
    270-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#ff3d3d!important}</style><i class="fa fa-barcode"></i> Pinoy TV
    Replay</a></li>
86  </ul> </nav>
87  </div>
```

```
131  <div class="222546647b4d77441a13ca5fb1da9c21" data-index="2" style="float: none; margin:10px 0 10px 0; text-align:center;">
132  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
133
134  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-9277427481818043" data-ad-slot="8819999423" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
135  <script>(adsbygoogle=window.adsbygoogle||[]).push({});</script>
136  </div>
137  <p>Watch Ang Probinsyano July 1 2020 on Pinoy Channel. This is no 1 Platform where you can Enjoy Kapamilya Replay Free of Cost.
     Subscribe Pinoy tv  Replay Webpage and Also share with your Friends. <strong>Ang Probinsyano July 1 2020</strong> Full Episode in
     super HD Quality. Download Button is also availabe on the top of the Video. <strong><a href="https://pinoychannel.cc/">Pinoy
     Tambayan</a></strong> also provide GMA Replays  Free.</p>
138  <p><IFRAME SRC="https://vkspeed.com/embed-65j61dnmt942.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=640
     HEIGHT=360 allowfullscreen></IFRAME></p>
139
140  <div class="222546647b4d77441a13ca5fb1da9c21" data-index="1" style="float: none; margin:10px 0 10px 0; text-align:center;">
141  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
142
143  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-9277427481818043" data-ad-slot="4491733994" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
144  <script>(adsbygoogle=window.adsbygoogle||[]).push({});</script>
145  </div>
146  <div style="font-size: 0px; height: 0px; line-height: 0px; margin: 0; padding: 0; clear: both;"></div> </div>
147  <div itemprop="video" itemscope itemtype="http://schema.org/VideoObject">
148  <link itemprop="url" href="https://pinoychannel.cc/watch-video-ang-probinsyano-july-1-2020-replay-today-episode/">
149  <meta itemprop="name" content="Ang Probinsyano July 1 2020 Replay Today Episode" />
150  <meta itemprop="duration" content="PT32M21S" />
151  <meta itemprop="thumbnailUrl" content="https://pinoychannel.cc/wp-content/uploads/2019/10/Ang-Probinsyano-title.jpg" />
152  <meta itemprop="embedUrl" content="https://player.vimeo.com/video/22541" />
153  <meta itemprop="uploadDate" content="2020-07-01T12:59:41+00:00" />
154  <meta itemprop="description" content="Ang Probinsyano July 1 2020 Replay Today Episode" />
155  </div>
156  </div>
157  </div>
158
159  <div class="related-posts"><h4>Related Posts</h4> <article class="latestPost excerpt  ">
160  <div class="featured-wrap clearfix">
161  <a href="https://pinoychannel.cc/watch-video-soco-june-27-2020-full-episode-replay/" title="Soco June 27 2020 Full Episode Replay"
     class="post-image post-image-left">
162  <div class="featured-thumbnail"><script data-pagespeed-no-defer>//<![CDATA[
163  (function(){for(var g="function"==typeof Object.defineProperties?Object.defineProperty:function(b,c,a){if(a.get||a.set)throw new
     TypeError("ES3 does not support getters and setters.");b=Array.prototype&&!=Object.prototype&&
     (b[c]=a.value)},h="undefined"!=typeof window&&window===this?this:"undefined"!=typeof global&&null!=global?global:this,k=
     ["String","prototype","repeat"],l=0;l<k.length-1;l++){var m=k[l];m in h||(h[m]={});h=h[m]}var n=k[k.length-1],p=h[n],q=p?
     p:function(b){var c;if(null==this)throw new TypeError("The 'this' value for String.prototype.repeat must not be null or
     undefined");c=this+"";if(0>b||1342177279<b)throw new RangeError("Invalid count value");b|=0;for(var a="";b;)if(b&1&&
     (a+=c),b>>>=1)c+=c;return a};q!=p&&null!=q&&g(h,n,{configurable:!0,writable:!0,value:q});var t=this;function u(b,c){var
     a=b.split(".");d=t;a[0]in d||!d.execScript||d.execScript("var "+a[0]);for(var e;a.length&&(e=a.shift());)a.length||void 0===c?d[e]?
     d=d[e]:d=d[e]={}:d[e]=c};function v(b){var c=b.length;if(0<c){for(var a=Array(c),d=0;d<c;d++)a[d]=b[d];return a}return[]};function
     w(b){var c=window;if(c.addEventListener)c.addEventListener("load",b,!1);else if(c.attachEvent)c.attachEvent("onload",b);else{var
```

```
215  <p class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent" name="wp-comment-cookies-consent" type="checkbox"
     value="yes" /> <label for="wp-comment-cookies-consent">Save my name, email, and website in this browser for the next time I
     comment.</label></p>
216  <p class="form-submit"><input name="submit" type="submit" id="submit" class="submit" value="Post Comment" /> <input type='hidden'
     name='comment_post_ID' value='22541' id='comment_post_ID' />
217  <input type='hidden' name='comment_parent' id='comment_parent' value='0' />
218  </p></form> </div>
219  </div>
220  </div>
221  </div>
222  </article>
223  <aside class="sidebar c-4-12" role="complementary" itemscope itemtype="http://schema.org/WPSideBar">
224  <div id="sidebars" class="g">
225  <div class="sidebar">
226  <div id="search-2" class="widget widget_search"><form method="get" id="searchform" class="search-form"
     action="https://pinoychannel.cc" _lpchecked="1">
227  <fieldset>
228  <input type="text" name="s" id="s" value="" placeholder="Search the site" />
229  <input id="search-image" class="sbutton" type="submit" value="" />
230  <i class="fa fa-search"></i>
231  </fieldset>
232  </form>
233  </div><div id="text-2" class="widget widget_text"><h3 class="widget-title">Google Add</h3> <div class="textwidget"><p><script async
     src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script><br />
     <br />
235  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-9277427481818043" data-ad-slot="9409018758" data-ad-
     format="auto" data-full-width-responsive="true"></ins><br />
236  <script>(adsbygoogle=window.adsbygoogle||[]).push({});</script></p>
237  </div>
238  </div> </div>
239  </div>
240  </aside>
241  </div>
242  </div>
243  <footer id="site-footer" role="contentinfo" itemscope itemtype="http://schema.org/WPFooter">
244  <div class="copyrights">
245  <div class="container">
246
247  <div class="row" id="copyright-note">
248  <span><a href="https://pinoychannel.cc/" title="Watch Online Kapamilya Channel  Replays Free">PinoyChannel.cc</a> Copyright &copy;
     2020.</span>
249  <div class="to-top"></div>
250  </div>
251
252  </div>
253  </div>
254  </footer>
255
256  <script type="text/javascript">(function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){(i[r].q=i[r].q||
```

pinoychannelako.su



pinoyflixtvs.su

Watch **Ang Probinsyano July 9 2020** In High Defination Quality Video.
Providing Pinoy TV Shows On Our Official Website Pinoyflixtvs.su Every
Online Pinoy Tambayan Ang Probinsyano July 9 2020. Thousands of pe
Philipines and the rest of the world **watch Pinoy Tv Replay** online. Pin
TV Drama Ang Probinsyano July 9 2020 Latesst Episode Watch Online.

<span style="color:red">**Ang Probinsyano July 9 2020 Full Part**</span>



## Leave a Reply

Comment Text*

```
search"></a></form></div></div></header> <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
</script>   <ins class="adsbygoogle"
13 style="display:block"
14 data-ad-client="ca-pub-2456058618146104"
15 data-ad-slot="5016662730"
16 data-ad-format="auto"
17 data-full-width-responsive="true"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script> <div class="main-
container"><div itemprop="video" itemscope itemtype="http://schema.org/VideoObject"><link itemprop="url"
href="https://pinoyflixtvs.su/ang-probinsyano-july-13-2020-replay-today-episode/"><meta itemprop="name" content="Ang Probinsyano
July 13 2020 Replay Today Episode"/><meta itemprop="uploadDate" content="2020-07-13T11:55:10+08:00"/><meta itemprop="duration"
content="PT34M29S" /><meta itemprop="thumbnailUrl" content="https://pinoyflixtvs.su/wp-content/uploads/2020/07/Ang-Probinsyano.jpg"
/><meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?vid=39364"><meta itemprop="description" content="Ang
Probinsyano July 13 2020 Replay Today Episode"/></div><div id="page" class="single clearfix"><article class="article"
id="content_box"><div id="post-39364" class="g post post-39364 type-post status-publish has-post-thumbnail hentry
category-pinoy-tambayan has_thumb"><div class="single_post"><header><meta http-equiv="Content-Type" content="text/html;
charset=utf-8"><h1 class="title single-title entry-title">Ang Probinsyano July 13 2020 Replay Today Episode</h1><div class="post-
info"> <span class="theauthor"><i class="fa fa-user"></i> <a href="https://pinoyflixtvs.su/author/admin/" title="Posts
by Pinoy Tv Replay" rel="author">Pinoy Tv Replay</a></span> </span> <span class="thecategory"><i class="fa fa-tags"></i> <a
href="https://pinoyflixtvs.su/pinoy-tambayan/" title="View all posts in Pinoy Tambayan">Pinoy Tambayan</a></span> </span> <span
class="thetime updated"><i class="fa fa-calendar"></i> July 13, 2020</span></span></div></header><div class="post-
single-content box mark-links entry-content"><div class="thecontent"><p>Watch <strong>Ang Probinsyano July 13 2020</strong> In High
Defination Quality Video. We Are Providing Pinoy TV Shows On Our Official Website<strong> Pinoyflixtvs.su</strong> Everyday. Watch
Online Pinoy Tambayan Ang Probinsyano July 13 2020. Thousands of people from Philipines and the rest of the world <strong>watch <a
href="https://pinoyflixtvs.su/" target="_blank" rel="noopener noreferrer">Pinoy Tv Replay</a> online. </strong>Pinoy Channel TV
Drama Ang Probinsyano July 13 2020 Latesst Episode Watch Online.</p><h2 style="text-align: center;"><span style="color:
#ff0000;">Ang Probinsyano July 13 2020 Full Part HD Fast Server</span></h2><p><iframe frameborder="0" width="100%" height="360"
src="https://www.dailymotion.com/embed/video/x7uzhqr" allowfullscreen allow="autoplay" data-rocket-lazyload="fitvidscompatible"
data-lazy-src="https://www.dailymotion.com/embed/video/x7uzhqr"></iframe><noscript><iframe frameborder="0" width="100%"
height="360" src="https://www.dailymotion.com/embed/video/x7uzhqr" allowfullscreen allow="autoplay"></iframe> </noscript></p><h2
style="text-align: center;"><span style="color: #ff0000;">Ang Probinsyano July 13 2020 Full Part HD</span></h2><p><IFRAME
SRC="https://vkspeed.com/embed-824o9b20g1su.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=100% HEIGHT=400
allowfullscreen data-rocket-lazyload="fitvidscompatible" data-lazy-src="https://vkspeed.com/embed-824o9b20g1su.html"></IFRAME>
<noscript><IFRAME SRC="https://vkspeed.com/embed-824o9b20g1su.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO
WIDTH=100% HEIGHT=400 allowfullscreen></IFRAME></noscript></p></div></div></div></div><div id="commentsAdd"><div id="respond"
class="box m-t-6"><div id="respond" class="comment-respond"><h3 id="reply-title" class="comment-reply-title"><span>Leave a
Reply</span></h4></h4> <small><a rel="nofollow" id="cancel-comment-reply-link" href="/ang-probinsyano-july-13-2020-replay-today-
episode/#respond" style="display:none;">Cancel reply</a></small></h3><form action="https://pinoyflixtvs.su/wp-comments-post.php"
method="post" id="commentform" class="comment-form"><p class="comment-notes"><textarea id="comment" name="comment" cols="45"
rows="8" aria-required="true" placeholder="Comment Text*"></textarea></p><p class="comment-form-author"><input id="author"
name="author" type="text" placeholder="Name*" value="" size="30" /></p><p class="comment-form-email"><input id="email" name="email"
type="text" placeholder="Email*" value="" size="30" /></p><p class="comment-form-url"><input id="url" name="url" type="text"
placeholder="Website" value="" size="30" /></p><p class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent"
name="wp-comment-cookies-consent" type="checkbox" value="yes" /> <label for="wp-comment-cookies-consent">Save my name, email, and
website in this browser for the next time I comment.</label></p><p class="form-submit"><input name="submit" type="submit"
id="submit" class="submit" value="Post Comment" /> <input type="hidden" name="comment_post_ID" value="39364" id="comment_post_ID"
/> <input type="hidden" name="comment_parent" id="comment_parent" value="0" /></p></form></div></div></div></article><aside
id="sidebar" class="sidebar c-4-12 mts-sidebar-sidebar" role="complementary" itemscope itemtype="http://schema.org/WPSideBar"><div
id="sidebars" class="g"><div id="text-2" class="widget widget_text"><div class="textwidget"><p><script async
src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script><br /> <br /> <ins class="adsbygoogle"
```

view-source:https://pinoyflixtvs.su/ang-probinsyano-july-13-2020-replay-today-episode/

```
18   style="display:block"
19   data-ad-client="ca-pub-2456058618146104"
20   data-ad-slot="7379920432"
21   data-ad-format="auto"
22   data-full-width-responsive="true"></ins><br /> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script></p></div></div>
     <div id="recent-posts-2" class="widget widget_recent_entries"><h3 class="widget-title">Recent Posts</h3><ul><li> <a
     href="https://pinoyflixtvs.su/love-thy-woman-july-13-2020-replay-today-episode/">Love Thy Woman July 13 2020 Replay Today
     Episode</a></li><li> <a href="https://pinoyflixtvs.su/ang-probinsyano-july-13-2020-replay-today-episode/" aria-current="page">Ang
     Probinsyano July 13 2020 Replay Today Episode</a></li><li> <a href="https://pinoyflixtvs.su/a-soldiers-heart-july-13-2020-replay-
     today-episode/">A Soldier's Heart July 13 2020 Replay Today Episode</a></li><li> <a href="https://pinoyflixtvs.su/the-world-of-a-
     married-couple-july-13-2020-replay-today-episode/">The World Of A Married Couple July 13 2020 Replay Today Episode</a></li><li> <a
     href="https://pinoyflixtvs.su/misty-july-13-2020-replay-today-episode/">Misty July 13 2020 Replay Today Episode</a></li><li> <a
     href="https://pinoyflixtvs.su/meant-to-be-july-13-2020-replay-today-episode/">Meant To Be July 13 2020 Replay Today Episode</a>
     </li><li> <a href="https://pinoyflixtvs.su/encantadia-july-13-2020-replay-today-episode/">Encantadia July 13 2020 Replay Today
     Episode</a></li><li> <a href="https://pinoyflixtvs.su/kambal-karibal-july-13-2020-replay-today-episode/">Kambal Karibal July 13
     2020 Replay Today Episode</a></li></ul></div></aside></div></div><footer id="site-footer" role="contentinfo" itemscope
     itemtype="http://schema.org/WPFooter"><div class="copyrights"><div class="container"><div class="row" id="copyright-note"> <span><a
     href="https://pinoyflixtvs.su/" title="Watch Latest Our Pinoy TV, Pinoyflix, Pinoy Tambayan, Pinoy Lambingan, Pinoy Teleserye,
     Pinoy TV Replay, Wow Pinoy And Pinoy Channel.">Pinoyflixtvs.su</a> Copyright &copy; 2020.</span><div class="to-top"><span
     style="color: #750707;"><a style="color: #750707;" href="https://pinoyflixtvs.su" target="_blank" rel="nofollow noopener">Pinoy TV
     Replay</a> - </span> <span style="color: #750707;"><a style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy
     Channel</a></strong> - <strong><a style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy Tambayan</a></strong> - <strong><a
     style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy Tv</a></strong> - <strong><a style="color: #750707;"
     href="https://pinoyflixtvs.su">Pinoy1Tv</a></strong> - <strong><a style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy
     Ako</a></strong> - <a style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy Lambingan</a> - <a style="color: #750707;"
     href="https://pinoyflixtvs.su">Pinoy Teleserye</a> - <a style="color: #750707;" href="https://pinoyflixtvs.su">Pinoy TV Replay</a>
     </span></div></div></div></footer> <script type='text/javascript' src='https://pinoyflixtvs.su/wp-includes/js/comment-
     reply.min.js' defer></script> <script type='text/javascript'>/* <![CDATA[ */ var mts_customscript =
     {"responsive":"1","nav_menu":"both"}; /* ]]> */</script> <script type='text/javascript' async='async'
     src='https://pinoyflixtvs.su/wp-content/cache/min/1/wp-content/themes/mts_magxp/js/customscript-
     00636c50ed7fd8e7ec84d6af1bc85ff8.js' data-minify="1"></script> <script type='text/javascript' src='https://pinoyflixtvs.su/wp-
     content/cache/min/1/wp-content/plugins/reduce-bounce-rate/js/analyticsjs-0702e8e62b05f4533ce2e04c0c574f56.js' data-minify="1"
     defer></script> <script>(function(w, d){
23       var b = d.getElementsByTagName("body")[0];
24       var s = d.createElement("script"); s.async = true;
25       var v = !("IntersectionObserver" in w) ? "8.7.1" : "10.5.2";
26       s.src = "https://pinoyflixtvs.su/wp-content/plugins/wp-rocket/inc/front/js/lazyload-" + v + ".min.js";
27       w.lazyLoadOptions = {
28           elements_selector: "img, iframe",
29           data_src: "lazy-src",
30           data_srcset: "lazy-srcset",
31           skip_invisible: false,
32           class_loading: "lazyloading",
33           class_loaded: "lazyloaded",
34           threshold: 300,
35           callback_load: function(element) {
36               if ( element.tagName === "IFRAME" && element.dataset.rocketLazyload == "fitvidscompatible" ) {
37                   if (element.classList.contains("lazyloaded") ) {
38                       if (typeof window.jQuery != "undefined") {
```

pinoyhdlambingan.su

*redirects to pinoysteleserye.su*

pinoylambinganhdreplay.net

*redirecting to pinoysreplaytv.su*

pinoystambayan.com





```
id="menu-item-1913" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-
home"><a href="https://pinoystambayan.com"><style>#menu-item-1913 a,.menu-item-1913-
megamenu,#menu-item-1913 .sub-menu{border-color:!important}#menu-item-1913 a:hover,#wpmm-
megamenu.menu-item-1913-megamenu a:hover,#wpmm-megamenu.menu-item-1913-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:!important}</style>Home</a></li><li id="menu-item-9576"
class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-
menu-parent current-post-parent"><a href="https://pinoystambayan.com/pinoy-tambayan/">
<style>#menu-item-9576 a,.menu-item-9576-megamenu,#menu-item-9576 .sub-menu{border-
color:#eeee22!important}#menu-item-9576 a:hover,#wpmm-megamenu.menu-item-9576-megamenu
a:hover,#wpmm-megamenu.menu-item-9576-megamenu .wpmm-posts .wpmm-entry-title
a:hover{color:#eeee22!important}</style><i class="fa fa-video-camera"></i> Pinoy Channel</a></li>
<li id="menu-item-9577" class="menu-item menu-item-type-taxonomy menu-item-object-category
current-post-ancestor current-menu-parent current-post-parent"><a
href="https://pinoystambayan.com/pinoy-tambayan/"><style>#menu-item-9577 a,.menu-item-9577-
megamenu,#menu-item-9577 .sub-menu{border-color:#81d742!important}#menu-item-9577 a:hover,#wpmm-
megamenu.menu-item-9577-megamenu a:hover,#wpmm-megamenu.menu-item-9577-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:#81d742!important}</style><i class="fa fa-video-camera"></i>
Pinoy Channel</a></li><li id="menu-item-9578" class="menu-item menu-item-type-taxonomy menu-item-
object-category current-post-ancestor current-menu-parent current-post-parent"><a
href="https://pinoystambayan.com/pinoy-tambayan/"><style>#menu-item-9578 a,.menu-item-9578-
megamenu,#menu-item-9578 .sub-menu{border-color:#8224e3!important}#menu-item-9578 a:hover,#wpmm-
megamenu.menu-item-9578-megamenu a:hover,#wpmm-megamenu.menu-item-9578-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:#8224e3!important}</style><i class="fa fa-video-camera"></i>
Pinoy TV</a></li></ul></nav><nav class="navigation mobile-only clearfix mobile-menu-wrapper"><ul
id="menu-main-manu-1" class="menu clearfix"><li id="menu-item-1913" class="menu-item menu-item-
type-custom menu-item-object-custom menu-item-home"><a href="https://pinoystambayan.com">
<style>#menu-item-1913 a,.menu-item-1913-megamenu,#menu-item-1913 .sub-menu{border-
color:!important}#menu-item-1913 a:hover,#wpmm-megamenu.menu-item-1913-megamenu a:hover,#wpmm-
megamenu.menu-item-1913-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:!important}
</style>Home</a></li><li id="menu-item-9576" class="menu-item menu-item-type-taxonomy menu-item-
object-category current-post-ancestor current-menu-parent current-post-parent"><a
href="https://pinoystambayan.com/pinoy-tambayan/"><style>#menu-item-9576 a,.menu-item-9576-
megamenu,#menu-item-9576 .sub-menu{border-color:#eeee22!important}#menu-item-9576 a:hover,#wpmm-
megamenu.menu-item-9576-megamenu a:hover,#wpmm-megamenu.menu-item-9576-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:#eeee22!important}</style><i class="fa fa-video-camera"></i>
Pinoy Channel</a></li><li id="menu-item-9577" class="menu-item menu-item-type-taxonomy menu-item-
object-category current-post-ancestor current-menu-parent current-post-parent"><a
href="https://pinoystambayan.com/pinoy-tambayan/"><style>#menu-item-9577 a,.menu-item-9577-
megamenu,#menu-item-9577 .sub-menu{border-color:#81d742!important}#menu-item-9577 a:hover,#wpmm-
megamenu.menu-item-9577-megamenu a:hover,#wpmm-megamenu.menu-item-9577-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:#81d742!important}</style><i class="fa fa-video-camera"></i>
Pinoy Channel</a></li><li id="menu-item-9578" class="menu-item menu-item-type-taxonomy menu-item-
object-category current-post-ancestor current-menu-parent current-post-parent"><a
href="https://pinoystambayan.com/pinoy-tambayan/"><style>#menu-item-9578 a,.menu-item-9578-
megamenu,#menu-item-9578 .sub-menu{border-color:#8224e3!important}#menu-item-9578 a:hover,#wpmm-
megamenu.menu-item-9578-megamenu a:hover,#wpmm-megamenu.menu-item-9578-megamenu .wpmm-posts
.wpmm-entry-title a:hover{color:#8224e3!important}</style><i class="fa fa-video-camera"></i>
Pinoy TV</a></li></ul></nav></div><form class="search-top search-form"
action="https://pinoystambayan.com" method="get"> <input class="hideinput" name="s" id="s"
type="search" placeholder="Search the Site..." autocomplete="off" x-webkit-speech="x-webkit-
speech" /><a href="#" class="fa fa-search"></a></form></div></div></header> <br><br><br/><br/>
<center> <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
</script> <ins class="adsbygoogle"
style="display:block"
data-ad-client="ca-pub-9273910323402883"
data-ad-slot="9730497354"
data-ad-format="auto"
data-full-width-responsive="true"></ins> <script>(adsbygoogle = window.adsbygoogle ||
[]).push({});</script></center><br><br><br/><br/><div class="main-container"><div
itemprop="video" itemscope itemtype="http://schema.org/VideoObject"><link itemprop="url"
href="https://pinoystambayan.com/ang-probinsyano-july-31-2020-today-episode/"><meta
itemprop="name" content="Ang Probinsyano July 31 2020 Today Episode"/><meta itemprop="uploadDate"
content="2020-07-31T11:40:57+08:00"/><meta itemprop="duration" content="PT31M23S" /><meta
itemprop="thumbnailUrl" content="https://pinoystambayan.com/wp-content/uploads/2020/07/Ang-
Probinsyano.jpg" /><meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?
```

vid=35877" /><meta itemprop="description" content="Ang Probinsyano July 31 2020 Today Episode"/>
</div><div id="page" class="single clearfix"><article class="article"><div id="content_box" ><div
id="post-35877" class="g post post-35877 type-post status-publish format-standard has-post-
thumbnail hentry category-pinoy-tambayan has_thumb"><div class="single_post"><header><meta http-
equiv="Content-Type" content="text/html; charset=utf-8"><h1 class="title single-title entry-
title">Ang Probinsyano July 31 2020 Today Episode</h1></header><div class="post-single-content
box mark-links entry-content"><p>watch Online today Ang Probinsyano July
31 2020 Replay <a href="https://pinoystambayan.com/" target="_blank" rel="noopener noreferrer">
<strong>Pinoy Tambayan</strong></a>. <strong>Ang Probinsyano July 31 2020</strong> Today's
Special Episode here on <a href="https://pinoystambayan.com/" target="_blank" rel="noopener
noreferrer">Pinoy Lambingan</strong></a> . Stay connected with us to watch all Episodes
here on <a href="https://pinoystambayan.com/" target="_blank" rel="noopener noreferrer">
<strong>Pinoy TV  Replay</strong></a> in HD Quality. Ang Probinsyano July 31 2020 Replay. Watch
All Ang Probinsyano Full HD Episodes on Pinoy Tambayan Shows online Replay.</p><h2 style="text-
align: center;"><span style="color: #ff0000;">Ang Probinsyano July 31 2020  Full Part HD Fast
Server</span></h2><p><IFRAME SRC="https://www.dailymotion.com/embed/video/x7vbmb4" FRAMEBORDER=0
MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=100% HEIGHT=350 allowfullscreen data-rocket-
lazyload="fitvidscompatible" data-lazy-src="https://www.dailymotion.com/embed/video/x7vbmb4">
</IFRAME><noscript><IFRAME SRC="https://www.dailymotion.com/embed/video/x7vbmb4" FRAMEBORDER=0
MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=100% HEIGHT=350 allowfullscreen></IFRAME>
</noscript></p><h2 style="text-align: center;"><span style="color: #ff0000;">Ang Probinsyano July
31 2020  Full Part HD</span></h2><p><IFRAME SRC="https://vkspeed.com/embed/ng5wsmyo9yj9.html"
FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=100% HEIGHT=400 allowfullscreen
data-rocket-lazyload="fitvidscompatible" data-lazy-src="https://vkspeed.com/embed/embed-
ng5wsmyo9yj9.html"></IFRAME><noscript><IFRAME SRC="https://vkspeed.com/embed/ng5wsmyo9yj9.html"
FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=100% HEIGHT=400 allowfullscreen>
</IFRAME></noscript></p><div class="3a7c442a280e9edfc1393b895ad89063" data-index="1"
style="float: none; margin:10px 0 10px 0; text-align:center;"> <script async
src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins
class="adsbygoogle"
18  style="display:block; text-align:center;"
19  data-ad-layout="in-article"
20  data-ad-format="fluid"
21  data-ad-client="ca-pub-9273910323402883"
22  data-ad-slot="3408631584"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});
</script> </div><div style="font-size: 0px; height: 0px; line-height: 0px; margin: 0; padding: 0;
clear: both;"></div></div></div></div><div class="related-posts"><h4>Related Posts</h4><article
class="latestPost excerpt  "><div class="featured-wrap clearfix"> <a
href="https://pinoystambayan.com/one-of-the-baes-december-3-2019-today-episode/" title="One Of
The Baes December 3 2019 Today Episode"><div class="post-image post-image-left"><div class="featured-
thumbnail"><img width="203" height="150"
src="data:image/gif;base64,R0lGODdhAQABAPAAAP//wAAACwAAAAAAQABAEACAkQBADs=" data-lazy-
src="https://pinoystambayan.com/wp-content/uploads/2019/10/One-Of-The-Baes-e1570989442885-
203x150.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title=""
/><noscript><img width="203" height="150" src="https://pinoystambayan.com/wp-
content/uploads/2019/10/One-Of-The-Baes-e1570989442885-203x150.jpg" class="attachment-magxp-
featured size-magxp-featured wp-post-image" alt="" title="" /></noscript></div> </a><div
class="inner-categories"><a href="https://pinoystambayan.com/pinoy-tambayan/" title="View all
posts in Pinoy Tambayan">Pinoy Tambayan</a></div></div></header><h2 class="title front-view-
title"> <a href="https://pinoystambayan.com/one-of-the-baes-december-3-2019-today-episode/"
title="One Of The Baes December 3 2019 Today Episode">One Of The Baes December 3 ... </a></h2>
</header></article><article class="latestPost excerpt  "><div class="featured-wrap clearfix"> <a
href="https://pinoystambayan.com/eat-bulaga-july-28-2020-today-episode/" title="Eat Bulaga July
28 2020 Today Episode"><div class="post-image post-image-left"><div class="featured-thumbnail"><img
width="203" height="150"
src="data:image/gif;base64,R0lGODdhAQABAPAAAP//wAAACwAAAAAAQABAEACAkQBADs=" data-lazy-
src="https://pinoystambayan.com/wp-content/uploads/2019/10/EAT-BULAGA-e1571594341470-203x150.png"
class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title="" /><noscript>
<img width="203" height="150" src="https://pinoystambayan.com/wp-content/uploads/2019/10/EAT-
BULAGA-e1571594341470-203x150.png" class="attachment-magxp-featured size-magxp-featured wp-post-
image" alt="" title="" /></noscript></div> </a><div class="inner-categories"><a
href="https://pinoystambayan.com/pinoy-tambayan/" title="View all posts in Pinoy Tambayan">Pinoy
Tambayan</a></div></div></header><h2 class="title front-view-title"> <a
href="https://pinoystambayan.com/eat-bulaga-july-28-2020-today-episode/" title="Eat Bulaga July
28 2020 Today Episode">Eat Bulaga July 28 2020 Today ... </a></h2></header></article><article

```
name="url" type="text" placeholder="Website" value="" size="30" /></p><p class="comment-form-
cookies-consent"><input id="wp-comment-cookies-consent" name="wp-comment-cookies-consent"
type="checkbox" value="yes" /> <label for="wp-comment-cookies-consent">Save my name, email, and
website in this browser for the next time I comment.</label></p><p class="form-submit"><input
name="submit" type="submit" id="submit" class="submit" value="Post Comment" /> <input
type="hidden" name="comment_post_ID" value="35877" id="comment_post_ID" /> <input type='hidden'
name='comment_parent' id='comment_parent' value='0' /></p></form></div></div></div></div>
</article><aside id="sidebar" class="sidebar c-4-12 mts-sidebar-sidebar" role="complementary"
itemscope itemtype="http://schema.org/WPSideBar"><div id="sidebars" class="g"><div id="text-2"
class="widget widget_text"><h3 class="widget-title">Advertisement</h3><div class="textwidget"><p>
<script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script><br
/> <ins class="adsbygoogle"
23  style="display:block"
24  data-ad-client="ca-pub-9273910323402883"
25  data-ad-slot="6174395724"
26  data-ad-format="auto"
27  data-full-width-responsive="true"></ins><br /> <script>(adsbygoogle = window.adsbygoogle ||
[]).push({});</script></p></div></div><div id="recent-posts-4" class="widget
widget_recent_entries"><h3 class="widget-title">Recent Dramas</h3><ul><li> <a
href="https://pinoystambayan.com/love-thy-woman-july-31-2020-today-episode/">Love Thy Woman July
31 2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/ang-probinsyano-july-31-
2020-today-episode/" aria-current="page">Ang Probinsyano July 31 2020 Today Episode</a></li><li>
<a href="https://pinoystambayan.com/a-soldiers-heart-july-31-2020-today-episode/">A Soldier's
Heart July 31 2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/the-world-of-a-
married-couple-july-31-2020-today-episode/">The World Of A Married Couple July 31 2020 Today
Episode</a></li><li> <a href="https://pinoystambayan.com/the-world-tonight-july-31-2020-today-
episode/">The World Tonight July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/bubble-gang-july-31-2020-today-episode/">Bubble Gang July 31
2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/encantadia-july-31-2020-
today-episode/">Encantadia July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/kambal-karibal-july-31-2020-today-episode/">Kambal Karibal July
31 2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/24-oras-july-31-2020-
today-episode/">24 Oras July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/tv-patrol-july-31-2020-today-episode/">Tv Patrol July 31 2020
Today Episode</a></li><li> <a href="https://pinoystambayan.com/wowowin-july-31-2020-today-
episode/">Wowowin July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/meteor-garden-july-31-2020-today-episode/">Meteor Garden July 31
2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/the-generals-daughter-july-
31-2020-today-episode/">The Generals Daughter July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/secret-garden-july-31-2020-today-episode/">Secret Garden July 31
2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/stairway-to-heaven-july-31-
2020-today-episode/">Stairway To Heaven July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/ika-6-na-utos-july-31-2020-today-episode/">Ika-6 na Utos July
31 2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/eat-bulaga-july-31-2020-
today-episode/">Eat Bulaga July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/its-showtime-july-31-2020-today-episode/">Its Showtime July 31
2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/familiar-wife-july-31-2020-
today-episode/">Familiar Wife July 31 2020 Today Episode</a></li><li> <a
href="https://pinoystambayan.com/magandang-buhay-july-31-2020-today-episode/">Magandang Buhay
July 31 2020 Today Episode</a></li><li> <a href="https://pinoystambayan.com/love-thy-woman-july-
30-2020-today-episode/">Love Thy Woman July 30 2020 Today Episode</a></li></ul></div><div
id="categories-3" class="widget widget_categories"><h3 class="widget-title">Topics</h3><ul><li
class="cat-item cat-item-55"><a href="https://pinoystambayan.com/kitchen-recipes/">Kitchen
Recipes</a> (10)</li><li class="cat-item cat-item-56"><a
href="https://pinoystambayan.com/kitchen-tips/">Kitchen Tips</a> (10)</li><li class="cat-item
cat-item-53"><a href="https://pinoystambayan.com/lambingan/" title="Watch your favourite Pinoy
Lambingan, Pinoy Tambayan, Pinoy TV, Pinoy Channel, Pinoy Tv Replay Series and Pinoy TV Shows
online for free!">Lambingan</a> (648)</li><li class="cat-item cat-item-51"><a
href="https://pinoystambayan.com/pinoy-channel/" title="Watch Pinoy Channel, Pinoy Lambingan, Pinoy
Tambayan, Pinoy Ako, Pinoy1TV, Pinoy Channel, Pinoy TV, Pinoy TV Shows Replay, Pinoy Network
episode">Pinoy Channel</a> (646)</li><li class="cat-item cat-item-52"><a
href="https://pinoystambayan.com/pinoy-flix/" title="Watch Pinoy Flix And ABS CBN And GMA Network
Shows. Watch Online Pinoy Lambingan, Pinoy Channel, Pinoy1tv, Pinoy Tambayan, Pinoy Tv
Replay">Pinoy Flix</a> (646)</li><li class="cat-item cat-item-49"><a
href="https://pinoystambayan.com/pinoy-tambayan/" title="The most tremendous Pinoy Channel to
```

pinoylambingannetwork.com

*redirects to ofwpinoychannel.com*

pinoylambinganofw.su



Watch video online **Make it with You** is one of the most famous and p
series of the **Pinoy Lambingan OFW** And **Pinoy Tambayan**. The followin
with You February 14 2020 **ABS-CBN and GMA** shows has been release
with You will always be the first to have the episode so please Bookm
site. Make It with You February 14 2020 lambingan.

## About The Author

**Admin**

## Related I



```
215
216   <style>#M509238ScriptRootC766724 {min-height: 300px;}</style>
217   <!-- Composite Start -->
218   <div id="M509238ScriptRootC766724">
219        <div id="M509238PreloadC766724">
220        Loading...     </div>
221     </div>
222   <script>
223        (function () {
224        var script = document.createElement('script');
225        script.src = "//jsc.mgid.com/p/i/pinoylambinganofw.su.766724.js?t=" +  ((d = new Date()) ? '' + d.getUTCFullYear() +
      d.getUTCMonth() + d.getUTCDate() + d.getUTCHours() : '');
226        script.async = true;
227        document.body.appendChild(script);
228     })();
229   </script>
230   <!-- Composite End -->                    </div>
231                                         <div class="shareit floating">
232                                 <!-- Facebook Share-->
233             <span class="share-item facebooksharebtn">
234                 <div class="fb-share-button" data-layout="button_count"></div>
235             </span>
236                 <!-- Facebook -->
237             <span class="share-item facebookbtn">
238                 <div id="fb-root"></div>
239                 <div class="fb-like" data-send="false" data-layout="button_count" data-width="150" data-show-faces="false">
      </div>
240             </span>
241                 <!-- Twitter -->
242             <span class="share-item twitterbtn">
243                 <a href="https://twitter.com/share" class="twitter-share-button" data-via="">Tweet</a>
244             </span>
245                 <!-- GPlus -->
246             <span class="share-item gplusbtn">
247                 <g:plusone size="medium"></g:plusone>
248             </span>
249                 <!-- Pinterest -->
250             <span class="share-item pinbtn">
251                 <a href="https://pinterest.com/pin/create/button/?url=https://pinoylambinganofw.su/ang-probinsyano-july-1-2020-
      replay-today-episode/&media=https://pinoylambinganofw.su/wp-content/uploads/2019/11/Ang-Probinsyano.jpg&description=Ang Probinsyano
      July 1 2020 Replay Today Episode" class="pin-it-button" count-layout="horizontal">Pin It</a>
252             </span>
253                 <!-- Reddit -->
254             <span class="share-item reddit">
255                 <a href="//www.reddit.com/submit" onclick="javascript:window.open(this.href, '',
      'menubar=no,toolbar=no,resizable=yes,scrollbars=yes,height=600,width=600');return false;"> <img
      src="https://pinoylambinganofw.su/wp-content/themes/mts_magxp/images/reddit.png" alt=submit to reddit border="0" /></a>
256             </span>
257                 </div>
```

```
258            <div class="thecontent">
259            <p>Watch video online <strong>Ang Probinsyano </strong> is one of the most famous and popular tv series of the <a
       href="https://pinoylambinganofw.su/"><strong>Pinoy Lambingan OFW </strong></a> And <a href="https://pinoylambinganofw.su/">
       <strong>Pinoy Tambayan</strong></a>. The following Ang Probinsyano July 1 2020 <strong>ABS-CBN and GMA</strong> shows has been
       released. Ang Probinsyano will always be the first to have the episode so please Bookmark This site. Ang Probinsyano July 1 2020
       lambingan.</p>
260            <p><iframe src="https://vkspeed.com/embed-jvdp6u73gkb0.html" width="640" height="400" frameborder="0" scrolling="no"
       allowfullscreen"></iframe></p>
261            </div>
262            <div class="bottomad">
263            <!-- Composite Start -->
264    <div id="M509238ScriptRootC766723">
265            <div id="M509238PreloadC766723">
266            Loading...    </div>
267            </div>
268    <script>
269            (function () {
270            var script = document.createElement('script');
271            script.src = "//jsc.mgid.com/p/i/pinoylambinganofw.su.766723.js?t=" +  ((d = new Date()) ? '' + d.getUTCFullYear() +
       d.getUTCMonth() + d.getUTCDate() + d.getUTCHours() : '');
272            script.async = true;
273            document.body.appendChild(script);
274            })();
275    </script>
276    <!-- Composite End -->                    </div>
277                            </div><!--.post-single-content-->
278    </div><!--.single_post-->
279
280    <div class="postauthor">
281            <h4>About The Author</h4>
282            <div class="author-info">
283            <img alt='' src='https://secure.gravatar.com/avatar/a6dafb6cb47a81ad4b4f192921c1e2a5?s=100&#038;d=mm&#038;r=g'
       srcset='https://secure.gravatar.com/avatar/a6dafb6cb47a81ad4b4f192921c1e2a5?s=200&#038;d=mm&#038;r=g 2x' class='avatar avatar-100
       photo' height='100' width='100' />    <h5 class="vcard"><a href="https://pinoylambinganofw.su/author/admin/" class="fn">admin</a>
       </h5>
284            <p></p>
285            </div>
286    </div>        <!-- Start Related Posts -->
287            <div class="related-posts"><h4>Related Posts</h4>        <article class="latestPost excerpt  ">
288            <div class="featured-wrap clearfix">
289            <a href="https://pinoylambinganofw.su/one-of-the-baes-december-31-2019-replay-today-episode/" title="One Of
       The Baes December 31 2019 Replay Today Episode" class="post-image post-image-left">
290            <div class="featured-thumbnail" img width="203" height="150" src="https://pinoylambinganofw.su/wp-
       content/uploads/2019/11/One-Of-The-Baes-203x150.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt=""
       title="" /></div>                    </a>
291            <div class="inner-categories"><a href="https://pinoylambinganofw.su/category/one-
       of-the-baes/" title="View all posts in One Of The Baes">One Of The Baes</a></div>
292            </div>
293            <header>
```

pinoylambinganteleseryes.su

Make It with You February 14 20...

pinoylambinganteleseryes.su/make-it-with-you-february-14-2020-replay-full-episode/

Make It with You February 1, 2020 Full Episode Replay in HD. Abs CBN made
with You Feb 14 2020 Replay on *Pinoy Replay*. stay Tuned to Watch Make It with
You Teleserye Replay Online at our Pinoy channel, famous for Pinoy Tambayan
and Pinoy lambingan.

## Make It with You February 14, 2020 Full Epis[ode in]
HD



Subscribe to the channel



Stay connected to watch Pinoy Replay online. *Watch Make It with You February
14, 2020 Today's Episode*. Pinoy Tambayan | Pinoy Lambingan | Pinoy Channel
brings for you the latest Episodes of ABS-CBN and GMA Network. *Watch Make It
with You Latest Episode, Make It with You Teleserye Episodes, Watch Make It with
You Episodes*.

## Related Posts


Pinoy Lambingan



Pinoy Lambingan


Pinoy Lambingan

Eat Bulaga January
11 2020 Replay ...
By PinoyTv

Your Moment
February 8 2020
Replay ...
By PinoyTv

The Gift February 6
2020 Replay ...
By PinoyTv

GHOSTERY

Simple View        Detailed View

Upgrade to *Plus*

TRACKERS ⚙        Block All

Collapse All

6

pinoylambinganteleseryes.su

Trackers Blocked: 0
Requests Modified: 0
Page Load: 4.11 secs

Trust Site

Restrict Site

Pause Ghostery

OFF          OFF          OFF

Advertising
2 TRACKERS

DoubleClick

Google Safeframe

Essential
1 TRACKER

Google Tag Manager

Site Analytics
2 TRACKERS

List View

3:57 PM
2/14/2020

pinoylambingantvreplay.net



pinoylambingantvreplay.su

*redirects to pinoyslambingantvreplay.su*

pinoymovieseries.com



pinoymovieshub.me



pinoymoviess.su



```
183                    <div class="control-box">
184                        <div class="send-message">
185                            <div class="fb-send" data-href="https://pinoymoviess.su/watch/47502/-full.html" data-size="large">
     </div>
186                            <i class="send-message-fb">Send movies to your friends.</i>
187                        </div>
188                        <div class="box-rating" itemprop="aggregateRating" itemscope
     itemtype="https://schema.org/AggregateRating">
189                            <div class="rate-title"><span class="rate-lable">Rating: </span></div>
190                            <div id="star" data-score="8.0" style="cursor: pointer;"></div>
191                            <div>
192                                <div id="div_average" style="float: left; line-height: 16px; margin: 0 5px; "></div>
193                                <span id="hint"></span>
194                                <meta itemprop="bestRating" content="10" />
195                                <meta itemprop="worstRating" content="1" />
196                                <input id="film_id" type="hidden" value="7442">
197                            </div>
198                        </div>
199                        <script src="https://pinoymoviess.su/js/jquery.raty.js"></script>
200                        <script src="https://pinoymoviess.su/js/filmdetail.js"></script>
201                    </div>
202                    <div class="text-center">
203                        <!-- Composite Start -->
204  <div id="M443743ScriptRootC388718">
205      <div id="M443743PreloadC388718">
206         Loading...    </div>
207      <script>
208              (function(){
209  var D=new
     Date(),d=document,b='body',ce='createElement',ac='appendChild',st='style',ds='display',n='none',gi='getElementById',lp=d.location.p
     rotocol,wp=lp.indexOf('http')==0?lp:'https:';
210              var i=d[ce]('iframe');i[st][ds]=n;d[gi]("M443743ScriptRootC388718")[ac](i);try{var
     iw=i.contentWindow.document;iw.open();iw.writeln("<ht"+"ml><bo"+"dy></bo"+"dy></ht"+"ml>");iw.close();var c=iw[b];}
211              catch(e){var iw=d;var c=d[gi]("M443743ScriptRootC388718");}var dv=iw[ce]('div');dv.id="MG_ID";dv[st]
     [ds]=n;dv.innerHTML=388718;c[ac](dv);
212              var s=iw[ce]('script');s.async='async';s.defer='defer';s.charset='utf-
     8';s.src=wp+"//jsc.mgid.com/p/i/pinoymoviess.su.388718.js?t="+D.getYear()+D.getMonth()+D.getUTCDate()+D.getUTCHours();c[ac](s);})
     ();
213      </script>
214      </div>
215  <!-- Composite End -->                        </div>
216                    <div class="control-box clear">
217                        <ul class="server-backup" id="server-backup"></ul>
218                        <div class="episodes">
219                            <div class="caption">
220                                <p class="caption"><i class="fa fa-television"></i>Select episode</p>
221                            </div>
222                            <ul class="list-episode" id="list_episodes">
223                                <li><a class="episode" data-id="47502" href="https://pinoymoviess.su/watch/47502/-
```

pinoyreplaylambingan.su





pinoyreplaytvshows.su

pinoyslambingantvreplay.su



pinoysreplaytv.su



pinoysteleserye.su



```
1   <!DOCTYPE html>
2   <html class="no-js" lang="en-US">
3   <head>
4   <script data-ad-client="ca-pub-3710301032655649" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
    </script>
5   <meta name="google-site-verification" content="Fk6NG1Ad8Np0NHnnLd79txBdjHJVIzvGuJ3MFK5T_HA" />
6       <meta charset="UTF-8" />
7       <!-- Always force latest IE rendering engine (even in intranet) & Chrome Frame -->
8       <!--[if IE ]>
9       <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
10      <![endif]-->
11      <link rel="profile" href="http://gmpg.org/xfn/11" />

13              <link rel="icon" href="https://pinoysteleserye.su/wp-content/uploads/2020/05/pinoysteleserye.png"
    type="image/x-icon" />
14
15              <meta name="msapplication-TileImage" content="https://pinoysteleserye.su/wp-content/uploads/2020/05/cropped-
    pinoysteleserye-270x270.png">
16              <link rel="apple-touch-icon-precomposed" href="https://pinoysteleserye.su/wp-content/uploads/2020/05/cropped-
    pinoysteleserye-180x180.png" />
17              <meta name="viewport" content="width=device-width, initial-scale=1">
18          <meta name="apple-mobile-web-app-capable" content="yes">
19          <meta name="apple-mobile-web-app-status-bar-style" content="black">
20
21          <link rel="pingback" href="https://pinoysteleserye.su/xmlrpc.php" />
22      <script type="text/javascript">
23  var trackScrolling=false;
24  var trackScrollingPercentage=false;
25  var ScrollingPercentageNumber=25;
26  var stLogInterval=10*1000;
27  var cutOffTime=900;
28  var trackNoEvents=false;
29  var trackNoMaxTime=false;
30  var docTitle='Ang Probinsyano July 13 2020 Replay HD Episode';
31  </script>
32  <script type="text/javascript">document.documentElement.className = document.documentElement.className.replace( /\bno-js\b/,'js' );
    </script>
33      <!-- This site is optimized with the Yoast SEO plugin v14.4.1 - https://yoast.com/wordpress/plugins/seo/ -->
34      <title>Ang Probinsyano July 13 2020 Replay HD Episode | Pinoy Lambingan</title>
35      <meta name="robots" content="index, follow" />
36      <meta name="googlebot" content="index, follow, max-snippet:-1, max-image-preview:large, max-video-preview:-1" />
37      <meta name="bingbot" content="index, follow, max-snippet:-1, max-image-preview:large, max-video-preview:-1" />
38      <link rel="canonical" href="https://pinoysteleserye.su/ang-probinsyano-july-13-2020-replay-hd-episode/" />
39      <meta property="og:locale" content="en_US" />
40      <meta property="og:type" content="article" />
41      <meta property="og:title" content="Ang Probinsyano July 13 2020 Replay HD Episode | Pinoy Lambingan" />
42      <meta property="og:description" content="Watch Ang Probinsyano July 13 2020 In High Defination Quality Video. We Are Providing
    Pinoy TV Shows On Our Official Website Pinoy Teleserye to watch Pinoy TV online free Shows. OFWs and people around the globe will
```

# pinoystvreplay.su

*redirects to pinoyflixtvs.su*

pinoytambayana.su

*redirects to pinoytvteleseryes.su*

pinoytambayanako.su



```
117  .footer-widgets, .f-widget .top-posts .comment_num, footer .meta, footer .twitter_time, footer
     .widget .wpt_widget_content .wpt-postmeta, footer .widget .wpt_comment_content, footer .widget
     .wpt_excerpt, footer .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family:
     'Armata'; font-weight: normal; font-size: 14px; color: #555555; }
118  .bottom-footer-widgets.footer-widgets h3, #site-footer .bottom-footer-widgets.footer-widgets
     .widget.widget_rss h3 a { font-family: 'Armata'; font-weight: normal; font-size: 20px; color:
     #3d8fe8; }
119  .bottom-footer-widgets .f-widget a, footer .bottom-footer-widgets .wpt_widget_content a, footer
     .bottom-footer-widgets .wp_review_tab_widget_content a, footer .bottom-footer-widgets
     .wpt_tab_widget_content a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
     #7e7d7d; }
120  .bottom-footer-widgets.footer-widgets, .bottom-footer-widgets .f-widget .top-posts .comment_num,
     footer .bottom-footer-widgets .meta, footer .bottom-footer-widgets .twitter_time, footer .bottom-
     footer-widgets .widget .wpt_widget_content .wpt-postmeta, footer .bottom-footer-widgets .widget
     .wpt_comment_content, footer .bottom-footer-widgets .widget .wpt_excerpt, footer .bottom-footer-
     widgets .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family: 'Armata'; font-
     weight: normal; font-size: 14px; color: #555555; }
121  #copyright-note, #copyright-note a { font-family: 'Armata'; font-weight: normal; font-size: 14px;
     color: #7e7d7d; }
122  h1 { font-family: 'Armata'; font-weight: normal; font-size: 28px; color: #222222; }
123  h2 { font-family: 'Armata'; font-weight: normal; font-size: 24px; color: #222222; }
124  h3 { font-family: 'Armata'; font-weight: normal; font-size: 22px; color: #222222; }
125  h4 { font-family: 'Armata'; font-weight: normal; font-size: 20px; color: #222222; }
126  h5 { font-family: 'Armata'; font-weight: normal; font-size: 18px; color: #222222; }
127  h6 { font-family: 'Armata'; font-weight: normal; font-size: 16px; color: #222222; }
128  </style>
129  <meta name="google-site-verification" content="SxkwwBiRZt0TCdVbWjnUusbhU9ANHYP51e21NrrtKEQ" />
130  <meta name="google-site-verification" content="MCHf-0LyMdHZMmQPMUX1kVuJ5l2gPwtUkCijWtXI0XU" />
     <link rel="icon" href="https://pinoytambayanako.su/wp-content/uploads/2020/04/cropped-Philipino-
     32x32.png" sizes="32x32" />
131  <link rel="icon" href="https://pinoytambayanako.su/wp-content/uploads/2020/04/cropped-Philipino-
     192x192.png" sizes="192x192" />
132  <link rel="apple-touch-icon" href="https://pinoytambayanako.su/wp-
     content/uploads/2020/04/cropped-Philipino-180x180.png" />
133  <meta name="msapplication-TileImage" content="https://pinoytambayanako.su/wp-
     content/uploads/2020/04/cropped-Philipino-270x270.png" />
134  <meta name="google-site-verification" content="ahcZGBGjHGIpDUmcVcOXuQp_mHh8zPgIHwp_GZNdQf0"
     />
135  <script type="text/javascript">(function(i,s,o,g,r,a,m)
136  {i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
     (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
137  m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
138  })(window,document,'script','https://www.google-analytics.com/analytics.js','ga');
139  ga('create', 'UA-154147293-1', 'auto');
140  ga('send', 'pageview');</script>
141  <script data-ad-client="ca-pub-1256604383590629" async
     src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
142  </head>
143  <body id="blog" class="post-template-default single single-post postid-28215 single-format-
     standard main">
144  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
145           <div class="container">
146         <div id="header">
147           <div class="logo-wrap">
148                                                           <h2 id="logo"
     class="text-logo" itemprop="headline">
149                      <a href="https://pinoytambayanako.su">Pinoy Tambayan Ako</a>
150           </h2><!-- END #logo -->
151                                                            </div>
152                      <div id="secondary-navigation" class="secondary-
     navigation" role="navigation" itemscope itemtype="http://schema.org/SiteNavigationElement">
153                      <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
154                      <nav class="navigation clearfix
     mobile-menu-wrapper">
155                                                            <ul id="menu-home"
```

```
        class="menu clearfix"><li id="menu-item-8" class="menu-item menu-item-type-taxonomy menu-item-
        object-category"><a href="https://pinoytambayanako.su/pinoy-tambayan/"> <style>#menu-item-8 a,
        .menu-item-8-megamenu, #menu-item-8 .sub-menu { border-color: #ffffff !important; }
156        #menu-item-8 a:hover, #wpmm-megamenu.menu-item-8-megamenu a:hover, #wpmm-megamenu.menu-item-
        8-megamenu .wpmm-posts .wpmm-entry-title a:hover { color: #ffffff !important; }</style><i
        class="fa fa-camera-retro"></i> Pinoy Tambayan</a></li>
157   <li id="menu-item-7" class="menu-item menu-item-type-taxonomy menu-item-object-category current-
        post-ancestor current-menu-parent current-menu-parent"><a
        href="https://pinoytambayanako.su/pinoy-ako/"> <style>#menu-item-7 a, .menu-item-7-megamenu,
        #menu-item-7 .sub-menu { border-color: #000000 !important; }
158        #menu-item-7 a:hover, #wpmm-megamenu.menu-item-7-megamenu a:hover, #wpmm-megamenu.menu-item-
        7-megamenu .wpmm-posts .wpmm-entry-title a:hover { color: #000000 !important; }</style><i
        class="fa fa-camera-retro"></i> Pinoy Ako</a></li>
159   </ul>                                                           </nav>
160                                                    </div>
161
162                                    <form class="search-top search-form"
        action="https://pinoytambayanako.su" method="get">
163                                        <input hideinput" name="s" id="s" type="search"
        placeholder="Search the Site..." autocomplete="off" x-webkit-speech="x-webkit-speech" /><a
        href="#" class="fa fa-search"></a>
164                                    </form>
165                                                    </div><!-- #header-->
166        </div><!--.container-->
167        </header>
168   <center><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
        </script>
169   <!-- Lambing res -->
170   <ins class="adsbygoogle"
171        style="display:block"
172        data-ad-client="ca-pub-1256604383590629"
173        data-ad-slot="9080293848"
174        data-ad-format="auto"
175        data-full-width-responsive="true"></ins>
176   <script>
177        (adsbygoogle = window.adsbygoogle || []).push({});
178   </script></center>
179        <br>
180        <br>
181        <br>    <div class="main-container">
182            <div itemprop="video" itemscope itemtype="https://schema.org/VideoObject">
183   <link itemprop="url" href="https://pinoytambayanako.su/ang-probinsyano-july-31-2020-replay-full-
        episode/">
184   <meta itemprop="name" content="Ang Probinsyano July 31 2020 Replay Full Episode"/>
185   <meta itemprop="uploadDate" content="2020-07-31T4:17:42+00:00"/>
186   <meta itemprop="duration" content="PT36M14S" />
187   <meta itemprop="thumbnailUrl" content="https://pinoytambayanako.su/wp-
        content/uploads/2019/10/Ang-Probinsyano-1.jpg" />
188   <meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?vid=28215" />
189   <meta itemprop="description" content="Ang Probinsyano July 31 2020 Replay Full Episode"/>
190   </div>
191        <div id="page" class="single clearfix">
192                        <article class="article">
193            <div id="content_box" >
194                            <div id="post-28215" class="g post post-28215 type-
        post status-publish format-standard has-post-thumbnail hentry category-pinoy-ako has_thumb">
195                            <div class="single_post">
196        <header>
197        <h1 class="title single-title entry-title">Ang Probinsyano July 31 2020 Replay Full
        Episode</h1>
198        </header><!--.headline_area-->
199   <div class="post-single-content box mark-links entry-content">
200                    <div class="thecontent">
201
202   <!-- Quick Adsense WordPress Plugin: http://quickadsense.com/ -->
```

```
203  <div class="e5cd8ee784580bd513411ead8c8e608f" data-index="1" style="float: none; margin:10px 0
     10px 0; text-align:center;">
204  <center>
205  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
206  <ins class="adsbygoogle"
207       style="display:block"
208       data-ad-format="fluid"
209       data-ad-layout-key="-7w+eu-x-1h+6g"
210       data-ad-client="ca-pub-1256604383590629"
211       data-ad-slot="7394715308"></ins>
212  <script>
213       (adsbygoogle = window.adsbygoogle || []).push({});
214  </script>
215  </center>
216  </div>
217  <p><strong>Ang Probinsyano July 31 2020</strong> Today Replay Full Episode. Watch Ang Probinsyano
     July 31 2020 on <a href="https://pinoytambayanako.su/">Pinoy Tambayan</a>. Stay tuned to watch
     latest <span style="text-decoration: underline;">Pinoy Lambingan as well as Pinoy Network</span>
     all Tv Shows on a daily basis. Ang Probinsyano July 31 2020 latest Episode <strong>Pinoy
     Ako</strong>. Ang Probinsyano July 31 2020.</p>
218  <p><IFRAME SRC="https://siliptv.ru/embed-2v0tfeqghhe2.html" FRAMEBORDER=0 MARGINWIDTH=0
     MARGINHEIGHT=0 SCROLLING=NO WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
219  <!-- Quick Adsense WordPress Plugin: http://quickadsense.com/ -->
220  <div class="e5cd8ee784580bd513411ead8c8e608f" data-index="2" style="float: none; margin:10px 0
     10px 0; text-align:center;">
221  <center>
222  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
223  <!-- Lambing res -->
224  <ins class="adsbygoogle"
225       style="display:block"
226       data-ad-client="ca-pub-1256604383590629"
227       data-ad-slot="9080293848"
228       data-ad-format="auto"
229       data-full-width-responsive="true"></ins>
230  <script>
231       (adsbygoogle = window.adsbygoogle || []).push({});
232  </script>
233  </center>
234  </div>
235
236  <h2 style="text-align: center;">Ang Probinsyano July 31 2020 HD Full Episode</h2>
237  <h2>Part 1</h2>
238  <p><IFRAME SRC="https://siliptv.ru/embed-5npmn78j4qsu.html" FRAMEBORDER=0 MARGINWIDTH=0
     MARGINHEIGHT=0 SCROLLING=NO WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
239  <h2>Part 2</h2>
240  <p><IFRAME SRC="https://siliptv.ru/embed-6i0lmer3uj76.html" FRAMEBORDER=0 MARGINWIDTH=0
     MARGINHEIGHT=0 SCROLLING=NO WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
241  <h2>Part 3</h2>
242  <p><IFRAME SRC="https://siliptv.ru/embed-8ikw4kdaomta.html" FRAMEBORDER=0 MARGINWIDTH=0
     MARGINHEIGHT=0 SCROLLING=NO WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
243  <h2>Part 4</h2>
244  <p><IFRAME SRC="https://siliptv.ru/embed-9k4o5tdrtjna.html" FRAMEBORDER=0 MARGINWIDTH=0
     MARGINHEIGHT=0 SCROLLING=NO WIDTH=640 HEIGHT=360 allowfullscreen></IFRAME></p>
245
246  <!-- Quick Adsense WordPress Plugin: http://quickadsense.com/ -->
247  <div class="e5cd8ee784580bd513411ead8c8e608f" data-index="3" style="float: none; margin:10px 0
     10px 0; text-align:center;">
248  <center>
249  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
250  <ins class="adsbygoogle"
251       style="display:block; text-align:center;"
252       data-ad-layout="in-article"
253       data-ad-format="fluid"
254       data-ad-client="ca-pub-1256604383590629"
255       data-ad-slot="4338909536"></ins>
```

pinoyteleseryeako.su



Part 5

Make It with You March 13 2020 Full Episode HD Replay, Watch **Pinoy Tv Replay** Make It with You All Complete Episodes By Pinoy Channel. Watch Make It with You March 13 2020 latest HD Episode.

Related Posts

pinoyteleseryechannel.su



```
      replay-today-episode%2F&#038;format=xml" />
111  <link href="//fonts.googleapis.com/css?family=Aldrich:normal|Armata:normal&amp;subset=latin"
      rel="stylesheet" type="text/css">
112  <style type="text/css">
113  #header h1 a, #header h2 a { font-family: 'Aldrich'; font-weight: normal; font-size: 26px; color:
      #ffffff; }
114  body { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #444444; }
115  .menu li, .menu li a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
      #ffffff; }
116  .latestPost .title a { font-family: 'Armata'; font-weight: normal; font-size: 15px; color:
      #565656; }
117  .single-title { font-family: 'Armata'; font-weight: normal; font-size: 26px; color: #222222; }
118  #sidebars .widget { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #444444;
      }
119  .sidebar.c-4-12 a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #565656;
      }
120  .footer-widgets h3, #site-footer .footer-widgets .widget.widget_rss h3 a { font-family: 'Armata';
      font-weight: normal; font-size: 20px; color: #3d8fe8; }
121  #site-footer .f-widget a, footer .wpt_tab_widget_content a, footer .wp_review_tab_widget_content a,
      footer .wpt_tab_widget_content a { font-family: 'Armata'; font-weight: normal; font-size: 14px;
      color: #7e7d7d; }
122  .footer-widgets, .f-widget .top-posts .comment_num, footer .meta, footer .twitter_time, footer
      .widget .wpt_widget_content .wpt-postmeta, footer .widget .wpt_comment_content, footer .widget
      .wpt_excerpt, footer .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family:
      'Armata'; font-weight: normal; font-size: 14px; color: #555555; }
123  .bottom-footer-widgets.footer-widgets h3, #site-footer .bottom-footer-widgets.footer-widgets
      .widget.widget_rss h3 a { font-family: 'Armata'; font-weight: normal; font-size: 20px; color:
      #3d8fe8; }
124  .bottom-footer-widgets .f-widget a, footer .bottom-footer-widgets .wpt_widget_content a, footer
      .wpt_tab_widget_content a, footer .bottom-footer-widgets
      .wpt_tab_widget_content a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
      #7e7d7d; }
125  .bottom-footer-widgets.footer-widgets, .bottom-footer-widgets .f-widget .top-posts .comment_num,
      footer .bottom-footer-widgets .meta, footer .bottom-footer-widgets .twitter_time, footer .bottom-
      footer-widgets .widget .wpt_widget_content .wpt-postmeta, footer .bottom-footer-widgets .widget
      .wpt_comment_content, footer .bottom-footer-widgets .widget .wpt_excerpt, footer .bottom-footer-
      widgets .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family: 'Armata'; font-
      weight: normal; font-size: 14px; color: #555555; }
126  #copyright-note, #copyright-note a { font-family: 'Armata'; font-weight: normal; font-size: 14px;
      color: #7e7d7d; }
127  h1 { font-family: 'Armata'; font-weight: normal; font-size: 28px; color: #222222; }
128  h2 { font-family: 'Armata'; font-weight: normal; font-size: 24px; color: #222222; }
129  h3 { font-family: 'Armata'; font-weight: normal; font-size: 22px; color: #222222; }
130  h4 { font-family: 'Armata'; font-weight: normal; font-size: 20px; color: #222222; }
131  h5 { font-family: 'Armata'; font-weight: normal; font-size: 18px; color: #222222; }
132  h6 { font-family: 'Armata'; font-weight: normal; font-size: 16px; color: #222222; }
133  </style>
134  <link rel="icon" href="https://pinoyteleseryechannel.su/wp-content/uploads/2020/04/cropped-
      flage1-32x32.jpg" sizes="32x32" />
135  <link rel="icon" href="https://pinoyteleseryechannel.su/wp-content/uploads/2020/04/cropped-
      flage1-192x192.jpg" sizes="192x192" />
136  <link rel="apple-touch-icon" href="https://pinoyteleseryechannel.su/wp-
      content/uploads/2020/04/cropped-flage1-180x180.jpg" />
137  <meta name="msapplication-TileImage" content="https://pinoyteleseryechannel.su/wp-
      content/uploads/2020/04/cropped-flage1-270x270.jpg" />
138  <script data-ad-client="ca-pub-3388398459928305" async
      src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"
      type="aefb33a5265f1a81ec937b5b-text/javascript"></script>
139  </head>
140  <meta name="google-site-verification" content="n3KvF1rWdPaqtJY8x4Zn0SByk2w_mZNHpYbJTGgPywU" />
141  </html>
142  <body id="blog" class="post-template-default single single-post postid-29325 single-format-
      standard main">
143  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
144  <div class="container">
```

```
      action="https://pinoyteleseryechannel.su/wp-comments-post.php" method="post" id="commentform"
      class="comment-form"><p class="comment-form-comment"><textarea id="comment" name="comment"
      cols="45" rows="8" aria-required="true" placeholder="Comment Text*"></textarea></p><p
      class="comment-form-author"><input id="author" name="author" type="text" placeholder="Name*"
      value="" size="30" /></p>
266   <p class="comment-form-email"><input id="email" name="email" type="text" placeholder="Email*"
      value="" size="30" /></p>
267   <p class="comment-form-url"><input id="url" name="url" type="text" placeholder="Website" value=""
      size="30" /></p>
268   <p class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent" name="wp-comment-
      cookies-consent" type="checkbox" value="yes" /><label for="wp-comment-cookies-consent">Save my
      name, email, and website in this browser for the next time I comment.</label></p>
269   <p class="form-submit"><input name="submit" type="submit" id="submit" class="submit" value="Post
      Comment" /> <input type='hidden' name='comment_post_ID' value='29325' id='comment_post_ID' />
270   <input type='hidden' name='comment_parent' id='comment_parent' value='0' />
271   </p></form> </div>
272   </div>
273   </div>
274   </div>
275   </article>
276   <aside id="sidebar" class="sidebar c-4-12 mts-sidebar-sidebar" role="complementary" itemscope
      itemtype="http://schema.org/WPSideBar">
277   <div id="sidebars" class="g">
278   <div id="search-2" class="widget widget_search"><form method="get" id="searchform" class="search-
      form" action="https://pinoyteleseryechannel.su" _lpchecked="1">
279   <fieldset>
280   <input type="search" name="s" id="s" value="" placeholder="Search the site" />
281   <input id="search-image" class="sbutton" type="submit" value="" />
282   <i class="fa fa-search"></i>
283   </fieldset>
284   </form>
285   </div> <div id="recent-posts-2" class="widget widget_recent_entries"> <h3 class="widget-
      title">Recent Posts</h3> <ul>
286   <li>
287   <a href="https://pinoyteleseryechannel.su/a-soldiers-heart-july-31-2020-replay-today-episode/">A
      Soldier's Heart July 31 2020 Replay Today Episode</a>
288   </li>
289   <li>
290   <a href="https://pinoyteleseryechannel.su/ang-probinsyano-july-31-2020-replay-today-episode/"
      aria-current="page">Ang Probinsyano July 31 2020 Replay Today Episode</a>
291   </li>
292   <li>
293   <a href="https://pinoyteleseryechannel.su/the-world-of-a-married-couple-july-31-2020-replay-
      today-episode/">The World of a Married Couple July 31 2020 Replay Today Episode</a>
294   </li>
295   <li>
296   <a href="https://pinoyteleseryechannel.su/meant-to-be-july-31-2020-replay-today-episode/">Meant
      To Be July 31 2020 Replay Today Episode</a>
297   </li>
298   <li>
299   <a href="https://pinoyteleseryechannel.su/kambal-karibal-july-31-2020-replay-today-
      episode/">Kambal Karibal July 31 2020 Replay Today Episode</a>
300   </li>
301   </ul>
302   </div><div id="custom_html-2" class="widget_text widget widget_custom_html"><h3 class="widget-
      title">Ads by Google</h3></div> <div class="textwidget custom-html-widget"><script async
      src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"
      type="aefb33a5265f1a81ec937b5b-text/javascript"></script>
303
304   <ins class="adsbygoogle" style="display:inline-block;width:300px;height:600px" data-ad-
      client="ca-pub-3388398459928305" data-ad-slot="9778770250"></ins>
305   <script type="aefb33a5265f1a81ec937b5b-text/javascript">
306       (adsbygoogle = window.adsbygoogle || []).push({});
307   </script></div></div> </div>
308   </aside>
```

pinoyteleseryelive.com

www.lambingan.su   www.lambingan.su   www.lambingan.su   www.lambingan.su

www.lambingan.su

5:34 / 5:34

Link

31:44   3:28   30:02   44:4

www.lambingan.su   www.lambingan.su   www.lambingan.su   Андрей Фартушный
Перекрестный Отел

2:36 / 2:36

**Wild Flower April 14, 2020 Full Episode HD** also there is a clash between people about who is the biggest fan of **Pinoy TV** replay Wild Flower April 14, 2020 due to different reviews according to their interest. I have not seen anybody love any **Pinoy tambayan** show as much as people love ABS-CBN. There is one thing that is very special about Pinoy channel Wild Flower April 14, 2020 and that includes the background and places they choose to gain interest of the viewers of Pinoy tv. Pinoy lambingan ambayan tv series. Follow us on facebook>> Tv Dramas Online

SHARE   Like 0   Tweet   Share   Save

## ABOUT LUCKY

Pinoy Teleserye brings for you the latest Pinoy Tv Replays of Pinoy shows, Pinoy Lambingan and Pinoy Tamabayan Full Episodes in HD on daily basis.

### CATEGORIES

Categories
Select Category

```
131  .bottom-footer-widgets.footer-widgets h3, #site-footer .bottom-footer-widgets .footer-widgets .widget.widget_rss h3 a { font-family:
     'Armata'; font-weight: normal; font-size: 20px; color: #3D8FE8; }
132  .bottom-footer-widgets .f-widget a, footer .bottom-footer-widgets .wpt_widget_content a, footer .bottom-footer-widgets
     .wp_review_tab_widget_content a, footer .bottom-footer-widgets .wpt_tab_widget_content a { font-family: 'Armata'; font-weight:
     normal; font-size: 14px; color: #7E7D7D; }
133  .bottom-footer-widgets .f-widget a, .bottom-footer-widgets .f-widget .top-posts .comment_num, footer .bottom-footer-widgets
     .meta, footer .bottom-footer-widgets .twitter_time, footer .bottom-footer-widgets .widget .wpt_widget_content .wpt-postmeta, footer
     .bottom-footer-widgets .widget .wpt_comment_content, footer .bottom-footer-widgets .widget .wpt_excerpt, footer .bottom-footer-
     widgets .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
     #555555; }
134  #copyright-note, #copyright-note a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #7e7d7d; }
135  h1 { font-family: 'Armata'; font-weight: normal; font-size: 28px; color: #222222; }
136  h2 { font-family: 'Armata'; font-weight: normal; font-size: 24px; color: #222222; }
137  h3 { font-family: 'Armata'; font-weight: normal; font-size: 22px; color: #222222; }
138  h4 { font-family: 'Armata'; font-weight: normal; font-size: 20px; color: #222222; }
139  h5 { font-family: 'Armata'; font-weight: normal; font-size: 18px; color: #222222; }
140  h6 { font-family: 'Armata'; font-weight: normal; font-size: 16px; color: #222222; }
141  </style>
142  <!-- Global site tag (gtag.js) - Google Analytics -->
143  <script async src="https://www.googletagmanager.com/gtag/js?id=UA-157732354-1"></script>
144  <script>
145    window.dataLayer = window.dataLayer || [];
146    function gtag(){dataLayer.push(arguments);}
147    gtag('js', new Date());
148
149    gtag('config', 'UA-157732354-1');
150  </script>
151  <script data-ad-client="ca-pub-7661799094164390" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
     </script>
152
153  </head>
154  <body id="blog" class="post-template-default single single-post postid-12518 single-format-standard main">
155      <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
156                  <div class="container">
157              <div id="header">
158                  <div class="logo-wrap">
159                                                                      <h2 id="logo" class="text-logo"
     itemprop="headline">
160                              <a href="https://pinoyteleseryelive.com">Pinoy Teleserye</a>
161                  </h2><!-- END #logo -->
162                                                          </div>
163                          <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
     itemtype="http://schema.org/SiteNavigationElement">
164                      <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
165                      <nav class="navigation clearfix">
166                          <ul id="menu-primary-menu" class="menu clearfix"><li
     id="menu-item-16" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-home"><a
     href="http://pinoyteleseryelive.com"> <style>#menu-item-16 a, .menu-item-16-megamenu, #menu-item-16 .sub-menu { border-color:
     !important; }
```

```
192                </div><!--.container-->
193
194        </header>
195    <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
196    <!-- Res -->
197    <ins class="adsbygoogle"
198         style="display:block"
199         data-ad-client="ca-pub-7661799094164390"
200         data-ad-slot="9140656878"
201         data-ad-format="auto"
202         data-full-width-responsive="true"></ins>
203    <script>
204         (adsbygoogle = window.adsbygoogle || []).push({});
205    </script>    <div class="main-container">
206         <div id="page" class="single clearfix">
207              <article class="article">
208         <div id="content_box" >
209                    <div id="post-12518" class="g post post-12518 type-post status-publish format-standard
       has-post-thumbnail hentry category-abs-cbn-show category-ang-probinsyano category-pinoy-lambingan tag-abs-cbn-shows tag-ang-
       probinsyano-july-1-2020-replay-full-episode tag-online-full-episode tag-pinoy-ako-channel tag-pinoy-lambingan-tambayan-tv-series
       has_thumb">
210                    <div class="single_post">
211
212         <header>
213              <h1 class="title single-title entry-title">Ang Probinsyano July 1, 2020 Replay Full Episode</h1>
214              </header><!--.headline_area-->
215         <div class="post-single-content box mark-links entry-content">
216                    <div class="shareit floating">
217                         <!-- Facebook Share-->
218              <span class="share-item facebooksharebtn">
219                   <div class="fb-share-button" data-layout="button_count"></div>
220              </span>
221                         <!-- Facebook -->
222              <span class="share-item facebookbtn">
223                   <div id="fb-root"></div>
224                   <div class="fb-like" data-send="false" data-layout="button_count" data-width="150" data-show-faces="false">
       </div>
225              </span>
226                         <!-- Twitter -->
227              <span class="share-item twitterbtn">
228                   <a href="https://twitter.com/share" class="twitter-share-button" data-via="">Tweet</a>
229              </span>
230                         <!-- Pinterest -->
231              <span class="share-item pinbtn">
232                   <a href="http://pinterest.com/pin/create/button/?url=https://pinoyteleseryelive.com/watch-video-ang-
       probinsyano-july-1-2020-replay-full-episode&media=https://pinoyteleseryelive.com/wp-content/uploads/2020/06/Ang-Probinsyano-June-
       19-2020-Replay-Full-Episode.jpg&description=Ang Probinsyano July 1, 2020 Replay Full Episode" class="pin-it-button" count-
       layout="horizontal">Pin It</a>
233              </span>
```

```
234                    <!--Linkedin -->
235                    <span class="share-item linkedinbtn">
236                            <script type="IN/Share" data-url=""></script>
237                    </span>
238                    <!-- Reddit -->
239                    <span class="share-item reddit">
240                            <a href="//www.reddit.com/submit" onclick="javascript:window.open(this.href, '',
        'menubar=no,toolbar=no,resizable=yes,scrollbars=yes,height=600,width=600');return false;"> <img
        src="https://pinoyteleserye live.com/wp-content/themes/mts_magxp/images/reddit.png" alt=submit to reddit border="0" /></a>
241                    </span>
242                    </div>
243                    <div class="thecontent">
244            <center><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script>
245    <!-- 336 -->
246    <ins class="adsbygoogle"
247            style="display:inline-block;width:336px;height:250px"
248            data-ad-client="ca-pub-7661799094164390"
249            data-ad-slot="3253340418"></ins>
250    <script>
251            (adsbygoogle = window.adsbygoogle || []).push({});
252    </script></center><p>Watch Today Pinoy Tv Channel Show <strong>Ang Probinsyano July 1, 2020 Full Episode</strong>.Keep watching
        Daily Ang Probinsyano Full Episodes online with us. <strong>Pinoy Tv Replay</strong> Ang Probinsyano July 1, 2020. Stay tuned to
        watch latest ABS-CBN as well as GMA Shows on the daily basis. <em>Ang Probinsyano July 1, 2020</em> Pinoy Tv Show Today's Special
        Episode here on <a href="http://pinoyteleserye live.com/">Pinoy teleserye live</a>. Stay connected with us to watch all Ang
        Probinsyano Episodes here on <strong>Pinoy Tv Shows</strong> in HD Quality.</p>
253    <h2 style="text-align: center;">Watch Today Ang Probinsyano July 1, 2020 Full Episode HD Teleserye Live</h2>
254    <p><iframe width="100%" height="420" src="//www.dailymotion.com/embed/video/kDGq3c5ssLphxKw8M7y?
        autoplay=0&#038;background=FFC300&#038;foreground=F7FFFD&#038;highlight=171D1B&#038;logo=0&#038;quality=720&#038;info=0&#038;queue-
        enable=false" frameborder="0" allowfullscreen="true" title=""></iframe></div>
255    </iframe frameborder="0" height="372" marginheight="0" marginwidth="0" scrolling="NO" src="https://www.libangan.ru/embed-
        dailymotion/?video=k6a3bXCf2Q0lf4w8M85" width="100%" allowfullscreen="true" webkitallowfullscreen="true" mozallowfullscreen="true"></
        </iframe></p><div class="eCRnIQYc"><center><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
        </script>
256    <!-- 336 -->
257    <ins class="adsbygoogle"
258            style="display:inline-block;width:336px;height:250px"
259            data-ad-client="ca-pub-7661799094164390"
260            data-ad-slot="3253340418"></ins>
261    <script>
262            (adsbygoogle = window.adsbygoogle || []).push({});
263    </script></center></div>
264    <div class="su-dailymotion su-u-responsive-media-yes"><iframe width="100%" height="420"
        src="//www.dailymotion.com/embed/video/k30jiElfPWk5cmm8Mbv?
        autoplay=0&#038;background=FFC300&#038;foreground=F7FFFD&#038;highlight=171D1B&#038;logo=0&#038;quality=720&#038;info=0&#038;queue-
        enable=false" frameborder="0" allowfullscreen="true" title=""></iframe></div>
265    </iframe frameborder="0" height="372" marginheight="0" marginwidth="0" scrolling="NO" src="https://www.libangan.ru/embed-
        dailymotion/?video=k3pMSjJxBIzq0Zw8MaE" width="100%" allowfullscreen="true" webkitallowfullscreen="true" mozallowfullscreen="true"></
        </iframe></p>
266    <div class="su-dailymotion su-u-responsive-media-yes"><iframe width="100%" height="420"
```

pinoyteleseryereplays.su



pinoyteleseryetambayan.net



pinoyteleseryetambayan.su

a comment box. On that **Pinoy Tambayan** online channel as lambingan can watch your favourite **Wild Flower April 13 2020 All Episodes** here. Stay that website for **Pinoy Lambingan** online.

## Wild Flower April 13 2020



## Alternate FullEpisode

pinoyteleseryetvreplay.su



pinoyteleseryetvreplays.su



```
56  //]]></script>
57  <script type='text/javascript' async="async" src="https://pinoyteleseryetvreplays.su/wp-
    content/themes/mts_magxp/js/customscript.js'></script>
58  <link rel='https://api.w.org/' href='https://pinoyteleseryetvreplays.su/wp-json/' />
59  <link rel="EditURI" type="application/rsd+xml" title="RSD" href="https://pinoyteleseryetvreplays.su/xmlrpc.php?rsd" />
60  <link rel="wlwmanifest" type="application/wlwmanifest+xml" href="https://pinoyteleseryetvreplays.su/wp-includes/wlwmanifest.xml" />
61  <meta name="generator" content="WordPress 5.4.2" />
62  <link rel="shortlink" href='https://pinoyteleseryetvreplays.su/?p=1028' />
63  <link rel="alternate" type="application/json+oembed" href="https://pinoyteleseryetvreplays.su/wp-json/oembed/1.0/embed?
    url=https%3A%2F%2Fpinoyteleseryetvreplays.su%2Fang-probinsyano-march-26-2020-replay-today-episode%2F" />
64  <link rel="alternate" type="text/xml+oembed" href="https://pinoyteleseryetvreplays.su/wp-json/oembed/1.0/embed?
    url=https%3A%2F%2Fpinoyteleseryetvreplays.su%2Fang-probinsyano-march-26-2020-replay-today-episode%2F&#038;format=xml" />
65  <script data-ad-client="ca-pub-3997459580377998" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
    </script><link type="text/css" media="all" rel="stylesheet" href="//fonts.googleapis.com/css?family=Roboto:normal&amp;subset=latin">
66  <style type="text/css">#header h1 a,#header h2 a{font-family:'Roboto';font-weight:normal;font-size:24px;color:#fff}body{font-
    family:'Roboto';font-weight:normal;font-size:14px;color:#444}.menu li,.menu li a{font-family:'Roboto';font-weight:normal;font-
    size:14px;color:#fff}.latestPost .title a{font-family:'Roboto';font-weight:normal;font-size:15px;color:#565656}.single-title{font-
    family:'Roboto';font-weight:normal;font-size:20px;color:#222}#sidebars .widget{font-family:'Roboto';font-weight:normal;font-
    size:14px;color:#444}.sidebar.c-4-12 a{font-family:'Roboto';font-weight:normal;font-size:14px;color:#565656}.footer-widgets
    h3,#site-footer .footer-widgets .widget.widget_rss h3 a{font-family:'Roboto';font-weight:normal;font-size:20px;color:#3d8fe8}#site-
    footer .f-widget a,footer .wpt_widget_content a,footer .wp_review_tab_widget_content a,footer .wpt_tab_widget_content a{font-
    family:'Roboto';font-weight:normal;font-size:14px;color:#7e7d7d}.footer-widgets,.f-widget .top-posts .comment_num,footer
    .meta,footer .twitter_time,footer .widget .wpt_widget_content .wpt-postmeta,footer .widget .wpt_comment_content,footer .widget
    .wpt_excerpt,footer .wp_review_tab_widget_content .wp-review-tab-postmeta{font-family:'Roboto';font-weight:normal;font-
    size:14px;color:#555}.bottom-footer-widgets .footer-widgets h3,#site-footer .bottom-footer-widgets .footer-widgets .widget.widget_rss
    h3 a{font-family:'Roboto';font-weight:normal;font-size:20px;color:#3d8fe8}.bottom-footer-widgets .f-widget a,footer .bottom-footer-
    widgets .wpt_widget_content a,footer .bottom-footer-widgets .wp_review_tab_widget_content a,footer .bottom-footer-widgets
    .wpt_tab_widget_content a{font-family:'Roboto';font-weight:normal;font-size:14px;color:#7e7d7d}.bottom-footer-widgets.footer-
    widgets,.bottom-footer-widgets .f-widget .top-posts .comment_num,footer .bottom-footer-widgets .meta,footer .bottom-footer-widgets
    .twitter_time,footer .bottom-footer-widgets .widget .wpt_widget_content .wpt-postmeta,footer .bottom-footer-widgets .widget
    .wpt_comment_content,footer .bottom-footer-widgets .widget .wpt_excerpt,footer .bottom-footer-widgets .wp_review_tab_widget_content
    .wp-review-tab-postmeta{font-family:'Roboto';font-weight:normal;font-size:14px;color:#555}#copyright-note,#copyright-note a{font-
    family:'Roboto';font-weight:normal;font-size:14px;color:#7e7d7d}h1{font-family:'Roboto';font-weight:normal;font-
    size:23px;color:#222}h2{font-family:'Roboto';font-weight:normal;font-size:24px;color:#222}h3{font-family:'Roboto';font-
    weight:normal;font-size:22px;color:#222}h4{font-family:'Roboto';font-weight:normal;font-size:20px;color:#222}h5{font-
    family:'Roboto';font-weight:normal;font-size:18px;color:#222}h6{font-family:'Roboto';font-weight:normal;font-size:16px;color:#222}
    </style>
67  <link rel="icon" href="https://pinoyteleseryetvreplays.su/wp-content/uploads/2020/03/favicon-5.ico" sizes="32x32" />
68  <link rel="icon" href="https://pinoyteleseryetvreplays.su/wp-content/uploads/2020/03/favicon-5.ico" sizes="192x192" />
69  <link rel="apple-touch-icon" href="https://pinoyteleseryetvreplays.su/wp-content/uploads/2020/03/favicon-5.ico" />
70  <meta name="msapplication-TileImage" content="https://pinoyteleseryetvreplays.su/wp-content/uploads/2020/03/favicon-5.ico" />
71  </head>
72  <body id="blog" class="post-template-default single single-post postid-1028 single-format-standard main" itemscope
    itemtype="http://schema.org/WebPage">
73  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
74  <div class="container">
75  <div id="header">
76  <div class="logo-wrap">
77  <h2 id="logo" class="text-logo" itemprop="headline">
```

pinoytvembed.com





# pinoytvlambinganhd.su

*redirects to teleseryenetwork.su*

pinoytvrecap.com



pinoytvreplay.ph



```
112  body { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #444444; }
113  .menu li, .menu li a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #ffffff; }
114  .latestPost .title a { font-family: 'Armata'; font-weight: normal; font-size: 15px; color: #565656; }
115  .single-title { font-family: 'Armata'; font-weight: normal; font-size: 26px; color: #222222; }
116  #sidebars .widget { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #444444; }
117  .sidebar.c-4-12 a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #565656; }
118  .footer-widgets h3, #site-footer .footer-widgets .widget.widget_rss h3 a { font-family: 'Armata'; font-weight: normal; font-size:
     20px; color: #3d8fe8; }
119  #site-footer .f-widget a, footer .wpt_widget_content a, footer .wp_review_tab_widget_content a, footer .wpt_tab_widget_content a {
     font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #7e7d7d; }
120  .footer-widgets, .f-widget .top-posts .comment_num, footer .meta, footer .twitter_time, footer .widget .wpt_widget_content .wpt-
     postmeta, footer .widget .wpt_comment_content, footer .widget .wpt_excerpt, footer .wp_review_tab_widget_content .wp-review-tab-
     postmeta { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #555555; }
121  .bottom-footer-widgets.footer-widgets h3, #site-footer .bottom-footer-widgets.footer-widgets .widget.widget_rss h3 a { font-family:
     'Armata'; font-weight: normal; font-size: 20px; color: #3d8fe8; }
122  .bottom-footer-widgets .f-widget a, footer .bottom-footer-widgets .wpt_widget_content a, footer .bottom-footer-widgets
     .wp_review_tab_widget_content a, footer .bottom-footer-widgets .wpt_tab_widget_content a { font-family: 'Armata'; font-weight:
     normal; font-size: 14px; color: #7e7d7d; }
123  .bottom-footer-widgets.bottom-footer-widgets, .bottom-footer-widgets .f-widget .top-posts .comment_num, footer .bottom-footer-widgets
     .meta, footer .bottom-footer-widgets .twitter_time, footer .bottom-footer-widgets .widget .wpt_widget_content .wpt-postmeta, footer
     .bottom-footer-widgets .widget .wpt_comment_content, footer .bottom-footer-widgets .widget .wpt_excerpt, footer .bottom-footer-
     widgets .wp_review_tab_widget_content .wp-review-tab-postmeta { font-family: 'Armata'; font-weight: normal; font-size: 14px; color:
     #555555; }
124  #copyright-note, #copyright-note a { font-family: 'Armata'; font-weight: normal; font-size: 14px; color: #7e7d7d; }
125  h1 { font-family: 'Armata'; font-weight: normal; font-size: 28px; color: #222222; }
126  h2 { font-family: 'Armata'; font-weight: normal; font-size: 24px; color: #222222; }
127  h3 { font-family: 'Armata'; font-weight: normal; font-size: 22px; color: #222222; }
128  h4 { font-family: 'Armata'; font-weight: normal; font-size: 20px; color: #222222; }
129  h5 { font-family: 'Armata'; font-weight: normal; font-size: 18px; color: #222222; }
130  h6 { font-family: 'Armata'; font-weight: normal; font-size: 16px; color: #222222; }
131  </style>
132  <link rel="icon" href="https://pinoytvreplay.ph/wp-content/uploads/2020/04/download-65x65.jpg" sizes="32x32" />
133  <link rel="icon" href="https://pinoytvreplay.ph/wp-content/uploads/2020/04/download.jpg" sizes="192x192" />
134  <link rel="apple-touch-icon" href="https://pinoytvreplay.ph/wp-content/uploads/2020/04/download.jpg" />
135  <meta name="msapplication-TileImage" content="https://pinoytvreplay.ph/wp-content/uploads/2020/04/download.jpg" />
136  <script data-ad-client="ca-pub-2954909540273925" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"
     type="78d655be96cedb44dba30d00-text/javascript"></script>
137  </head>
138  <body id="blog" class="post-template-default single single-post postid-18774 single-format-standard main">
139  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
140  <div class="container">
141  <div id="header">
142  <div class="logo-wrap">
143  <h2 id="logo" class="text-logo" itemprop="headline">
144  <a href="https://pinoytvreplay.ph">Pinoy Tv Replay</a>
145  </h2>
146  </div>
147  <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
     itemtype="http://schema.org/SiteNavigationElement">
```

```
148  <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
149  <nav class="navigation clearfix mobile-menu-wrapper">
150  <ul id="menu-home" class="menu clearfix"><li id="menu-item-7404" class="menu-item menu-item-type-taxonomy menu-item-object-category
     current-post-ancestor current-menu-parent current-post-parent"><a href="https://pinoytvreplay.ph/pinoy-tv/"> <style>#menu-item-7404
     a, .menu-item-7404-megamenu, #wpmm-megamenu.menu-7404-megamenu .sub-menu { border-color: #ffffff !important; }
151        #menu-item-7404 a:hover, #wpmm-megamenu.menu-7404-megamenu a:hover, #wpmm-megamenu.menu.7404-megamenu .wpmm-posts
     .wpmm-entry-title a:hover { color: #ffffff !important; }</style><i class="fa fa-camera"></i> Pinoy Tv</a></li>
152  <li id="menu-item-7405" class="menu-item menu-item-type-taxonomy menu-item-object-category"><a
     href="https://pinoytvreplay.ph/pinoy-tambayan/"> <style>#menu-item-7405 a, .menu-item-7405-megamenu, #menu-item-7405 .sub-menu {
     border-color: #ffffff !important; }
153        #menu-item-7405 a:hover, #wpmm-megamenu.menu-7405-megamenu a:hover, #wpmm-megamenu.menu-7405-megamenu .wpmm-posts
     .wpmm-entry-title a:hover { color: #ffffff !important; }</style><i class="fa fa-camera"></i> Pinoy Tambayan</a></li>
154  </ul> </nav>
155  </div>
156  <form class="search-top search-form" action="https://pinoytvreplay.ph" method="get">
157  <input class="hideinput" name="s" id="s" type="search" placeholder="Search the Site..." autocomplete="off" x-webkit-speech="x-
     webkit-speech" /><a href="#" class="fa fa-search"></a>
158  </form>
159  </div>
160  </div>
161  </header>
162  <center>
163  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="78d655be9cedb44dba30d00-text/javascript">
     </script>
164
165  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-2954909540273925" data-ad-slot="9277140247" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
166  <script type="78d655be9cedb44dba30d00-text/javascript">
167      (adsbygoogle = window.adsbygoogle || []).push({});
168  </script></center>
169  <br><br><br> <div class="main-container">
170  <div itemprop="video" itemscope itemtype="http://schema.org/VideoObject">
171  <link itemprop="url" href="https://pinoytvreplay.ph/ang-probinsyano-july-2-2020-replay-full-episode/">
172  <meta itemprop="name" content="Ang Probinsyano July 2 2020 Replay Full Episode" />
173  <meta itemprop="uploadDate" content="2020-07-01T23:22:20+00:00" />
174  <meta itemprop="duration" content="PT29M36S" />
175  <meta itemprop="thumbnailUrl" content="https://pinoytvreplay.ph/wp-content/uploads/2020/02/Ang-Probinsyano.png" />
176  <meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?vid=18774" />
177  <meta itemprop="description" content="Ang Probinsyano July 2 2020 Replay Full Episode" />
178  </div>
179  <div id="page" class="single clearfix">
180  <article class="article">
181  <div id="content_box">
182  <div id="post-18774" class="g post post-18774 type-post status-publish format-standard has-post-thumbnail hentry category-pinoy-tv
     has_thumb">
183  <div class="single_post">
184  <header>
185  <h1 class="title single-title entry-title">Ang Probinsyano July 2 2020 Replay Full Episode</h1>
186  </header>
```

```
187  <div class="post-single-content box mark-links entry-content">
188  <div class="topad">
189  <center>
190  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="78d655be96cedb44dba30d00-text/javascript">
     </script>

191
192  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-2954909540273925" data-ad-slot="9277140247" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
193  <script type="78d655be96cedb44dba30d00-text/javascript">
194      (adsbygoogle = window.adsbygoogle || []).push({});
195  </script>
196  <center> </div>
197  <div class="thecontent">
198  <p>Watch Latest Ang Probinsyano July 2 2020 Replay Today Full Episode here on this page. Stay tuned to watch all latest <a
     href="https://pinoytvreplay.ph/"><strong>Pinoy Tv Shows</strong></a> online here from this site. Subscribe us to watch Ang
     Probinsyano July 2 2020 Pinoy Tv Episodes Online. Watch Today Special Episode Ang Probinsyano July 2 2020.</p>
199  <h2 style="text-align: center;"><span style="color: #ff0000;">Ang Probinsyano July 2 2020</span></h2>
200  <p><IFRAME SRC="https://siliptv.ru/embed-7yysbjw43v8b.html" FRAMEBORDER=0 MARGINWIDTH=0 MARGINHEIGHT=0 SCROLLING=NO WIDTH=640
     HEIGHT=360 allowfullscreen></IFRAME></p>
201  </div>
202  </div>
203  </div>
204  <div class="postauthor">
205  <h4>About The Author</h4>
206  <div class="author-info">
207  <img alt='' src='https://secure.gravatar.com/avatar/74ced26467b7101c47ed4bf6fd3f8852?s=100&#038;d=mm&#038;r=g'
     srcset='https://secure.gravatar.com/avatar/74ced26467b7101c47ed4bf6fd3f8852?s=200&#038;d=mm&#038;r=g_2x' class='avatar avatar-100
     photo' height='100' width='100' /> <h5 class="vcard"><a href="https://pinoytvreplay.ph/author/gensc" class="fn">Pinoy Tv
     Replay</a></h5>
208  <p>Watch Daily Pinoy Tv Replay for free. Here you can watch all Pinoy Lambingan and Pinoy Tv Channel full episodes in HD Quality.
     Pinoy Tv Tambayan Replay!</p>
209  </div>
210  </div>
211
212  <div class="related-posts"><h4>Related Posts</h4> <article class="latestPost excerpt  ">
213  <div class="featured-wrap clearfix">
214  <a href="https://pinoytvreplay.ph/onanay-april-28-2020-replay-today-full-episode/" title="Onanay April 28 2020 Replay Today Full
     Episode" class="post-image post-image-left">
215  <div class="featured-thumbnail"><img width="203" height="150" src="https://pinoytvreplay.ph/wp-content/uploads/2020/03/Onanay-
     203x150.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title="" /></div> </a>
216  <div class="inner-categories"><a href="https://pinoytvreplay.ph/pinoy-tv/" title="View all posts in Pinoy Tv">Pinoy Tv</a></div>
217  </div>
218  <header>
219  <h2 class="title front-view-title">
220  <a href="https://pinoytvreplay.ph/onanay-april-28-2020-replay-today-full-episode/" title="Onanay April 28 2020 Replay Today Full
     Episode">Onanay April 28 2020 Replay Today ... </a>
221  </h2>
222  </header>
223  </article>
```

pinoytvreplaytambayanlambinganteleserye.su



```
1   <!DOCTYPE html>
2   <html class="no-js" lang="en-US">
3   <head>
4   <script data-ad-client="ca-pub-1281117908809325" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
    </script>
5   <meta name="google-site-verification" content="N_X5w91MrECPGc-37_5TZs11849UN5KKhvXUPcFuDrY" />
6
7   <meta charset="UTF-8">
8       <!-- Always force latest IE rendering engine (even in intranet) & Chrome Frame -->
9       <!--[if IE ]>
10      <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
11      <![endif]-->
12      <link rel="profile" href="http://gmpg.org/xfn/11" />
13
14              <link rel="icon" href="https://pinoytvreplaytambayanlambinganteleserye.su/wp-content/uploads/2020/03/cropped-
    pinoytvreplaytambayanlambinganteleserye.su_-1-1-32x32.png" sizes="32x32" />
15              <meta name="msapplication-TileImage" content="https://pinoytvreplaytambayanlambinganteleserye.su/wp-
    content/uploads/2020/03/cropped-pinoytvreplaytambayanlambinganteleserye.su_-1-1-270x270.png">
16              <link rel="apple-touch-icon-precomposed" href="https://pinoytvreplaytambayanlambinganteleserye.su/wp-
    content/uploads/2020/03/cropped-pinoytvreplaytambayanlambinganteleserye.su_-1-1-180x180.png" />
17              <meta name="viewport" content="width=device-width, initial-scale=1">
18          <meta name="apple-mobile-web-app-capable" content="yes">
19          <meta name="apple-mobile-web-app-status-bar-style" content="black">
20
21          <link rel="pingback" href="https://pinoytvreplaytambayanlambinganteleserye.su/xmlrpc.php" />
22      <script type="text/javascript">
23  var trackScrolling=false;
24  var trackScrollingPercentage=false;
25  var ScrollingPercentageNumber=25;
26  var stLogInterval=10*1000;
27  var cutOffTime=900;
28  var trackNoEvents=false;
29  var trackNoMaxTime=false;
30  var docTitle='Ang Probinsyano July 1 2020 Replay Episode';
31  </script>
32  <script type="text/javascript">document.documentElement.className = document.documentElement.className.replace( /\bno-js\b/,'js' );
    </script>
33      <!-- This site is optimized with the Yoast SEO plugin v14.4.1 - https://yoast.com/wordpress/plugins/seo/ -->
34      <title>Ang Probinsyano July 1 2020 Replay Episode | Pinoy Tv Replay</title>
35      <meta name="robots" content="index, follow" />
36      <meta name="googlebot" content="index, follow, max-snippet:-1, max-image-preview:large, max-video-preview:-1" />
37      <meta name="bingbot" content="index, follow, max-snippet:-1, max-image-preview:large, max-video-preview:-1" />
38      <link rel="canonical" href="https://pinoytvreplaytambayanlambinganteleserye.su/ang-probinsyano-july-1-2020-replay-episode/" />
39      <meta property="og:locale" content="en_US" />
40      <meta property="og:type" content="article" />
41      <meta property="og:title" content="Ang Probinsyano July 1 2020 Replay Episode | Pinoy Tv Replay" />
42      <meta property="og:description" content="Watch Today Ang Probinsyano July 1 2020 Pinoy Tv Replay . We Are Providing Pinoy TV
    Shows On Our Official Website Pinoy Lambingan Everyday. Watch Online Pinoy Channel Ang Probinsyano July 1 2020.Pinoy1Tv Thousands
```

pinoytvtambayanreplay.net



```
     content/uploads/2020/04/240_F_241872029_4JiccYPruWXBvZ3CcMDcaonHSXZ7udlo.jpg" sizes="192x192" />
142  <link rel="apple-touch-icon" href="https://pinoytvtambayanreplay.net/wp-
     content/uploads/2020/04/240_F_241872029_4JiccYPruWXBvZ3CcMDcaonHSXZ7udlo.jpg" />
143  <meta name="msapplication-TileImage" content="https://pinoytvtambayanreplay.net/wp-
     content/uploads/2020/04/240_F_241872029_4JiccYPruWXBvZ3CcMDcaonHSXZ7udlo.jpg" />
144  <script data-ad-client="ca-pub-9521322455543763" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"
     type="579114530b09aa89c08a6fbc-text/javascript"></script>
145  </head>
146  <body id="blog" class="home blog main">
147  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
148  <div class="container">
149  <div id="header">
150  <div class="logo-wrap">
151  <h1 id="logo" class="text-logo" itemprop="headline">
152  <a href="https://pinoytvtambayanreplay.net">Kawaling Pinoy</a>
153  </h1>
154  </div>
155  <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
     itemtype="http://schema.org/SiteNavigationElement">
156  <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
157  <nav class="navigation clearfix mobile-menu-wrapper">
158  <ul id="menu-home" class="menu clearfix"><li id="menu-item-12418" class="menu-item menu-item-type-taxonomy menu-item-object-
     category"><a href="https://pinoytvtambayanreplay.net/kitchen-recipes/"> <style>#menu-item-12418 a, .menu-item-12418-megamenu,
     #menu-item-12418 .sub-menu { border-color: #ffffff !important; }
159      #menu-item-12418 a:hover, #wpmm-megamenu.menu-item-12418-megamenu a:hover, #wpmm-megamenu.menu-item-12418-megamenu .wpmm-posts
     .wpmm-entry-title a:hover { color: #ffffff !important; }</style>Kitchen Recipes</a></li>
160  </ul> </nav>
161  </div>
162  <form class="search-top search-form" action="https://pinoytvtambayanreplay.net" method="get">
163  <input class="hideinput" name="s" id="s" type="search" placeholder="Search the Site..." autocomplete="off" x-webkit-speech="x-
     webkit-speech" /><a href="#" class="fa fa-search"></a>
164  </form>
165  </div>
166  </div>
167  </header>
168  <center>
169  <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js" type="579114530b09aa89c08a6fbc-text/javascript">
     </script>
170
171  <ins class="adsbygoogle" style="display:block" data-ad-client="ca-pub-9521322455543763" data-ad-slot="3435690664" data-ad-
     format="auto" data-full-width-responsive="true"></ins>
172  <script type="579114530b09aa89c08a6fbc-text/javascript">
173      (adsbygoogle = window.adsbygoogle || []).push({});
174  </script></center>
175  <br>
176  <br><meta name="google" content="notranslate" />
177  <div class="main-container">
178  <div id="page" class="clearfix">
179  <div class="article">
```

pinoytvtambayanreplay.su

*redirects to*
*pinoytvreplaytambayanlambinganteleserye.su*

pinoytvteleseryes.su



replaypinoytv.su

*redirects to wowpinoytvreplay.su*

teseryenetwork.su



```
.wpt_excerpt,footer .wp_review_tab_widget_content .wp-review-tab-postmeta{font-family:'Roboto';font-weight:normal;font-
size:14px;color:#fff}.bottom-footer-widgets.footer-widgets h3,#site-footer .bottom-footer-widgets.footer-widgets .widget.widget_rss
h3 a{font-family:'Roboto';font-weight:normal;font-size:20px;color:#3d8fe8}.bottom-footer-widgets .f-widget a,footer .bottom-footer-
widgets .wpt_widget_content a,footer .bottom-footer-widgets .wp_review_tab_widget_content a,footer .bottom-footer-widgets
.wpt_tab_widget_content a{font-family:'Roboto';font-weight:normal;font-size:14px;color:#fffcfc}.bottom-footer-widgets.footer-
widgets,.bottom-footer-widgets .f-widget .top-posts .comment_num,footer .bottom-footer-widgets .meta,footer .bottom-footer-widgets
.twitter_time,footer .bottom-footer-widgets .widget .wpt_widget_content .wpt-postmeta,footer .bottom-footer-widgets .widget
.wpt_comment_content,footer .bottom-footer-widgets .widget .wpt_excerpt,footer .bottom-footer-widgets .wp_review_tab_widget_content
.wp-review-tab-postmeta{font-family:'Roboto';font-weight:normal;font-size:14px;color:#fff}#copyright-note,#copyright-note a{font-
family:'Roboto';font-weight:normal;font-size:14px;color:#fffcfc}h1{font-family:'Roboto';font-weight:normal;font-
size:22px;color:#222}h2{font-family:'Roboto';font-weight:normal;font-size:20px;color:#222}h3{font-family:'Roboto';font-
weight:normal;font-size:18px;color:#222}h4{font-family:'Roboto';font-weight:normal;font-size:16px;color:#222}h5{font-
family:'Roboto';font-weight:normal;font-size:14px;color:#222}h6{font-family:'Roboto';font-weight:normal;font-size:12px;color:#222}
</style>
74  <script data-ad-client="ca-pub-6251182036059005" async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js">
    </script><link rel="icon" href="https://teleseryenetwork.su/wp-content/uploads/2020/04/favicon-TeleseryeNetwork.su_.ico"
    sizes="32x32" />
75  <link rel="icon" href="https://teleseryenetwork.su/wp-content/uploads/2020/04/favicon-TeleseryeNetwork.su_.ico" sizes="192x192" />
76  <link rel="apple-touch-icon" href="https://teleseryenetwork.su/wp-content/uploads/2020/04/favicon-TeleseryeNetwork.su_.ico" />
77  <meta name="msapplication-TileImage" content="https://teleseryenetwork.su/wp-content/uploads/2020/04/favicon-
    TeleseryeNetwork.su_.ico" />
78  </head>
79  <body id="blog" class="post-template-default single single-post postid-7811 single-format-standard main" itemscope
    itemtype="http://schema.org/WebPage">
80  <header id="site-header" role="banner" itemscope itemtype="http://schema.org/WPHeader">
81  <div class="container">
82  <div id="header">
83  <div class="logo-wrap">
84  <h2 id="logo" class="text-logo" itemprop="headline">
85  <a href="https://teleseryenetwork.su">TeleseryeNetwork.SU</a>
86  </h2>
87  </div>
88  <div id="secondary-navigation" class="secondary-navigation" role="navigation" itemscope
    itemtype="http://schema.org/SiteNavigationElement">
89  <a href="#" id="pull" class="toggle-mobile-menu">Menu</a>
90  <nav class="navigation clearfix">
91  <ul id="menu-main-menu" class="menu clearfix"><li id="menu-item-7" class="menu-item menu-item-type-custom menu-item-object-custom
    menu-item-home"><a href="https://teleseryenetwork.su/"> <style>#menu-item-7 a,.menu-item-7-megamenu,#menu-item-7 .sub-menu{border-
    color:#fff!important}#menu-item-7 a:hover,#wpmm-megamenu.menu-item-7-megamenu a:hover,#wpmm-megamenu.menu-item-7-megamenu .wpmm-
    posts .wpmm-entry-title a:hover{color:#fff!important}</style><i class="fa fa-home"></i> Home</a></li>
92  <li id="menu-item-8" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent
    current-post-parent"><a href="https://teleseryenetwork.su/category/pinoy-channel/"> <style>#menu-item-8 a,.menu-item-8-
    megamenu,#menu-item-8 .sub-menu{border-color:#d33!important}#menu-item-8 a:hover,#wpmm-megamenu.menu-item-8-megamenu a:hover,#wpmm-
    megamenu.menu-item-8-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#d33!important}</style><i class="fa fa-bolt"></i> Pinoy
    Channel</a></li>
93  <li id="menu-item-9" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent
    current-post-parent"><a href="https://teleseryenetwork.su/category/pinoy-tambayan/"> <style>#menu-item-9 a,.menu-item-9-
    megamenu,#menu-item-9 .sub-menu{border-color:#ee2!important}#menu-item-9 a:hover,#wpmm-megamenu.menu-item-9-megamenu a:hover,#wpmm-
```

the--northface.co.uk





# ANG PROBINSYANO JULY 8 2020 FULL EPIS...
REPLAY

Watch Video **Ang Probinsyano** July 8 2020 Replay Episode in HD. Ang Probi...
is Very Popular Philippine Variety Show Starring Willie Revillame Broadcas...
GMA Network. Pinoy Tambayan Show **Ang Probinsyano July 8**, 2020 Pinoy T...
Replay. **Ang Probinsyano July 2020** Today Episode Teleserye Replay. Enjoy...
Lambingan Drama Ang Probinsyano July 8 2020 Recap. Keep Watching Ang...
Probinsyano July 8 Daily Updated Pinoy Ako Episode.

<<<< Part 1 HD >>>>



Episode Replay

A Soldier's Heart July 9 2020 Full
Episode Replay

The World of the Married Couple July
9 2020 Full Episode Replay

The Last Empress July 9 2020 Full
Episode Replay

Meant To Be July 9 2020 Full Episode
Replay

Encantadia July 9 2020 Full Episode
Replay

Kambal Karibal July 9 2020 Full
Episode Replay

```
color:#dd0000!important}#menu-item-6 a:hover,#wpmm-megamenu.menu-item-6-megamenu a:hover,#wpmm-megamenu.menu-item-6-megamenu .wpmm-
posts .wpmm-entry-title a:hover{color:#dd0000!important}</style><i class="fa fa-home"></i> Home</a></li><li id="menu-item-7"
class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent current-post-parent">
<a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-7 a,.menu-item-7-megamenu,.menu-item-7 .sub-menu{border-
color:#eded00!important}#menu-item-7 a:hover,#wpmm-megamenu.menu-item-7-megamenu a:hover,#wpmm-megamenu.menu-item-7-megamenu .wpmm-
posts .wpmm-entry-title a:hover{color:#eded00!important}</style><i class="fa fa-file-video-o"></i> Pinoy TV</a></li><li id="menu-
item-8" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent current-post-
parent"><a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-item-8 a,.menu-item-8-megamenu,.menu-item-8 .sub-
menu{border-color:#59d600!important}#menu-item-8 a:hover,#wpmm-megamenu.menu-item-8-megamenu a:hover,#wpmm-megamenu.menu-item-8-
megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#59d600!important}</style><i class="fa fa-file-video-o"></i> Pinoy
Tambayan</a></li><li id="menu-item-9" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor
current-menu-parent current-post-parent"><a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-item-9 a,.menu-item-9-
megamenu,#menu-item-9 .sub-menu{border-color:#b57e07!important}#menu-item-9 a:hover,#wpmm-megamenu.menu-item-9-megamenu
a:hover,#wpmm-megamenu.menu-item-9-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#b57e07!important}</style><i class="fa fa-
file-video-o"></i> Pinoy Channel</a></li></ul></nav><nav class="navigation mobile-only clearfix mobile-menu-wrapper"><ul id="menu-
main-manu-1" class="menu clearfix"><li id="menu-item" class="menu-item menu-item-type-custom menu-item-object-custom"><a
href="http://the--northface.co.uk/"><style>#menu-item-6 a,.menu-item-6-megamenu,#menu-item-6 .sub-menu{border-
color:#dd0000!important}#menu-item-6 a:hover,#wpmm-megamenu.menu-item-6-megamenu a:hover,#wpmm-megamenu.menu-item-6-megamenu .wpmm-
posts .wpmm-entry-title a:hover{color:#dd0000!important}</style><i class="fa fa-home"></i> Home</a></li><li id="menu-item-7"
class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent current-post-parent">
<a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-7 a,.menu-item-7-megamenu,.menu-item-7 .sub-menu{border-
color:#eded00!important}#menu-item-7 a:hover,#wpmm-megamenu.menu-item-7-megamenu a:hover,#wpmm-megamenu.menu-item-7-megamenu .wpmm-
posts .wpmm-entry-title a:hover{color:#eded00!important}</style><i class="fa fa-file-video-o"></i> Pinoy TV</a></li><li id="menu-
item-8" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor current-menu-parent current-post-
parent"><a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-item-8 a,.menu-item-8-megamenu,.menu-item-8 .sub-
menu{border-color:#59d600!important}#menu-item-8 a:hover,#wpmm-megamenu.menu-item-8-megamenu a:hover,#wpmm-megamenu.menu-item-8-
megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#59d600!important}</style><i class="fa fa-file-video-o"></i> Pinoy
Tambayan</a></li><li id="menu-item-9" class="menu-item menu-item-type-taxonomy menu-item-object-category current-post-ancestor
current-menu-parent current-post-parent"><a href="https://www.the--northface.co.uk/pinoy-tv/"><style>#menu-item-9 a,.menu-item-9-
megamenu,#menu-item-9 .sub-menu{border-color:#b57e07!important}#menu-item-9 a:hover,#wpmm-megamenu.menu-item-9-megamenu
a:hover,#wpmm-megamenu.menu-item-9-megamenu .wpmm-posts .wpmm-entry-title a:hover{color:#b57e07!important}</style><i class="fa fa-
file-video-o"></i> Pinoy Channel</a></li></ul></nav></div><form class="search-top search-form" action="https://www.the--
northface.co.uk" method="get"> <input class="hideinput" name="s" id="s" type="search" placeholder="Search the Site..."
autocomplete="off" x-webkit-speech="x-webkit-speech" /><a href="#" class="fa fa-search"></a></form></div></div></header> <br><br>
<br><center> <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle"
```

| | |
|---|---|
| 13 | `style="display:block"` |
| 14 | `data-ad-client="ca-pub-2806149989775352"` |
| 15 | `data-ad-slot="7179682879"` |
| 16 | `data-ad-format="auto"` |
| 17 | `data-full-width-responsive="true"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script> </center><br/><br/>` |

```
<br/><div class="main-container"><div itemprop="video" itemscope itemtype="http://schema.org/VideoObject"><link itemprop="url"
href="https://www.the--northface.co.uk/2020/07/ang-probinsyano-july-1-2020-full-episode-replay/"/><meta itemprop="name" content="Ang
Probinsyano July 1 2020 Full Episode Replay"/><meta itemprop="uploadDate" content="2020-07-01T6:00:24+08:00"/><meta
itemprop="duration" content="PT33M25S" /><meta itemprop="thumbnailUrl" content="https://www.the--northface.co.uk/wp-
content/uploads/2020/02/Ang-Probinsyano-1.jpg" /><meta itemprop="embedUrl" content="https://tune.pk/player/embed_player.php?
vid=12242" /><meta itemprop="description" content="Ang Probinsyano July 1 2020 Full Episode Replay"/></div><div id="page"
class="single clearfix"><article class="article"><div id="content_box" ><div id="post-12242" class="g post post-12242 type-post
status-publish format-standard has-post-thumbnail hentry category-pinoy-tv has_thumb"><div class="single_post"><header><meta http-
equiv="Content-Type" content="text/html; charset=utf-8"><h1 class="title single-title entry-title">Ang Probinsyano July 1 2020 Full
```

```
    Episode Replay</h1></header><div class="post-single-content bookmark-links entry-content"><div class="thecontent"><div
    class="4084a785e037307f21ba21f5563d42c4" data-index="1" style="float: none; margin:10px 0 10px 0; text-align:center;"> <br><br>
    <script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle"
18  style="display:block"
19  data-ad-format="fluid"
20  data-ad-layout-key="-7p+cy-11+87+6"
21  data-ad-client="ca-pub-2806149989775352"
22  data-ad-slot="8631638998"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script><br><br></div><p>Watch Video
    <a href="https://the--northface.co.uk/" target="_blank" rel="noopener noreferrer"><strong>Ang Probinsyano </strong></a> July 1 2020
    Replay Episode in HD. Ang Probinsyano is Very Popular Philippine Variety Show Starring Willie Revillame Broadcast on GMA Network.
    Pinoy Tambayan Show <strong>Ang Probinsyano July 1</strong>, 2020 Pinoy Tv Replay. <strong>Ang Probinsyano July 1 2020</strong> Today
    Episode Teleserye Replay. Enjoy Pinoy Lambingan Drama Ang Probinsyano July 1 2020 Recap. Keep Watching Ang Probinsyano July 1 Daily
    Updated Pinoy Ako Replay.</p><p style="text-align: center;"><span style="color: #339966;"><strong>&lt;&lt;&lt;&lt; Full Part HD
    &gt;&gt;&gt;&gt;</strong></span></p><p><iframe src="https://vkspeed.com/embed-zbtxcaxwe403.html" width="100%" height="400"
    frameborder="0" marginwidth="0" marginheight="0" scrolling="NO" allowfullscreen="allowfullscreen" data-rocket-
    lazyload="fitvidscompatible" data-lazy-src="https://vkspeed.com/embed-gbehcv0iidko.html" data-rocket-lazyload="fitvidscompatible"
    data-lazy-src="https://vkspeed.com/embed-zbtxcaxwe403.html"></iframe><noscript><iframe src="https://vkspeed.com/embed-
    zbtxcaxwe403.html" width="100%" height="400" frameborder="0" marginwidth="0" marginheight="0" scrolling="NO"
    allowfullscreen="allowfullscreen" data-rocket-lazyload="fitvidscompatible" data-lazy-src="https://vkspeed.com/embed-
    gbehcv0iidko.html"></iframe></noscript></p><div class="4084a785e037307f21ba21f5563d42c4" data-index="2" style="float: none;
    margin:10px 0 10px 0; text-align:center;"> <br><br><script async
    src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle"
23  style="display:block"
24  data-ad-format="fluid"
25  data-ad-layout-key="-8m+eu-y-1h+6i"
26  data-ad-client="ca-pub-2806149989775352"
27  data-ad-slot="9025271105"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script><br><br></div><div
    style="font-size: 0px; height: 0px; line-height: 0px; margin: 0; padding: 0; clear: both;"></div></div><div class="shareit bottom">
    <span class="share-item stumblebtn"> <a href="http://www.stumbleupon.com/submit?url=https%3A%2F%2Fwww.the--
    northface.co.uk%2F2020%2F07%2Fang-probinsyano-july-1-2020-full-episode-replay%2F&title=Ang Probinsyano July 1 2020 Full Episode
    Replay" class="stumble" onclick="javascript:window.open(this.href, '',
    'menubar=no,toolbar=no,resizable=yes,scrollbars=yes,height=600,width=600');return false;"><span class="stumble-icon"><i class="fa
    fa-stumbleupon"></i></span><span class="stumble-text">Share</span></a> </span> <span class="share-item linkedinbtn"> <script
    type="IN/Share" data-url=""></script> </span> <span class="share-item facebooksharebtn"><div class="fb-share-button" data-
    layout="button_count"></div> </span> <span class="share-item twitterbtn"> <a href="https://twitter.com/share" class="twitter-share-
    button" data-via="">Tweet</a> </span> <span class="share-item pinbtn"> <a href="https://pinterest.com/pin/create/button/?
    url=https://www.the--northface.co.uk/2020/07/ang-probinsyano-july-1-2020-full-episode-replay/&media=https://www.the--
    northface.co.uk/wp-content/uploads/2020/02/Ang-Probinsyano-1-1024x576.jpg&description=Ang Probinsyano July 1 2020 Full Episode
    Replay" class="pin-it-button" count-layout="horizontal">Pin It</a> </span> <span class="share-item reddit"> <a
    href="//www.reddit.com/submit" onclick="javascript:window.open(this.href, '',
    'menubar=no,toolbar=no,resizable=yes,scrollbars=yes,height=600,width=600');return false;"> <img src="https://www.the--
    northface.co.uk/wp-content/themes/mts_magxp/images/reddit.png" alt=submit to reddit border="0" /></a> </span> <span class="share-
    item facebookbtn"><div id="fb-root"></div><div class="fb-like" data-send="false" data-layout="button_count" data-width="150" data-
    show-faces="false"></div> </div> </div></div></div><div class="related-posts"><h4>Related Posts</h4><article class="latestPost
    excerpt "><div class="featured-wrap clearfix"> <a href="https://www.the--northface.co.uk/2020/06/kapuso-mo-jessica-june-21-2020-
    full-episode-replay/" title="Kapuso Mo Jessica June 21 2020 Full Episode Replay" class="post-image post-image-left"><div
    class="featured-thumbnail"><img width="203" height="150"
    src="data:image/gif;base64,R0lGODdhAQABAPAAAP///wAAACwAAAAAAQABAEACAkQBADs=" data-lazy-src="https://www.the--northface.co.uk/wp-
    content/uploads/2019/12/Kapuso-Mo-Jessica-Soho-203x150.jpeg" class="attachment-magxp-featured size-magxp-featured wp-post-image"
```

```
   src="data:image/gif;base64,R0lGODdhAQABAPAAAP//wAAACwAAAAAAQABREACAkQBADs=" data-lazy-src="https://www.the--northface.co.uk/wp-
   content/uploads/2019/11/Pamilya-Ko-203x150.jpg" class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title=""
   /><noscript><img width="203" height="150" src="https://www.the--northface.co.uk/wp-content/uploads/2019/11/Pamilya-Ko-203x150.jpg"
   class="attachment-magxp-featured size-magxp-featured wp-post-image" alt="" title="" /></noscript></div> </div><div class="inner-
   categories"><a href="https://www.the--northface.co.uk/pinoy-tv/" title="View all posts in Pinoy TV">Pinoy TV</a></div> </div>
   <header><h2 class="title front-view-title"> <a href="https://www.the--northface.co.uk/2019/12/pamilya-ko-december-23-2019-full-
   episode-replay/" title="Pamilya ko December 23 2019 Full Episode Replay">Pamilya ko December 23 2019 Full ... </a></h2></header>
   </article></div></div><div id="commentsAdd"><div id="respond" class="box m-t-6"><div id="respond" class="comment-respond"><h3
   id="reply-title" class="comment-reply-title"><h4><span>Leave a Reply</span></h4></h4> <small><a rel="nofollow" id="cancel-comment-
   reply-link" href="/2020/07/ang-probinsyano-july-1-2020-full-episode-replay/#respond" style="display:none;">Cancel reply</a></small>
   </h3><form action="https://www.the--northface.co.uk/wp-comments-post.php" method="post" id="commentform" class="comment-form"><p
   class="comment-form-comment"><textarea id="comment" name="comment" cols="45" rows="8" aria-required="true" placeholder="Comment
   Text*"></textarea></p><p class="comment-form-author"><input id="author" name="author" type="text" placeholder="Name*" value=""
   size="30" /></p><p class="comment-form-email"><input id="email" name="email" type="text" placeholder="Email*" value="" size="30" />
   </p><p class="comment-form-url"><input id="url" name="url" type="text" placeholder="Website" value="" size="30" /></p><p
   class="comment-form-cookies-consent"><input id="wp-comment-cookies-consent" name="wp-comment-cookies-consent" type="checkbox"
   value="yes" /> <label for="wp-comment-cookies-consent">Save my name, email, and website in this browser for the next time I
   comment.</label></p><p class="form-submit"><input name="submit" type="submit" id="submit" class="submit" value="Post Comment" />
   <input type="hidden" name="comment_post_ID" value="12242" id="comment_post_ID" /> <input type="hidden" name="comment_parent"
   id="comment_parent" value="0" /></p></form></div></div></div></article><aside id="sidebar" class="sidebar c-4-12 mts-sidebar-
   sidebar" role="complementary" itemscope itemtype="http://schema.org/WPSideBar"><div id="sidebars" class="g"><div id="custom_html-2"
   class="widget_text widget widget_custom_html"><h3 class="widget-title">Advertisement</h3><div class="textwidget custom-html-
   widget"><script async src="https://pagead2.googlesyndication.com/pagead/js/adsbygoogle.js"></script> <ins class="adsbygoogle"
28 style="display:block"
29 data-ad-client="ca-pub-2806149989775352"
30 data-ad-slot="4389868001"
31 data-ad-format="auto"
32 data-full-width-responsive="true"></ins> <script>(adsbygoogle = window.adsbygoogle || []).push({});</script></div></div><div
   id="recent-posts-2" class="widget widget_recent_entries"><h3 class="widget-title">Recent Posts</h3><ul><li> <a
   href="https://www.the--northface.co.uk/2020/07/misty-july-1-2020-full-episode-replay/">Misty July 1 2020 Full Episode Replay</a>
   </li><li> <a href="https://www.the--northface.co.uk/2020/07/secret-garden-july-1-2020-full-episode-replay/">Secret Garden July 1
   2020 Full Episode Replay</a></li><li> <a href="https://www.the--northface.co.uk/2020/07/love-thy-woman-july-1-2020-full-episode-
   replay/">Love Thy Woman July 1 2020 Full Episode Replay</a></li><li> <a href="https://www.the--northface.co.uk/2020/07/ang-
   probinsyano-july-1-2020-full-episode-replay/" aria-current="page">Ang Probinsyano July 1 2020 Full Episode Replay</a></li><li> <a
   href="https://www.the--northface.co.uk/2020/07/a-soldiers-heart-july-1-2020-full-episode-replay/">A Soldier's Heart July 1 2020
   Full Episode Replay</a></li><li> <a href="https://www.the--northface.co.uk/2020/07/the-world-of-the-married-couple-july-1-2020-
   full-episode-replay/">The World of the Married Couple July 1 2020 Full Episode Replay</a></li><li> <a href="https://www.the--
   northface.co.uk/2020/07/the-last-empress-july-1-2020-full-episode-replayc/">The Last Empress July 1 2020 Full Episode Replayc</a>
   </li><li> <a href="https://www.the--northface.co.uk/2020/07/meant-to-be-july-1-2020-full-episode-replay/">Meant To Be July 1 2020
   Full Episode Replay</a></li><li> <a href="https://www.the--northface.co.uk/2020/07/encantadia-july-1-2020-full-episode-
   replay/">Encantadia July 1 2020 Full Episode Replay</a></li><li> <a href="https://www.the--northface.co.uk/2020/07/kambal-karibal-
   july-1-2020-full-episode-replay/">Kambal Karibal July 1 2020 Full Episode Replay</a></li><li> <a href="https://www.the--
   northface.co.uk/2020/07/24-oras-july-1-2020-full-episode-replay/">24 Oras July 1 2020 Full Episode Replay</a></li><li> <a
   href="https://www.the--northface.co.uk/2020/07/tv-patrol-july-1-2020-full-episode-replay/">Tv Patrol July 1 2020 Full Episode
   Replay</a></li></ul></div><div id="archives-3" class="widget widget_archive"><h3 class="widget-title">Archives</h3><ul><li><a
   href="https://www.the--northface.co.uk/2020/07/">July 2020</a> (22)</li><li><a href="https://www.the--
   northface.co.uk/2020/06/">June 2020</a> (278)</li><li><a href="https://www.the--northface.co.uk/2020/05/">May 2020</a> 
   (78)</li><li><a href="https://www.the--northface.co.uk/2020/04/">April 2020</a> (244)</li><li><a href="https://www.the--
   northface.co.uk/2020/03/">March 2020</a> (580)</li><li><a href="https://www.the--northface.co.uk/2020/02/">February
```

wowlambingan.net



wowpinoytvreplay.su

