# Composite Exhibit "2"

# Google webmaster tools

**www.chanelfans.com**

« Back to Home

- Dashboard
- ☐ Site configuration
  - Sitemaps
  - Crawler access
  - Sitelinks
  - **Change of address**
  - Settings
- ⊞ Your site on the web
- ⊞ Diagnostics
- ⊞ Labs

**Help with:**
Moving your site
Using the Change of Address tool
301 redirects

## Change of address

> **www.chanelfans.com has been moved to www.chanelfan.com (chanelfans.com has also been moved to www.chanelfan.com)**
> *Submitted Apr 7, 2010*
>
> [ Withdraw request ]

Now that you've submitted your change of address, check your Webmaster Tools data periodically to see if your new site has been crawled and indexed. If you have a Sitemap you can check Sitemap details to see how many of the pages have been crawled and indexed.

**Withdrawing a change of address**
If you've changed your mind, you can withdraw your change of address.

**Reminders**
- Your old site's server should be configured to serve 301 permanent redirects to your new site.
- Ask webmasters to update their links to your new domain, and make sure incoming links to your old site are redirected correctly using 301 redirects.
- For other general questions refer to our guidelines for moving your site to a new domain.

**Duration of effect**
Your change of address notification remains in effect for 180 days, by which time Google's index will be fully updated with your new site's information. After 180 days, you can extend the period by submitting the change of address again.

© 2010 Google Inc. - Webmaster Central - Terms of Service - Privacy Policy - Webmaster Tools Help

# Google webmaster tools

www.yeschanelgifts.com

« Back to Home

- Dashboard
- ⊟ Site configuration
  - Sitemaps
  - Crawler access
  - Sitelinks
  - **Change of address**
  - Settings
- ⊞ Your site on the web
- ⊞ Diagnostics
- ⊞ Labs

**Help with:**
Moving your site
Using the Change of Address tool
301 redirects

## Change of address

www.yeschanelgifts.com has been moved to www.yeschanelgift.com
(yeschanelgifts.com has also been moved to www.yeschanelgift.com)
Submitted Jun 7, 2010

[Withdraw request]

Now that you've submitted your change of address, check your Webmaster Tools data periodically to see if your new site has been crawled and indexed. If you have a Sitemap you can check Sitemap details to see how many of the pages have been crawled and indexed.

**Withdrawing a change of address**
If you've changed your mind, you can withdraw your change of address.

**Reminders**
- Your old site's server should be configured to serve 301 permanent redirects to your new site.
- Ask webmasters to update their links to your new domain, and make sure incoming links to your old site are redirected correctly using 301 redirects.
- For other general questions refer to our guidelines for moving your site to a new domain.

**Duration of effect**
Your change of address notification remains in effect for 180 days, by which time Google's index will be fully updated with your new site's information. After 180 days, you can extend the period by submitting the change of address again.

© 2010 Google Inc. - Webmaster Central - Terms of Service - Privacy Policy - Webmaster Tools Help

AdWords   AdSense   Analytics   Apps                                                                           gaffican@gmail.com | My Account | Help | Sign out

## Google webmaster tools

🌐 www.tick2buy.com ▾                                                                                                  **« Back to Home**

- **Dashboard**
- **Messages**
- ⊟ **Site configuration**
  - Sitemaps
  - Crawler access
  - Sitelinks
  - **Change of address**
  - Settings
- ⊞ Your site on the web
- ⊞ Diagnostics
- ⊞ Labs

**Help with:**
Moving your site
Using the Change of Address tool
301 redirects

# Change of address

> **www.tick2buy.com has been moved to www.morncity.com**
> **(tick2buy.com has also been moved to www.morncity.com)**
> Submitted Sep 9, 2010

Now that you've submitted your change of address, check your Webmaster Tools data periodically to see if your new site has been crawled and indexed. If you have a Sitemap you can check Sitemap details to see how many of the pages have been crawled and indexed.

**Withdrawing a change of address**
If you've changed your mind, you can withdraw your change of address.

**Reminders**
- Your old site's server should be configured to serve 301 permanent redirects to your new site.
- Ask webmasters to update their links to your new domain, and make sure incoming links to your old site are redirected correctly using 301 redirects.
- For other general questions refer to our guidelines for moving your site to a new domain.

**Duration of effect**
Your change of address notification remains in effect for 180 days, by which time Google's index will be fully updated with your new site's information. After 180 days, you can extend the period by submitting the change of address again.

© 2010 Google Inc. - Webmaster Central - Terms of Service - Privacy Policy - Webmaster Tools Help

https://www.google.com/webmasters/tools/change-address?hl=en&siteUrl=http://www.tick2buy.com/[9/28/2010 1:59:10 PM]



SEO Search / SEO Jobs / SEO Tips / SEO Blog / Forums / SEO Testing / Tools / URI Valet

**WEBMASTER TOOLS**
Webmaster Tools Index
Check Compression
Check Server Headers
Run a DNS Report
HTML Batch Validation
Semantic Data Extractor
SPF Record Testing
Whois Lookup
Convert Inches to Decimal

**WEBMASTER TIPS**
Webmaster Tips Index

# Check Server Headers Tool - HTTP Status Codes Checker



| Single URI - Basic | Single URI - Advanced | Batch URI |
| URI Valet |

## Single URI Processing - Basic

Enter the full URI path for the page that you are checking server headers for e.g. http://www.seoconsultants.com/tools/headers

URI:

## Check server headers and verify HTTP Status Codes

There are seven HTTP status codes

**Google Analytics - Free**
Gain traffic and optimize your site with Google Analytics. Free!
www.google.com/Analytics

ads by Google

([200](#)|[301](#)|[302](#)|[304](#)|[307](#)|[404](#)|[410](#)) that we are primarily interested in from an indexing and search engine marketing perspective. It is recommended that you verify your [URI](#)s are returning the proper Status-Code in the Server Header.

- **Single URI Processing**
- [Single URI Processing with Advanced Features](#)
- [Batch URI Processing](#)

Our Check Server Headers tool (Single URI Processing with Recursive Results) will identify itself (userAgent) as…

```
SEO Consultants Directory CSH Bot V2S User IP:
173.162.97.230
from /tools/headers
```

## SEO Consultants Directory Check Server Headers - Single URI Results

Current Date and Time: 2010-09-20T11:26:18-0700

User IP Address: 173.162.97.230

```
#1 Server Response: http://www.watches-
collection.com
HTTP Status Code: HTTP/1.1 301 Moved Permanently
Content-Length: 150
Content-Type: text/html
Location: http://www.replicagood.com/
Server: Microsoft-IIS/6.0
Date: Mon, 20 Sep 2010 18:26:18 GMT
Redirect Target: http://www.replicagood.com/

#2 Server Response: http://www.replicagood.com/
HTTP Status Code: HTTP/1.1 200 OK
Content-Length: 23493
Content-Type: text/html
Content-Location:
http://www.replicagood.com/index.html
ETag: "85245c9e34fcb1:7f4a"
Last-Modified: Thu, 09 Sep 2010 05:56:46 GMT
```

### The Web Server can use the following Header Fields

1. Method
2. HTTP-Version
3. URI
4. Date
5. Connection
6. Authorization
7. If-Modified-Since
8. Content-Length
9. Content-Type

All other server headers are parsed, but they are ignored.

### HTTP Status Codes that the Web Server can return - Definitions

1. 200 OK
2. 301 Moved Permanently
3. 302 Found
4. 304 Not Modified
5. 307 Temporary Redirect

6. [400 Bad Request](#)
7. [401 Unauthorized](#)
8. [403 Forbidden](#)
9. [404 Not Found](#)
10. [410 Gone](#)
11. [500 Internal Server Error](#)
12. [501 Not Implemented](#)

## HTTP Status Code - 200 OK

The request has succeeded. The information returned with the response is dependent on the method used in the request.

[Back to Previous](#)

## HTTP Status Code - 301 Moved Permanently

The requested resource has been assigned a new permanent URI and any future references to this resource SHOULD use one of the returned URIs.

**Test URI:** /w3c/status-codes/301

[Back to Previous](#)

## HTTP Status Code - 302 Found

The requested resource resides temporarily under a different URI. Since the redirection might be altered on occasion, the client SHOULD continue to use the Request-URI for future requests.

**Test URI:** /w3c/status-codes/302

**Admin Note:** 2005-03-14 - During the past several months, many discussions have been taking place in the search engine marketing communities concerning what many refer to as pagejacking. What you are about to read concerns everyone who has a website online, this is not an isolated incident. Those who are involved with the page jacking issues may not even know that they are causing harm to those they are linking to using a **302 Found** redirect. Many of the 302s are generated from exit tracking scripts.

- [302 Pagejacking - The 302 Page Hijacking Exploit by Claus Schmidt](#)

[Back to Previous](#)

## HTTP Status Code - 304 Not Modified

If the client has performed a conditional GET request and access is allowed, but the document has not been modified, the server SHOULD respond with this status code. The 304 response MUST NOT contain a message-body, and thus is always terminated by the first empty line after the header fields.

Back to Previous

### HTTP Status Code - 307 Temporary Redirect

The requested resource resides temporarily under a different URI. Since the redirection MAY be altered on occasion, the client SHOULD continue to use the Request-URI for future requests. This response is only cacheable if indicated by a Cache-Control or Expires header field.

**Test URI:** /w3c/status-codes/307

Back to Previous

### HTTP Status Code - 400 Bad Request

The request could not be understood by the server due to malformed syntax. The client SHOULD NOT repeat the request without modifications.

Back to Previous

### HTTP Status Code - 401 Unauthorized

The request requires user authentication. The response MUST include a WWW-Authenticate header field containing a challenge applicable to the requested resource.

Back to Previous

### HTTP Status Code - 403 Forbidden

The server understood the request, but is refusing to fulfill it. Authorization will not help and the request SHOULD NOT be repeated.

Back to Previous

### HTTP Status Code - 404 Not Found

The server has not found anything matching the Request-URI. No indication is given of whether the condition is temporary or permanent.

**Test URI:** /w3c/status-codes/404

Check Server Headers Tool - HTTP Status Codes Checker
Case 0:20-cv-61628-RAR   Document 5-4   Entered on FLSD Docket 08/12/2020   Page 9 of 10

Back to Previous

## HTTP Status Code - 410 Gone

The requested resource is no longer available at the server and no forwarding address is known. This condition is expected to be considered permanent. Clients with link editing capabilities SHOULD delete references to the Request-URI after user approval.

If the server does not know, or has no facility to determine, whether or not the condition is permanent, the status code 404 Not Found SHOULD be used instead. This response is cacheable unless indicated otherwise.

**Test URI:** /w3c/status-codes/410

Back to Previous

## HTTP Status Code - 500 Internal Server Error

The server encountered an unexpected condition which prevented it from fulfilling the request.

Back to Previous

## HTTP Status Code - 501 Not Implemented

The server does not support the functionality required to fulfill the request. This is the appropriate response when the server does not recognize the request method and is not capable of supporting it for any resource.

Back to Previous

| **Ads by Google** | Mail Server | Image Headers | Blog Headers | Header Size |

## W3 References

1. W3C - 10 Status Code Definitions
2. W3C - 14 Header Field Definitions

### IIS Tools - Windows Server Tools

[IIS Server Modules Index] [CacheRight] [httpZip] [ZipEnable] [ServerMask]
[LinkDeny] [ServerDefender AI] [ServerDefender VP]

### URI Rewriting - Search Engine Friendly URLs

Check Server Headers Tool - HTTP Status Codes Checker

URL Rewriting | Content Negotiation | ISAPI Rewrite 2.0 | ISAPI Rewrite 3.0

ISAPI Rewrite 301 Tips

The SEO Consultants Directory is For Sale

SEO Search / SEO Jobs / SEO Tips / SEO Articles / SEO Blogs / Forums / Tools / Submit URI

SEO Consultants Login / SEO Glossary / SEO Certification / SEO Training / SEO Domains for Sale

Top Search Engines / PPC Search Engines / Top Directories / META Tags / Robots Text Tips / Windows Tips / The Clueless SEO / Site Search / Text Version

©2002-2010 SEO Consultants Directory / Terms of Use / Privacy / About / Contact

All trademarks and servicemarks are the properties of their respective owners.

     

Last modified: 2010-08-15T08:08:14-0700