# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

Case No. 20-CIV-61628-RAR

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    123fullpinoymovies.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   2lambingan.su, an individual, partnership or unincorporated
association

Alternate service via the e-mail addresses provided by Defendant (i)
as part of the domain registration data for each of its respective
domain name(s), including service via registrar for each of its
respective domain name(s), including onsite e-mail addresses and
onsite contact forms; and (iii) via the social media platform e-mail for
the respective Defendant's social media account, or by posting at:
http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated
August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Aug 26, 2020

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   citizensdebate.space, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  dramasmp4hd.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   fantaserye.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
> 401 East Las Olas Blvd., #130-453
> Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Aug 26, 2020

SUMMONS

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   filikula.se, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Aug 26, 2020

SUMMONS

s/ LBrown
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ABS-CBN CORPORATION, et al.,

*Plaintiff*

vs.

123FULLPINOYMOVIES.COM, *et al.*,

*Defendants*

)
)
)
)
)
)
)
)

Case No. 20-CIV-61628-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   hdfullpinoymovies.xyz, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    hdpinoy.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
> 401 East Las Olas Blvd., #130-453
> Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___Aug 26, 2020___

**SUMMONS**

_s/ LBrown_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   iwantpinoymovies.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoyteleseryetambayan.net a/k/a kipiasoft.su a/k/a pinoyhdlambingan.su a/k/a pinoysteleserye.su a/k/a pinoytvreplaytambayanlambinganteleserye.su a/k/a pinoytvtambayanreplay.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Aug 26, 2020 _____

**SUMMONS**

_____

*s/ LBrown*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* pinoyreplaytvshows.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoylambingantvreplay.net a/k/a lambingantvofw.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   lambingantvteleserye.su a/k/a pinoylambinganofw.su a/k/a wowlambingan.net, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   lumangseries.net, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   mediatechweek.live, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   moviesnipipay.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ofwpinoychannel.com a/k/a pinoylambingannetwork.com, an
individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i)
as part of the domain registration data for each of its respective
domain name(s), including service via registrar for each of its
respective domain name(s), including onsite e-mail addresses and
onsite contact forms; and (iii) via the social media platform e-mail for
the respective Defendant's social media account, or by posting at:
http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated
August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    ofwpinoytvchannel.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 26, 2020

**SUMMONS**

_s/ LBrown_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    pariwiki.ae, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____Aug 26, 2020____

SUMMONS

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   phtv.one, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   pinoybarkada.org, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al.,_ | ) |
| _Defendants_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   pinoybays.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | )     Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    pinoychannel.cc, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoychannelako.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    pinoyflixtvs.su a/k/a pinoystvreplay.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* pinoylambinganteleseryes.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  pinoylambinganhdreplay.net a/k/a pinoytambayanako.su a/k/a
pinoyteleseryechannel.su a/k/a pinoyteleseryereplays.su a/k/a
pinoylambingantvreplay.su a/k/a pinoyslambingantvreplay.su a/k/a
pinoysreplaytv.su a/k/a pinoyteleseryeako.su a/k/a
pinoyteleseryetambayan.su, an individual, partnership or
unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i)
as part of the domain registration data for each of its respective
domain name(s), including service via registrar for each of its
respective domain name(s), including onsite e-mail addresses and
onsite contact forms; and (iii) via the social media platform e-mail for
the respective Defendant's social media account, or by posting at:
http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated
August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: _____Aug 26, 2020_____

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   pinoymovieseries.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  pinoymovieshub.me, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

s/ LBrown
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    pinoymoviess.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | )    Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al.,_ | ) |
| _Defendants_ | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    pinoyreplaylambingan.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ LBrown
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ABS-CBN CORPORATION, et al.,

*Plaintiff*

vs.

Case No. 20-CIV-61628-RAR

123FULLPINOYMOVIES.COM, *et al.*,

*Defendants*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   pinoytambayana.su a/k/a pinoytvteleseryes.su, an individual,
partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i)
as part of the domain registration data for each of its respective
domain name(s), including service via registrar for each of its
respective domain name(s), including onsite e-mail addresses and
onsite contact forms; and (iii) via the social media platform e-mail for
the respective Defendant's social media account, or by posting at:
http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated
August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    pinoyteleseryelive.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   pinoyteleseryetvreplays.su a/k/a pinoytvlambinganhd.su a/k/a teleseryenetwork.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _Plaintiff_ | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  pinoytvreplay.ph, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

_s/ LBrown_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoytvtambayanreplay.net, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | )    Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   replaypinoytv.su a/k/a WOWPINOYTVREPLAY.SU, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
        401 East Las Olas Blvd., #130-453
        Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ LBrown*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    the--northface.co.uk, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 26, 2020

**SUMMONS**

*s/ LBrown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    lambinganteleserye.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

Angela E. Noble
Clerk of Court

_s/ LBrown_
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   libangan.ru, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    beyhadh.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Aug 26, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   dramascool.site, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   driver1.co, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug 26, 2020

SUMMONS

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   hdfullpinoymovies.org, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    hdfulltagalogmovies.com, an individual, partnership or
unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i)
as part of the domain registration data for each of its respective
domain name(s), including service via registrar for each of its
respective domain name(s), including onsite e-mail addresses and
onsite contact forms; and (iii) via the social media platform e-mail for
the respective Defendant's social media account, or by posting at:
http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated
August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Aug 26, 2020

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| _Plaintiff_ | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, _et al._, | ) |
| _Defendants_ | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    pinoystambayan.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

_s/ LBrown_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| _____ | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| _____ | ) |
| *Defendants* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoyteleseryetvreplay.su, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | ) |
| | ) Case No. 20-CIV-61628-RAR |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   pinoytvembed.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

*s/ LBrown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| ABS-CBN CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| vs. | )     Case No. 20-CIV-61628-RAR |
| | ) |
| 123FULLPINOYMOVIES.COM, *et al.*, | ) |
| *Defendants* | ) |
| | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    pinoytvrecap.com, an individual, partnership or unincorporated association

Alternate service via the e-mail addresses provided by Defendant (i) as part of the domain registration data for each of its respective domain name(s), including service via registrar for each of its respective domain name(s), including onsite e-mail addresses and onsite contact forms; and (iii) via the social media platform e-mail for the respective Defendant's social media account, or by posting at: http://servingnotice.com/Bg9mr3/index.html (per Court Order, dated August 17, 2020, entered on docket August 18, 2020, ECF No. [8]).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2020

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ LBrown*

Deputy Clerk
U.S. District Courts