UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61628-RAR

**ABS-CBN CORPORATION,** *et al.*,

        Plaintiffs,

v.

**123FULLPINOYMOVIES.COM,** *et al.*,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL

**THIS CAUSE** comes before the Court on Plaintiffs' Motion to Unseal [ECF No. 12]. Plaintiffs request that all documents filed with the Court that have been restricted from the docket be unsealed as a seal is no longer required. Accordingly, after due consideration and being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Unseal [ECF No. 12] is **GRANTED**.

2. The Clerk of Court is hereby **DIRECTED** to unseal all docket entries in this case and return those portions of the Court file to the public records.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2020.

        *[signature]*

        **RODOLFO A. RUIZ II**
        **UNITED STATES DISTRICT JUDGE**