**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61628-RAR**

**ABS-CBN CORPORATION**, *et al.,*

        Plaintiffs,

v.

**123FULLPINOYMOVIES.COM**, *et al.*,

        Defendants.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

I certify and declare that I am over the age of 18 years, employed in the County of Maricopa, and not a party to the above-entitled cause.  I am an officer of Invisible, Inc., a licensed private investigative firm.

On August 26, 2020, I served a true and accurate copy of the document(s) entitled:

1.      Complaint

2.      Civil Cover Sheet

3.      *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets and Memorandum of Law Thereof ("*Ex Parte* Application for TRO")

4.      Declaration of Christine Ann Daley in Support of *Ex Parte* Application for TRO

5.      Declaration of Elisha J. Lawrence in Support of *Ex Parte* Application for TRO

6.      *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Memorandum of Law in Support Thereof

7.      Declaration of Christine Ann Daley in Support of Motion for Order Authorizing

Alternate Service of Process on Defendants

8.      Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order

and Setting Hearing on Motion for Preliminary Injunction

for the following civil action:

ABS-CBN CORPORATION, *et al* vs. 123FULLPINOYMOVIES.COM, *et al*

on Defendants as identified on the attached Schedule "A" via Defendant's corresponding e-mail

address or via onsite contact form by providing the URL address to the server page where the

documents reside.   Additionally, I notified Defendants that all documents filed in the case can be

found posted on the website located at http://servingnotice.com/Bg9mr3/index.html..

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on September 9, 2020, at Scottsdale, Arizona.

_____

Kathleen Burns

# SCHEDULE "A"

## Key

| Service via on-site contact form or via Social Media |
|---|
| X= Email Address Served Successfully<br>R= Email Message Returned as Undeliverable |

| Def. No. | Domain Name | Email Addresses | Email Served |
|---|---|---|---|
| 2 | 2lambingan.su | 2lambingan.su@whoisprotectservice.net | X |
| 4 | dramasmp4hd.com | | |
| 5 | fantaserye.su | ayyazpinoy@gmail.com<br>fantaserye123@gmail.com | X<br>X |
| 7 | hdfullpinoymovies.xyz | | |
| 8 | hdpinoy.com | 1043EE361AC6495FAE0E2F37376F50B2.PROTECT@WHOISGUARD.COM | X |
| 9 | iwantpinoymovies.com | | |
| 10 | kipiasoft.su | herpalasif@gmail.com | X |
| 10 | pinoyhdlambingan.su | herpalasif@gmail.com | X |
| 10 | pinoysteleserye.su | herpalasif@gmail.com | X |
| 10 | pinoyteleseryetambayan.net | HERPALASIF@GMAIL.COM | X |
| 10 | pinoytvreplaytambayanlambinganteleserye.su | herpalasif@gmail.com | X |
| 10 | pinoytvtambayanreplay.su | herpalasif@gmail.com | X |
| 11 | pinoyreplaytvshows.su | herpalasif41@gmail.com | X |
| 12 | lambingantvofw.su | pinoymovies.su@gmail.com | X |
| 12 | pinoylambingantvreplay.net | PINOYMOVIES.SU@GMAIL.COM | X |
| 13 | lambingantvteleserye.su | qaisrani4051@gmail.com | X |
| 13 | pinoylambinganofw.su | qaisrani4051@gmail.com | X |
| 13 | wowlambingan.net | WOWLAMBINGAN.NET@WHOISPROXY.RU | X |
| 15 | mediatechweek.live | | |
| 16 | moviesnipipay.com | MOVIESNIPIPAY.COM@DOMAINSBYPROXY.COM | X |
| 17 | ofwpinoychannel.com | SARATAYLOR621@GMAIL.COM | X |
| 17 | pinoylambingannetwork.com | C620E63D14BC495CAF3F8B0159A8E975.PROTECT@WHOISGUARD.COM | X |
| 18 | ofwpinoytvchannel.com | support@phtv.one | X |
| 19 | pariwiki.ae | waqarkhanmalghani@gmail.com | X |
| 20 | phtv.one | support@phtv.one | X |
| 21 | pinoybarkada.org | lm4uutwwqpn43l8@proxy.dreamhot.com | X |
| 23 | pinoychannel.cc | 15B72861CFB14CE3B016FA4EE4A3A1CD.PROTECT@WHOISGUARD.COM | X |
| 24 | pinoychannelako.su | pinoychannelako.su@whoisprotectservice.net | X |
| 25 | pinoyflixtvs.su | pinoyflixtvs.su@whoisprotectservice.net | X |
| 25 | pinoystvreplay.su | pinoystvreplay.su@whoisprotectservice.net | X |
| 26 | pinoylambinganteleseryes.su | pinoylambinganteleseryes.su@whoisprotectservice.net | X |
| 27 | pinoylambingantvreplay.su | javirock906@gmail.com | X |

| Def. No. | Domain Name | Email Addresses | Email Served |
|---|---|---|---|
| 27 | pinoyslambingantvreplay.su | javirock906@gmail.com | X |
| 27 | pinoysreplaytv.su | javirock906@gmail.com | X |
| 27 | pinoytambayanako.su | javirock906@gmail.com | X |
| 27 | pinoyteleseryeako.su | javirock906@gmail.com | X |
| 27 | pinoyteleseryechannel.su | javirock906@gmail.com | X |
| 27 | pinoyteleseryereplays.su | javirock906@gmail.com | X |
| 27 | pinoyteleseryetambayan.su | javirock906@gmail.com | X |
| 27 | pinoylambinganhdreplay.net | 64092FDABD144A3EA1460B0B191BDD1E.PROTECT@WHOISGUARD.COM | X |
| 28 | pinoymovieseries.com | PW-0352BF8E43FC0BE2901B8DF1D74642AA@PRIVACYGUARDIAN.ORG | X |
| 29 | pinoymovieshub.me | | |
| 31 | pinoyreplaylambingan.su | pinoyreplaylambingan.su@whoisprotectservice.net | X |
| 32 | pinoytambayana.su | pinoytambayana.su@whoisprotectservice.net | X |
| 32 | pinoytvteleseryes.su | pinoytvteleseryes.su@whoisprotectservice.net | X |
| 33 | pinoyteleseryelive.com | | |
| 34 | pinoyteleseryetvreplays.su | prokatyperry@gmail.com | X |
| 34 | pinoytvlambinganhd.su | prokatyperry@gmail.com | X |
| 34 | teleseryenetwork.su | prokatyperry@gmail.com | X |
| 35 | pinoytvreplay.ph | herpalasif@gmail.com | X |
| 36 | pinoytvtambayanreplay.net | 8CBFDD5E1EED436B998653521103592E.PROTECT@WHOISGUARD.COM | X |
| 37 | replaypinoytv.su | replaypinoytv.su@whoisprotectservice.net | X |
| 37 | WOWPINOYTVREPLAY.SU | wowpinoytvreplay.su@whoisprotectservice.net | X |
| 39 | lambinganteleserye.su | paktvsite@gmail.com | X |
| 41 | beyhadh.su | yehrishtaofficial@gmail.com<br>beyhadh.su@gamil.com | X<br>R |
| 43 | driver1.co | | |
| 46 | pinoystambayan.com | | |
| 47 | pinoyteleseryetvreplay.su | cuteqaisrani@gmail.com | X |
| 49 | pinoytvrecap.com | | |

4