**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61628-RAR**

**ABS-CBN CORPORATION**, *et al.,*

      Plaintiffs,

v.

**123FULLPINOYMOVIES.COM**, *et al.,*

      Defendants.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International, in the above captioned action.

On August 26, 2020, Stephen M. Gaffigan, P.A. served a true and accurate copy of the document(s) entitled:

1.     Complaint

2.     Civil Cover Sheet

3.     *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets and Memorandum of Law Thereof ("*Ex Parte* Application for TRO")

4.     Declaration of Christine Ann Daley in Support of *Ex Parte* Application for TRO

5.     Declaration of Elisha J. Lawrence in Support of *Ex Parte* Application for TRO

6.     Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order and Setting Hearing on Motion for Preliminary Injunction

for the following civil action:

<u>ABS-CBN CORPORATION, *et al* vs. 123FULLPINOYMOVIES.COM, *et al*</u>

on Defendants identified on the attached Schedule "A" by serving the Registrar of record via

electronic mail.

Dated:  September 8, 2020

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:    s:/*Stephen M. Gaffigan*/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
T. Raquel Wiborg-Rodriguez(Fla. Bar. No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: christine@smgpa.net
E-mail: raquel@smgpa.net

Attorneys for Plaintiffs

## SCHEDULE "A"

| Def. No. | Domain Name | Registrar of Record | Registrar Service |
|---|---|---|---|
| 1 | 123fullpinoymovies.com | FBS | X |
| 3 | citizensdebate.space | NAMECHEAP | X |
| 6 | filikula.se | EPAG | X |
| 14 | lumangseries.net | GODADDY | X |
| 22 | pinoybays.su | ARDIS-SU | X |
| 30 | pinoymoviess.su | RUCENTER-SU | X |
| 38 | the--northface.co.uk | 123-REG LIMITED T/A 123-REG | X |
| 40 | libangan.ru | RU-CENTER-RU | X |
| 42 | dramascool.site | MESH DIGITAL | X |
| 44 | hdfullpinoymovies.org | FBS | X |
| 45 | hdfulltagalogmovies.com | FBS | X |
| 48 | pinoytvembed.com | GODADDY | X |