UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61628-RAR

**ABS-CBN CORPORATION**, *et al.,*

    Plaintiffs,

v.

**123FULLPINOYMOVIES.COM**, *et al.*,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International, in the above captioned action.

On August 26, 2020, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/Bg9mr3/index.html, in compliance with this Court's Order dated August 17, 2020 [D.E. 7]:

1. Complaint
2. Civil Cover Sheet
3. Judge Assignment to Judge Rodolfo A. Ruiz, II and Magistrate Judge Jared M. Strauss
4. AO 120 Form
5. Corporate Disclosure Statement
6. *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets and Memorandum of Law Thereof ("*Ex Parte* Application for TRO")

7. Declaration of Christine Ann Daley in Support of *Ex Parte* Application for TRO, together with supporting exhibits

8. Declaration of Elisha J. Lawrence in Support of *Ex Parte* Application for TRO

9. Proposed Order Granting *Ex Parte* Application for TRO

10. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Memorandum of Law in Support Thereof

11. Declaration of Christine Ann Daley in Support of Motion for Order Authorizing Alternate Service of Process on Defendants, together with supporting exhibit

12. Proposed Order Granting Motion for Order Authorizing Alternate Service of Process on Defendants

13. Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order and Setting Hearing on Motion for Preliminary Injunction

14. Order Granting *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

15. Notice of Filing Bond

16. Notice of Filing Proposed Summonses

Dated:  September 8, 2020	Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:   s:/*Stephen M. Gaffigan*/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
T. Raquel Wiborg-Rodriguez(Fla. Bar. No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: christine@smgpa.net
E-mail: raquel@smgpa.net