UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61628-RAR

**ABS-CBN CORPORATION**, *et al.*,

      Plaintiffs,

v.

**123FULLPINOYMOVIES.COM**, *et al.*,

      Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiffs filed their Complaint [ECF No. 1] on August 11, 2020. Defendants were served with process on August 26, 2020. *See* Returns of Service [ECF No. 17]. Pursuant to Federal Rule of Civil Procedure 12(a), Defendants were required to file a response or answer to Plaintiffs' Complaint by September 16, 2020. To date, there is no indication that Defendants have answered or otherwise responded to the summons and Complaint, nor have Defendants requested an extension of time to do so. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk shall file an Entry of Default against Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. **Within ten (10) days** of the Clerk's Entry of Default, Plaintiffs must file one of the following two responses:

1. Plaintiffs shall file a *Motion for Default Final Judgment* where:

    a. There are no allegations of joint and several liability, and no possibility of inconsistent liability between Defendants;[1] **or**

---

[1] Plaintiffs must state in the *Motion for Default Final Judgment* that there are no allegations of joint and several liability, and set forth the basis why there is no possibility of inconsistent liability.

      b. There are allegations of joint and several liability **and** *all* named Defendants have defaulted.[2]

The *Motion* must include affidavits of any sum certain due by Defendants, and any other supporting documentation necessary to determine Plaintiffs' measure of damages. The *Motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. section 521(b), if applicable; (2) a memorandum of law supporting entitlement to final judgment; (3) a proposed order; and (4) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at ruiz@flsd.uscourts.gov. **The email subject line must include the case number as follows: XX-CIV-XXXX-RAR**. Plaintiffs shall send a copy of the *Motion* to Defendants' counsel or to Defendants if they do not have counsel. In the certificate of service, Plaintiffs shall indicate that notice was sent and the addresses where notice was sent.

If Defendants fail to move to set aside the Clerk's Default or respond to the *Motion* within the time permitted by the Rules, default final judgment may be entered, which means that Plaintiffs may be able to take Defendants' property or money, and/or obtain other relief against Defendants.

2. Where fewer than all named Defendants have defaulted **and** there are allegations of joint and several liability, or the possibility of inconsistent liability between Defendants, Plaintiffs shall file a *Notice of Joint Liability*. *See Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright and Arthur R. Miller, FEDERAL PRACTICE & PROCEDURE § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

---

[2] Plaintiffs must state in the *Motion for Default Final Judgment* that there are allegations of joint and several liability.

The Notice of Joint Liability must briefly describe the allegations and advise the Court of the status of the other Defendants' liability.  Once liability is resolved as to *all* Defendants, Plaintiffs may move for the entry of default final judgment, as described in (1) above, **no later than fourteen (14) days thereafter**.

Plaintiffs' failure to file either a *Motion for Default Final Judgment* or a *Notice of Joint Liability* within the specified time will result in a **dismissal without prejudice** and without further notice.

3.  The Clerk is directed to **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of September, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**